Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
kfp@thorndal.com
Attorney for Defendants
CARSON CITY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DREW J. RIBAR,

        Plaintiff,

vs.

STATE OF NEVADA EX. REL. NEVADA DEPARTMENT OF CORRECTIONS, CARSON CITY AND ITS SHERIFFS OFFICE, CARSON CITY DISTRICT ATTORNEYS OFFICE, CARSON CITY MANAGERS OFFICE, FERNANDEIS FRAZAIER IN HIS OFFICIAL CAPACITY AS WARDEN OF NORTHERN NEVADA CORRECTIONAL, AARON RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF NEVADA DEPARTMENT OF CORRECTIONS, ROBERT SMITH IN HIS OFFICIAL CAPACITY AS AN OFFICER OF NEVADA DEPARTMENT OF CORRECTIONS, JASON BUENO IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY SHERIFF, SEAN PALAMAR RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY SHERIFF, TYSON DARIN LEAGUE RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY DISTRICT ATTORNEY, JAMES DZURENDA (DIRECTOR NEVADA DEPARTMENT OF CORRECTIONS), JASON D. WOODBURY (CARSON CITY DISTRICT ATTORNEY), KENNETH T. FURLONG IN HIS CAPACITY AS SHERIFF CARSON CITY, NV, OFFICER/DEPUTY/J. DOE 1-99,

        Defendants.

Case No.

**PETITION FOR REMOVAL TO FEDERAL COURT**

- 1 -

COMES NOW Defendants CARSON CITY, by and through their attorneys Thorndal Armstrong, PC, and provide notice of removal of this action to the United States District Court for the District of Nevada pursuant to 28 U.S.C. §1441.

## I. INTRODUCTION

Plaintiff DREW RIBAR has sued the Defendants in Nevada state court presenting a cause of action for alleged violation of his constitutional rights under the First, Fourth, Fifth, Eighth and Fourteenth Amendments of the United States Constitution. Defendants thus remove this case based on the existence of federal questions pursuant to 28 U.S.C. §1331.

## II. PROCESS, PLEADINGS, AND ORDERS RECEIVED BY DEFENDANTS

The Plaintiff filed his Complaint in First Judicial District Court on January 29, 2024, and the Carson City Defendants identified in the Complaint received a copy of the Complaint on or about February 12, 2024. A true and correct copy of the Complaint is attached hereto as Exhibit "1."

## III. THE COURT HAS JURISDICTION UNDER 28 U.S.C. §1331

This Court has original jurisdiction over this case pursuant to 28 U.S.C. §1331, as Plaintiff's Complaint contains claims based in federal law. See, Exhibit "1."

## IV. THIS REMOVAL IS TIMELY.

The Carson City Defendants received the Complaint on February 12, 2024. This Petition is being filed on February 29, 2024, a date less than thirty (30) calendar days after the Complaint was received by the Defendants, and, accordingly, the removal is timely. See, 28 U.S.C. §1446(C)(3).

## V. DEFENDANTS HAVE MET ALL OTHER REQUIREMENTS FOR REMOVAL.

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331. Removal is proper pursuant to 28 U.S.C. §1441.

2. Defendants attach to this Petition as Exhibit 1, a true and correct copy of the Complaint.

3. Defendants will promptly file a copy of this Petition for Removal in the First Judicial District Court of the State of Nevada in and for Carson City pursuant to 28 U.S.C.

1  §1446(d).

2      4.    Defendants have served this Petition for Removal upon Plaintiff Drew Ribar.

3  DATED this 29th day of February, 2024.

                            THORNDAL ARMSTRONG, PC

                            By:   */s/ Katherine Parks*
                                    KATHERINE F. PARKS, ESQ.
                                    Nevada Bar No. 6227
                                    6590 S. McCarran Blvd., Suite B
                                    Reno, Nevada 89509
                                    Attorney for Defendants
                                    CARSON CITY

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Thorndal Armstrong, PC, and that on this date I caused the foregoing PETITION FOR REMOVAL TO FEDERAL COURT to be served on all parties to this action by:

__X__  placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

_____ United States District Court CM/ECF Electronic Filing Process

_____ hand delivery

_____ electronic means (fax, electronic mail, etc.)

_____ Federal Express/UPS or other overnight delivery

fully addressed as follows:

Drew J. Ribar<br>
3480 Pershing Ln<br>
Washoe Valley, NV  89704<br>
Pro Se Plaintiff

DATED this 29th day of February, 2024.

                                                /s/ Laura Bautista<br>
                                      An employee of Thorndal Armstrong, PC

**INDEX OF EXHIBITS**

| Exhibit No. | Description |
|---|---|
| 1 | Complaint |