1  Katherine F. Parks, Esq.
   Nevada Bar No. 6227
2  Thorndal Armstrong, PC
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   Tel:  (775) 786-2882
4  kfp@thorndal.com
   Attorney for Defendants
5  CARSON CITY, JASON BUENO, SEAN PALAMAR, TYSON LEAGUE,
   JASON WOODBURY, and KENNETH FURLONG
6
7                    UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9

10 DREW J. RIBAR,

11         Plaintiff,                        Case No.     3:24-cv-00103-ART-CLB

12 vs.

13 STATE OF NEVADA EX. REL. NEVADA           **CERTIFICATE OF INTERESTED**
   DEPARTMENT OF CORRECTIONS,                **PARTIES**
14 CARSON CITY AND ITS SHERIFFS
   OFFICE, CARSON CITY DISTRICT
15 ATTORNEYS OFFICE, CARSON CITY
   MANAGERS OFFICE, FERNANDEIS
16 FRAZAIER IN HIS OFFICIAL CAPACITY
   AS WARDEN OF NORTHERN NEVADA
17 CORRECTIONAL, AARON RYDER IN HIS
   OFFICIAL CAPACITY AS AN OFFICER OF
18 NEVADA DEPARTMENT OF
   CORRECTIONS, ROBERT SMITH IN HIS
19 OFFICIAL CAPACITY AS AN OFFICER OF
   NEVADA DEPARTMENT OF
20 CORRECTIONS, JASON BUENO IN HIS
   OFFICIAL CAPACITY AS AN OFFICER OF
21 CARSON CITY SHERIFF, SEAN
   PALAMAR RYDER IN HIS OFFICIAL
22 CAPACITY AS AN OFFICER OF CARSON
   CITY SHERIFF, TYSON DARIN LEAGUE
23 RYDER IN HIS OFFICIAL CAPACITY AS
   AN OFFICER OF CARSON CITY DISTRICT
24 ATTORNEY, JAMES DZURENDA
   (DIRECTOR NEVADA DEPARTMENT OF
25 CORRECTIONS), JASON D. WOODBURY
   (CARSON CITY DISTRICT ATTORNEY),
26 KENNETH T. FURLONG IN HIS
   CAPACITY AS SHERIFF CARSON CITY,
27 NV, OFFICER/DEPUTY/J. DOE 1-99,

28         Defendants.

- 1 -

COME NOW Defendants CARSON CITY, JASON BUENO, SEAN PALAMAR, TYSON LEAGUE, JASON WOODBURY, and KENNETH FURLONG, by and through their attorneys Thorndal Armstrong, PC, certify that there are no known interested parties other than those named and/or participating in the case.

DATED this 8th day of March, 2024.

                              THORNDAL ARMSTRONG, PC

                              By:   */s/ Katherine Parks*
                                     KATHERINE F. PARKS, ESQ.
                                     Nevada Bar No. 6227
                                     6590 S. McCarran Blvd., Suite B
                                     Reno, Nevada 89509
                                     Attorney for Defendants
                                     CARSON CITY, JASON BUENO, SEAN PALAMAR, TYSON LEAGUE, JASON WOODBURY, and KENNETH FURLONG

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Thorndal Armstrong, PC, and that on this date I caused the foregoing CERTIFICATE OF INTERESTED PARTIES to be served on all parties to this action by:

__X__   placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

_____ United States District Court CM/ECF Electronic Filing Process

_____ hand delivery

_____ electronic means (fax, electronic mail, etc.)

_____ Federal Express/UPS or other overnight delivery

fully addressed as follows:

> Drew J. Ribar
> 3480 Pershing Ln
> Washoe Valley, NV  89704
> Pro Se Plaintiff

DATED this 8th day of March, 2024.

/s/ Laura Bautista
An employee of Thorndal Armstrong, PC