Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel:  (775) 786-2882
kfp@thorndal.com
Attorney for Defendants
CARSON CITY, JASON BUENO, SEAN PALAMAR, TYSON LEAGUE,
JASON WOODBURY, and KENNETH FURLONG

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DREW J. RIBAR,<br><br>      Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA EX. REL. NEVADA DEPARTMENT OF CORRECTIONS, CARSON CITY AND ITS SHERIFFS OFFICE, CARSON CITY DISTRICT ATTORNEYS OFFICE, CARSON CITY MANAGERS OFFICE, FERNANDEIS FRAZAIER IN HIS OFFICIAL CAPACITY AS WARDEN OF NORTHERN NEVADA CORRECTIONAL, AARON RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF NEVADA DEPARTMENT OF CORRECTIONS, ROBERT SMITH IN HIS OFFICIAL CAPACITY AS AN OFFICER OF NEVADA DEPARTMENT OF CORRECTIONS, JASON BUENO IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY SHERIFF, SEAN PALAMAR RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY SHERIFF, TYSON DARIN LEAGUE RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY DISTRICT ATTORNEY, JAMES DZURENDA (DIRECTOR NEVADA DEPARTMENT OF CORRECTIONS), JASON D. WOODBURY (CARSON CITY DISTRICT ATTORNEY), KENNETH T. FURLONG IN HIS CAPACITY AS SHERIFF CARSON CITY, NV, OFFICER/DEPUTY/J. DOE 1-99,<br><br>      Defendants. | Case No.     3:24-cv-00103-ART-CLB<br><br>**JOINT STATUS REPORT** |

- 1 -

1    Pursuant to the Court's Order of March 1, 2024 [ECF No. 2], the parties submit the following Joint Status Report.

    1.  **Status of the action**: Plaintiff filed his Complaint on January 29, 2024, in the First Judicial District Court, Carson City, Nevada, entitled *Drew J. Ribar v. State of Nevada ex rel. Nevada Department of Corrections, et al.,* Case No. 24 OC 00022 1B.  The Carson City Defendants were served with a copy of the Summons and Complaint on or about February 12, 2024.  On February 29, 2024, Defendants filed a Petition for Removal, transferring Case No. 24 OC 00022 1B to the United States District Court, for the Northern District of Nevada, as Case No. 3:24-cv-00103-ART-CLB [ECF No. 1].  On March 12, 2024, the Carson City Defendants filed their Answer to Plaintiff's Complaint [ECF No. 4].  Plaintiff will seek the Court's leave and request the opposing party's written consent to file an amended complaint (FRCP Rule 15 (a)(2)) removing Federal citations and seek to return jurisdiction of this case to the State of Nevada 1st Judicial District Court.

    2.  **Action to be taken by the Court**: None at this time.

    3.  **Matters requiring the Court's attention**: Not applicable at this time.

DATED this 28th day of March, 2024.

By:  */s/ Drew Ribar*
    DREW RIBAR
    3480 Pershing Ln
    Washoe Valley, NV  89704
    Pro Se Plaintiff

DATED this 28th day of March, 2024.

THORNDAL ARMSTRONG, PC

By:  */s/ Katherine Parks*
    KATHERINE F. PARKS, ESQ.
    Nevada Bar No. 6227
    6590 S. McCarran Blvd., Suite B
    Reno, Nevada 89509
    Attorney for Defendants
    CARSON CITY, JASON BUENO,
    SEAN PALAMAR, TYSON LEAGUE,
    JASON WOODBURY, and
    KENNETH FURLONG