Removed to United States District Court
District of Nevada
Case# 3:24-cv-00103-ART-CLB

# IN THE DISTRICT COURT CARSON CITY OF THE STATE OF NEVADA

| | |
|---|---|
| Drew Ribar )<br>PLAINTIFF )<br>)<br>Vs )<br>State of Nevada Ex Rel Nevada Department of )<br>Corrections, Fernandeis Frazier in his Official )<br>Capacity as Warden of Northern Nevada<br>Correctional Center, James Dzurenda Director<br>Nevada Department of Corrections, Robert Smith in<br>his Official Capacity as an Officer of Nevada<br>Department of Corrections, Aaron Ryder in his<br>Official Capacity as an Officer of Nevada<br>Department of Corrections, Kenneth Furlong in his<br>Capacity as Sheriff Carson City NV., Jason Bueno in<br>his Official Capacity as an Officer of Carson City<br>Sheriff, Sean Palamar in his Official Capacity as an<br>Officer of Carson City Sheriff, Carson City, Carson<br>Citys Sheriff's Office<br>DEFENDANT | Dated: 2/15/2024<br><br>Civil File Number: 24000948<br><br>CASE No.: 24OC000221B |

## DECLARATION OF SERVICE

**STATE OF NEVADA** }
                   } ss:
**CARSON CITY**    }

      **Josh Burns**, being first duly sworn, deposes and says: That affiant is a citizen of the United States, over 18 years of age, not a party to the within entered action, and that in Carson City, Nevada, personally served the described documents upon:

| | |
|---|---|
| **Person served:** | **Jason Bueno in his Official Capacity as an Officer of Carson City Sheriff** |
| **Location:** | **Carson City Sheriffs Office 911 East Musser Street Carson City, NV 89701** |
| **Date:** | 2/15/2024    **Time:**  10:22 AM |

The document(s) served were: Summons & Complaint (Jury Trial Demanded)

I declare under penalty of perjury under the law provided of the State of Nevada that the foregoing is true and correct. No notary is required per NRS 53.045.

                                            **Ken Furlong, SHERIFF**

                                            By: Josh Burns  Badge # 9722
                                            Sheriff's Authorized Agent

**911 E. MUSSER STREET, CARSON CITY, NV 89701 (775) 887-2500**

CASE # «Case»                                                                                    PAGE 2

AFFIDAVIT OF SERVICE

District Court Carson City

Drew Ribar
2730 Conestoga Drive
Carson City, NV 89706

**911 PARR BOULEVARD     RENO, NV   89512-1000    (775) 328-3310**