```
1  Drew J Ribar
2  3480 Pershing Lane
   Washoe Valley, NV 89704
3  775-223-7899
   Const2Audit@gmail.com
4  Pro Se
```

REC'D & FILED
2024 FEB 15 PM 2:16
WILLIAM SCOTT HOEN CLERK
BY D. ORTIZ

## IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

## IN AND FOR CARSON CITY

| | |
|---|---|
| DREW J. RIBAR,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA EX REL NEVADA DEPARTMENT OF CORRECTIONS, CARSON CITY AND ITS SHERIFFS OFFICE, CARSON CITY DISTRICT ATTORNEYS OFFICE, CARSON CITY MANAGERS OFFICE, FERNANDEIS FRAZIER IN HIS OFFICIAL CAPACITY AS WARDEN OF NORTHERN NEVADA CORRECTIONAL, AARON RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF THE NEVADA DEPARTMENT OF CORRECTIONS, ROBERT SMITH IN HIS OFFICIAL CPACITY AS AN OFFICER OF NEVADA DEPARTMENT OF CORRECTIONS, JASON BUENO IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY SHERIFF, SEAN PALAMAR RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY SHERIFF, TYSON DARIN LEAGUE RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY DISTRICT ATTORNEY, JAMES DZURENDA (DIRECTOR NEVADA DEPARTMENT OF CORRECTIONS), JASON D WOODBURY (CARSON CITY DISTRICT ATTORNEY), KENNETH T FURLONG IN HIS CAPACITY AS SHERIFF OF CARSON CITY NV, OFFICER/DEPUTY/J.DOE 1-99,<br><br>Defendants.<br>_____ | Removed to United States District Court<br>District of Nevada<br>Case# 3:24-cv-00103-ART-CLB<br><br><br>Case No. 24 OC 00022 1B<br><br>Dept. No. II<br><br>**AFFIDAVIT OF SERVICE** |

C & H Couriers/
Process Servers
75 McCabe Dr. #19208
Reno, Nevada 89511
(775) 219-2871
info@candhcouriers.com

|   |   |   |
|---|---|---|
| 1 | STATE OF NEVADA | ) |
|   |   | )ss |
| 2 | CARSON CITY | ) |

      I, **Dawn Calhoun**, being duly sworn deposes and says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under NV PILB LIC #2602, and not a party to or interested in the proceeding in which this affidavit is made. The Affiant received **1 copy** of the **Summons and Complaint (Jury Trial Demanded)** on **5th** day of **February, 2024** and served the same on the **9th** day of **February, 2024** at **1:38 p.m.** on **Jason D. Woodbury in his Official capacity as Carson City District Attorney** by personally delivering and leaving a copy with **Anna Herring, Front Office Assistant (Caucasian female, 45 years old, 5' 2" tall, 135 lbs, blonde hair, wearing glasses)** at the **Carson City District Attorney's Office, 885 East Musser Street, #2030, Carson City, Nevada 89701**.

      Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

      Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Dated February 14, 2024

Affiant: DAWN CALHOUN
Process Server – NV PILB LIC 2602

C & H COURIERS/
PROCESS SERVERS
75 McCabe Drive #19208
Reno, Nevada 89511
(775) 219-2871

Job No. 2024000055

C & H Couriers/
Process Servers
75 McCabe Dr. #19208
Reno, Nevada 89511
(775) 219-2871
info@candhcouriers.com

2 of 2

Drew Ribar
3480 Pershing Ln.
Washoe Valley NV 89704
775-223-7899
Const2Audit@gmail.com
Pro Se

IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR CARSON CITY

DREW RIBAR,

  Plaintiff,

vs.

JASON D WOODBURY CARSON CITY DISTRICT ATTORNEY

  Defendant

Case No.: 24 OC 00022 1B ~~24 OC 04004 1B~~

Dept. No.: II

SUMMONS (Add'l)

**THE STATE OF NEVADA SENDS GREETINGS TO THE ABOVE-NAMED DEFENDANT: NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

TO THE DEFENDANT: A civil Complaint has been filed by the plaintiff against you.

  1. If you wish to defend this lawsuit, you must, within 20 days after this Summons is served on you, exclusive of the day of service, file with this Court a written pleading* in response to this Complaint.

  2. Unless you respond, your default will be entered upon application of the plaintiff, and this Court may enter a judgment against you for the relief demanded in the Complaint**, which could result in the taking of money or property or the relief requested in the Complaint.

  3. If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

SUMMONS - 1

4. You are required to serve your response upon plaintiff, whose address is:

Drew Ribar 3480 Pershing Ln Washoe Valley NV 89704

SCOTT HOEN, Clerk of the Court By: _____, Deputy Clerk

Date: _____January 29_____, 20 24 . *There is a fee associated with filing a responsive pleading. Please refer to fee schedule. **Note – When service by publication, insert a brief statement of the object of the action. See Rule 4.

RETURN OF SERVICE ON REVERSE SIDE

Dated this 29th January 2024

Drew Ribar
Pro Se

SUMMONS - 2