Drew J Ribar
3480 Pershing Lane
Washoe Valley, NV 89704
775-223-7899
Const2Audit@gmail.com
Pro Se

# IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

## IN AND FOR CARSON CITY

DREW J. RIBAR,

    Plaintiff,

  vs.

STATE OF NEVADA EX REL NEVADA DEPARTMENT OF CORRECTIONS, CARSON CITY AND ITS SHERIFFS OFFICE, CARSON CITY DISTRICT ATTORNEYS OFFICE, CARSON CITY MANAGERS OFFICE, FERNANDEIS FRAZIER IN HIS OFFICIAL CAPACITY AS WARDEN OF NORTHERN NEVADA CORRECTIONAL, AARON RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF THE NEVADA DEPARTMENT OF CORRECTIONS, ROBERT SMITH IN HIS OFFICIAL CPACITY AS AN OFFICER OF NEVADA DEPARTMENT OF CORRECTIONS, JASON BUENO IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY SHERIFF, SEAN PALAMAR RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY SHERIFF, TYSON DARIN LEAGUE RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY DISTRICT ATTORNEY, JAMES DZURENDA (DIRECTOR NEVADA DEPARTMENT OF CORRECTIONS), JASON DL WOODBURY (CARSON CITY DISTRICT ATTORNEY), KENNETH T FURLING IN HIS CAPACITY AS ,

    Defendants.

Removed to United States District Court
District of Nevada
Case# 3:24-cv-00103-ART-CLB

Case No.  24 OC 00022 1D

Dept. No.  II

**AFFIDAVIT OF SERVICE**

C & H Couriers/
Process Servers
75 McCabe Dr. #19208
Reno, Nevada 89511
(775) 219-2871
info@candhcouriers.com

1 of 2

STATE OF MISSISSIPPI    )
                        )ss
COUNTY OF HINDS         )

I, **Jakerrian McGruder**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age and not a party to or interested in the proceeding in which this affidavit is made. The affiant received **1 copy** of the **Summons and Complaint (Jury Trial Demanded)** on **12th** day of **April,** and served the same on the **18th** day of **April, 2024** at **6:20 pm** on **Fernandeis Frazier** by personally delivering and leaving a copy with **Jacuay Frazier, son (black male, 24 years, approx. 5'9, 140 pounds)** at **113 Cedar Hill Way, Clinton, Mississippi 39056.**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Dated April 19, 2024

Affiant: **JAKERRIAN MCGRUDER**
Process Server

C & H COURIERS/
PROCESS SERVERS
75 McCabe Drive #19208
Reno, Nevada 89511
(775) 219-2871

Job No. 2024000385

C & H Couriers/
Process Servers
75 McCabe Dr. #19208
Reno, Nevada 89511
(775) 219-2871
info@candhcouriers.com