1  Drew J Ribar
2  3480 Pershing Lane
   Washoe Valley, NV 89704
3  775-223-7899
   Const2Audit@gmail.com
4  Pro Se

REC'D & FILED
2024 FEB 15 PM 2:17
WILLIAM SCOTT HOEN
D. ORTIZ
BY_____ DEPUTY

6  **IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA**
7  **IN AND FOR CARSON CITY**

8  DREW J. RIBAR,

Removed to United States District Court
District of Nevada
Case# 3:24-cv-00103-ART-CLB

9  Plaintiff,
10  vs.
11  STATE OF NEVADA EX REL NEVADA
    DEPARTMENT OF CORRECTIONS,
12  CARSON CITY AND ITS SHERIFFS
    OFFICE, CARSON CITY DISTRICT
13  ATTORNEYS OFFICE, CARSON CITY
    MANAGERS OFFICE, FERNANDEIS
14  FRAZIER IN HIS OFFICIAL CAPACITY
    AS WARDEN OF NORTHERN NEVADA
15  CORRECTIONAL, AARON RYDER IN
    HIS OFFICIAL CAPACITY AS AN
16  OFFICER OF THE NEVADA
    DEPARTMENT OF CORRECTIONS,
17  ROBERT SMITH IN HIS OFFICIAL
    CPACITY AS AN OFFICER OF NEVADA
18  DEPARTMENT OF CORRECTIONS,
    JASON BUENO IN HIS OFFICIAL
19  CAPACITY AS AN OFFICER OF
    CARSON CITY SHERIFF, SEAN
20  PALAMAR RYDER IN HIS OFFICIAL
    CAPACITY AS AN OFFICER OF
21  CARSON CITY SHERIFF, TYSON
    DARIN LEAGUE RYDER IN HIS
22  OFFICIAL CAPACITY AS AN OFFICER
    OF CARSON CITY DISTRICT
23  ATTORNEY, JAMES DZURENDA
    (DIRECTOR NEVADA DEPARTMENT
24  OF CORRECTIONS), JASON D
    WOODBURY (CARSON CITY DISTRICT
25  ATTORNEY), KENNETH T FURLONG
    IN HIS CAPACITY AS SHERIFF OF
26  CARSON CITY NV,
    OFFICER/DEPUTY/J.DOE 1-99,
27
    Defendants.
28  _____

Case No. 24 OC 00022 1B

Dept. No. II

**AFFIDAVIT OF SERVICE**

C & H Couriers/
Process Servers
75 McCabe Dr. #19208
Reno, Nevada 89511
(775) 219-2871
info@candhcouriers.com

|   |   |   |
|---|---|---|
| 1 | STATE OF NEVADA | ) |
|   |   | )ss |
| 2 | CARSON CITY | ) |

3  I, **Dawn Calhoun**, being duly sworn deposes and says: That at all times herein Affiant
4  was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in
5  the State of Nevada under NV PILB LIC #2602, and not a party to or interested in the
6  proceeding in which this affidavit is made. The Affiant received **1 copy** of the **Summons and**
7  **Complaint (Jury Trial Demanded)** on **5th** day of **February, 2024** and served the same on the
8  **9th** day of **February, 2024** at **1:47 p.m.** on **Carson City Manager** by personally delivering and
9  leaving a copy with **Alexis Philippi, Office Specialist (Caucasian female, 35 years old, 5' 3"**
10  **tall, 140 lbs, black hair, no wearing glasses) at the Carson City Manager's Office, 201**
11  **North Carson Street, Suite 2, Carson City, Nevada 89701**.

12  Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of
13  Nevada that the foregoing is true and correct.

14  Pursuant to NRS 239B.030 this document does not contain the social security number of
15  any person.

16  Dated February 14, 2024

*/s/ Dawn Calhoun*
Affiant: DAWN CALHOUN
Process Server – NV PILB LIC 2602

C & H COURIERS/
PROCESS SERVERS
75 McCabe Drive #19208
Reno, Nevada 89511
(775) 219-2871

Job No. 2024000050

C & H Couriers/
Process Servers
75 McCabe Dr. #19208
Reno, Nevada 89511
(775) 219-2871
info@candhcouriers.com

2 of 2

Drew Ribar
3480 Pershing Ln.
Washoe Valley NV 89704
775-223-7899
Const2Audit@gmail.com
Pro Se

# IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

## IN AND FOR CARSON CITY

DREW RIBAR,

    Plaintiff,

vs.

CARSON CITY, CARSON CITY MANAGERS OFFICE

    Defendant

Case No.: 24 OC 00022 1B ~~24 OC 00034 1B~~

Dept. No.: ~~1F~~

SUMMONS (Add'l)

**THE STATE OF NEVADA SENDS GREETINGS TO THE ABOVE-NAMED DEFENDANT: NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

TO THE DEFENDANT: A civil Complaint has been filed by the plaintiff against you.

    1. If you wish to defend this lawsuit, you must, within 20 days after this Summons is served on you, exclusive of the day of service, file with this Court a written pleading* in response to this Complaint.

    2. Unless you respond, your default will be entered upon application of the plaintiff, and this Court may enter a judgment against you for the relief demanded in the Complaint**, which could result in the taking of money or property or the relief requested in the Complaint.

    3. If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

SUMMONS - 1

4. You are required to serve your response upon plaintiff, whose address is:

Drew Ribar 3480 Pershing Ln Washoe Valley NV 89704

SCOTT HOEN, Clerk of the Court By: _____, Deputy Clerk

Date: _____January 29_____, 20_24_. *There is a fee associated with filing a responsive pleading. Please refer to fee schedule. **Note – When service by publication, insert a brief statement of the object of the action. See Rule 4.

RETURN OF SERVICE ON REVERSE SIDE

Dated this 29th January 2024

Drew Ribar
Pro Se

SUMMONS - 2