## IN THE DISTRICT COURT CARSON CITY OF THE STATE OF NEVADA

| | |
|---|---|
| Drew Ribar<br>PLAINTIFF<br><br>Vs<br><br>State of Nevada Ex Rel Nevada Department of Corrections, Fernandeis Frazier in his Official Capacity as Warden of Northern Nevada Correctional Center, James Dzurenda Director Nevada Department of Corrections, Robert Smith in his Official Capacity as an Officer of Nevada Department of Corrections, Aaron Ryder in his Official Capacity as an Officer of Nevada Department of Corrections, Kenneth Furlong in his Capacity as Sheriff Carson City NV., Jason Bueno in his Official Capacity as an Officer of Carson City Sheriff, Sean Palamar in his Official Capacity as an Officer of Carson City Sheriff, Carson City, Carson Citys Sheriff's Office<br>DEFENDANT | Dated: 2/13/2024<br><br>Civil File Number: 24000948<br><br>CASE No.: 24OC000221B |

## DECLARATION OF SERVICE

**STATE OF NEVADA** }
                    } ss:
**CARSON CITY**     }

**Alexis Kleine**, being first duly sworn, deposes and says: That affiant is a citizen of the United States, over 18 years of age, not a party to the within entered action, and that in Carson City, Nevada, personally served the described documents upon:

**Sub-served:**   State of Nevada Ex Rel Nevada Department of Corrections by serving Veronica Santiago, PT3

**Location:**   NDOC Directors Office 5500 Snyder Avenue Carson City, NV 89702

**Date:**   2/13/2024   **Time:**   12:25 PM

The document(s) served were: Summons & Complaint (Jury Trial Demanded)

I declare under penalty of perjury under the law provided of the State of Nevada that the foregoing is true and correct. No notary is required per NRS 53.045.

**Ken Furlong, SHERIFF**

By: Alexis Kleine  Badge# 9834
Sheriff's Authorized Agent

**911 E. MUSSER STREET, CARSON CITY, NV 89701 (775) 887-2500**

CASE # «Case»                                                               PAGE 2

AFFIDAVIT OF SERVICE

District Court Carson City

Drew Ribar
2730 Conestoga Drive
Carson City, NV 89706

**911 PARR BOULEVARD     RENO, NV    89512-1000    (775) 328-3310**