1  Katherine F. Parks, Esq.
   Nevada Bar No. 6227
2  Thorndal Armstrong, PC
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   Tel:  (775) 786-2882
4  kfp@thorndal.com
   Attorney for Defendants
5  CARSON CITY, JASON BUENO, SEAN PALAMAR, TYSON LEAGUE,
   JASON WOODBURY, and KENNETH FURLONG
6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9  DREW J. RIBAR,

10         Plaintiff,
                                          Case No.    3:24-cv-00103-ART-CLB
11 vs.

12 STATE OF NEVADA EX. REL. NEVADA       **NOTICE OF MANUAL FILING**
   DEPARTMENT OF CORRECTIONS,
13 CARSON CITY AND ITS SHERIFFS
   OFFICE, CARSON CITY DISTRICT
14 ATTORNEYS OFFICE, CARSON CITY
   MANAGERS OFFICE, FERNANDEIS
15 FRAZAIER IN HIS OFFICIAL CAPACITY
   AS WARDEN OF NORTHERN NEVADA
16 CORRECTIONAL, AARON RYDER IN HIS
   OFFICIAL CAPACITY AS AN OFFICER OF
17 NEVADA DEPARTMENT OF
   CORRECTIONS, ROBERT SMITH IN HIS
18 OFFICIAL CAPACITY AS AN OFFICER OF
   NEVADA DEPARTMENT OF
19 CORRECTIONS, JASON BUENO IN HIS
   OFFICIAL CAPACITY AS AN OFFICER OF
20 CARSON CITY SHERIFF, SEAN
   PALAMAR RYDER IN HIS OFFICIAL
21 CAPACITY AS AN OFFICER OF CARSON
   CITY SHERIFF, TYSON DARIN LEAGUE
22 RYDER IN HIS OFFICIAL CAPACITY AS
   AN OFFICER OF CARSON CITY DISTRICT
23 ATTORNEY, JAMES DZURENDA
   (DIRECTOR NEVADA DEPARTMENT OF
24 CORRECTIONS), JASON D. WOODBURY
   (CARSON CITY DISTRICT ATTORNEY),
25 KENNETH T. FURLONG IN HIS
   CAPACITY AS SHERIFF CARSON CITY,
26 NV, OFFICER/DEPUTY/J. DOE 1-99,

27          Defendants.
28

- 1 -

1   COME NOW, Defendants CARSON CITY, JASON BUENO, SEAN PALAMAR, TYSON LEAGUE, JASON WOODBURY, and KENNETH FURLONG, by and through their attorneys, Thorndal Armstrong, PC, and hereby provide notice that Exhibits 2, 3 and 4 to Defendants' Motion for Summary Judgment filed on October 9, 2024, will be manually filed with the Clerk of the Court.  Said exhibits consist of three CDs containing a video recording of Plaintiff's arrest. a video taken from a body camera worn by Defendant Jason Bueno at the time of the incident at issue, and a video taken inside of Defendant Jason Bueno's patrol vehicle at the time of the incident at issue.

DATED this 9th day of October, 2024.

THORNDAL ARMSTRONG, PC

By: */s/ Katherine Parks*
KATHERINE F. PARKS, ESQ.
Nevada Bar No. 6227
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Attorney for Defendants
CARSON CITY, JASON BUENO, SEAN PALAMAR, TYSON LEAGUE, JASON WOODBURY, and KENNETH FURLONG

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Thorndal Armstrong, PC, and that on this date I caused the foregoing NOTICE OF MANUAL FILING to be served on all parties to this action by:

__X__   placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

_____   United States District Court CM/ECF Electronic Filing Process

_____   hand delivery

_____   electronic means (fax, electronic mail, etc.)

_____   Federal Express/UPS or other overnight delivery

fully addressed as follows:

>Drew J. Ribar
>3480 Pershing Ln
>Washoe Valley, NV  89704
>Pro Se Plaintiff

DATED this 9th day of October, 2024.

>/s/ Laura Bautista
>An employee of Thorndal Armstrong, PC