# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

# NORTHERN DIVISION

November 13, 2024

To the Clerk of the Court,

Please do not file Case No.: 3:24-cv-00103-ART-CLB  NOTICE OF NON-RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT emailed on 11/13/2024 @ 8:16 AM.

I rescind this filing.

Respectfully,

Drew Ribar, Pro Se

775-223-7899