Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
kfp@thorndal.com
Attorney for Defendants
CARSON CITY, JASON BUENO, SEAN PALAMAR, TYSON LEAGUE,
JASON WOODBURY, and KENNETH FURLONG

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DREW J. RIBAR,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA EX. REL. NEVADA DEPARTMENT OF CORRECTIONS, CARSON CITY AND ITS SHERIFFS OFFICE, CARSON CITY DISTRICT ATTORNEYS OFFICE, CARSON CITY MANAGERS OFFICE, FERNANDEIS FRAZAIER IN HIS OFFICIAL CAPACITY AS WARDEN OF NORTHERN NEVADA CORRECTIONAL, AARON RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF NEVADA DEPARTMENT OF CORRECTIONS, ROBERT SMITH IN HIS OFFICIAL CAPACITY AS AN OFFICER OF NEVADA DEPARTMENT OF CORRECTIONS, JASON BUENO IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY SHERIFF, SEAN PALAMAR RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY SHERIFF, TYSON DARIN LEAGUE RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY DISTRICT ATTORNEY, JAMES DZURENDA (DIRECTOR NEVADA DEPARTMENT OF CORRECTIONS), JASON D. WOODBURY (CARSON CITY DISTRICT ATTORNEY), KENNETH T. FURLONG IN HIS CAPACITY AS SHERIFF CARSON CITY, NV, OFFICER/DEPUTY/J. DOE 1-99,<br><br>   Defendants. | Case No.  3:24-cv-00103-ART-CLB<br><br>**CARSON CITY DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY REMOVAL WAS PROPER [ECF 38]** |

- 1 -

1    COME NOW Defendants CARSON CITY, JASON BUENO, SEAN PALAMAR, TYSON LEAGUE, JASON WOODBURY, and KENNETH FURLONG, by and through their attorneys Thorndal Armstrong, PC, and pursuant to the Court's order dated November 22, 2024, hereby respond to the Order to Show Cause related to removal of this action based on federal question jurisdiction.

As noted by the Court in its Order to Show Cause, the Carson City Defendants removed this case from the First Judicial District Court on February 29, 2024, based on the existence of federal question jurisdiction pursuant to 28 U.S.C. §1441(a). The Carson City Defendants filed their Notice of Removal in the First Judicial District Court on the same day. *See,* Exhibit 1, Notice of Removal. Pursuant to 28 U.S.C. §1446(b)(2)(A), when a civil action is removed based upon the existence of federal question jurisdiction, all defendants who have been properly joined and served must consent to the removal of the action. Here, the Carson City Defendants were not aware of service of process having been made on the State of Nevada. or any of its officers, at the time they filed their Petition for Removal. Although the Court references an affidavit of the Plaintiff pertaining to service on the State defendants with a service date of February 13, 2024, Plaintiff did not file any affidavits of service (or serve any such documents) relating to the State defendants until July 25, 2024, after the Court Clerk issued notice to the Plaintiff regarding its intent to dismiss unserved defendants (including all of the State defendants) pursuant to FRCP 4(m) on June 26, 2024. *See,* ECF 15.

Further, 28 U.S.C. §1446(d) requires the removing party to give written notice of removal to all "adverse parties." Here, the Carson City Defendants served written notice of the removal of this case on Plaintiff on February 29, 2024. *See,* ECF 1, p. 4; *see also,* Exhibit 1, Notice of Removal, p. 3.

/ / /
/ / /
/ / /
/ / /
/ / /

- 2 -

As this Court has original jurisdiction over this case, and as the Carson City Defendants followed the procedure set forth in 28 U.S.C. §1446 related to notice of removal to the adverse party, removal was proper under the circumstances.

DATED this 2nd day of December, 2024.

THORNDAL ARMSTRONG, PC

By: */s/ Katherine Parks*
KATHERINE F. PARKS, ESQ.
Nevada Bar No. 6227
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Attorney for Defendants
CARSON CITY, JASON BUENO, SEAN PALAMAR, TYSON LEAGUE, JASON WOODBURY, and KENNETH FURLONG

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Thorndal Armstrong, PC, and that on this date I caused the foregoing CARSON CITY DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY REMOVAL WAS PROPER [ECF 38] to be served on all parties to this action by:

__X__  placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

_____ United States District Court CM/ECF Electronic Filing Process

_____ hand delivery

_____ electronic means (fax, electronic mail, etc.)

_____ Federal Express/UPS or other overnight delivery

fully addressed as follows:

Drew J. Ribar<br>
3480 Pershing Ln<br>
Washoe Valley, NV  89704<br>
Pro Se Plaintiff

DATED this 2nd day of December, 2024.

                                                              /s/ Laura Bautista<br>
                                                         An employee of Thorndal Armstrong, PC

## INDEX OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1 | Notice of Removal |