UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DREW J. RIBAR,
Plaintiff,
v.
STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS; CARSON CITY; SHERIFF KENNETH FURLONG, in his official and individual capacities; **DEPUTY JASON BUENO**, in his official and individual capacities; **DEPUTY SEAN PALAMAR**, in his individual capacity; **SGT. ROBERT SMITH**, in his individual capacity; **SGT. FERNANDEIS FRAZIER**, in his individual capacity; **SGT. TJ BOGGAN**, in his official and individual capacities; **DISTRICT ATTORNEY JASON WOODBURY**, in his official capacity; and DOES 1–10,
Defendants.

Case No. 3:24-cv-00103-ART-CLB

# NOTICE OF MANUAL FILING OF NON-PAPER EXHIBITS (VIDEO FILES AND EXCEL SPREADSHEETS)

Pursuant to **Local Rule IC 2-1(g)** and **Federal Rule of Civil Procedure 5(d)(2)**, **Plaintiff Drew J. Ribar**, appearing pro se, hereby provides notice of manual filing of the following exhibits in support of his **First Amended Complaint**, which are not capable of electronic filing through CM/ECF due to file size, format, or compatibility.

These items are being **manually filed via USB drive** and are available for inspection at the Clerk of Court's Office, and for duplication or provision upon request to opposing counsel:

PLEADING TITLE - 1

## Manually Filed Video Exhibits:

- **Exhibit A:** Arrest footage from Northern Nevada Correctional Center (NNCC)
- **Exhibit B:** Video of arrest, conversation and CCSO interaction with NDOC employees
- **Exhibit C:** Deputy Bueno body camera arrest, "hotboxing" booking.
- **Exhibit D:** Video of prisoner compartment where Mr. Ribar was hotboxed 95 degrees
- **Exhibit E:** Business interference video involving A&A Towing
- **Exhibit P:** Video recording of Plaintiff's detention by Sgt. Boggan at CCSO lobby on March 20, 2025

## Manually Filed Excel Exhibits:

- **Exhibit L (Bates EX029–EX030):**
    - 2024 Social Media Deletion Log (Jan. 22–23, 2024)
    - Carson City Blocked Accounts List
- **Exhibit N (Bates EX032):**
    - 10-Year Log of Social Media Comments Deleted, Hidden, or Edited (11,653 entries)

PLEADING TITLE - 2

These exhibits are **integral to Plaintiff's claims** in the First Amended Complaint and are being authenticated pursuant to **Fed. R. Evid. 901** through sworn affidavit and cover sheets included in the record.

**Dated:** March 28, 2025

Respectfully submitted,

/s/ **Drew J. Ribar**

**Drew J. Ribar, Pro Se**

3480 Pershing Ln

Washoe Valley, NV 89704

Tel: (775) 223-7899

Email: Const2Audit@gmail.com

PLEADING TITLE - 3