UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DREW J. RIBAR,
Plaintiff,

v.

STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS; CARSON CITY; SHERIFF KENNETH FURLONG, in his official and individual capacities; DEPUTY JASON BUENO, in his official and individual capacities; DEPUTY SEAN PALAMAR, in his individual capacity; SGT. ROBERT SMITH, in his individual capacity; SGT. FERNANDEIS FRAZIER, in his individual capacity; SGT. TJ BOGGAN, in his official and individual capacities; DISTRICT ATTORNEY JASON WOODBURY, in his official capacity; and DOES 1–10,
Defendants.

Case No. 3:24-cv-00103-ART-CLB

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

[Per Court's February 27, 2025 Order]

Plaintiff, DREW J. RIBAR, appearing pro se, respectfully moves this Court for leave to file the attached **First Amended Complaint** pursuant to **Federal Rule of Civil Procedure 15(a)(2)** and the Court's **February 27, 2025 Order Regarding Removal and Leave to Amend.**

In support of this Motion, Plaintiff states as follows:

1. On February 27, 2025, the Court entered an Order granting Plaintiff leave to file an amended complaint. (ECF No. __, "Order Regarding Removal and Leave to Amend.")
2. The Court expressly provided Plaintiff the opportunity to "file an amended complaint to clarify his claims," recognizing that the original pleading was filed in state court and did not necessarily comply with federal pleading standards.

PLEADING TITLE - 1

3. Plaintiff has now prepared a comprehensive **First Amended Complaint** that complies with **Federal Rule of Civil Procedure 8(a)** and applicable precedent, including *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and *Monell v. Department of Social Services*, 436 U.S. 658 (1978).

4. The proposed First Amended Complaint:

    o Clarifies the factual allegations and legal bases for all claims;

    o Adds factual detail supported by properly authenticated exhibits (A through P);

    o Cures any deficiencies in the original complaint filed in state court;

    o Reflects new incidents (e.g., March 20, 2025 incident involving Sgt. Boggan) that occurred after the original filing;

    o And properly identifies all named defendants and relevant constitutional and statutory bases for relief.

5. Plaintiff respectfully submits that this amendment is filed in good faith, without undue delay, and at this early stage of litigation will not prejudice Defendants.

6. Pursuant to Local Rule 15-1(a), a complete copy of the proposed **First Amended Complaint** is attached hereto as Exhibit 1.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order:

- Granting this Motion for Leave to File First Amended Complaint;

- Directing the Clerk of Court to file the attached proposed First Amended Complaint on the docket;

- And granting such other and further relief as this Court deems just and proper.

PLEADING TITLE - 2

Dated: March 28, 2025

Respectfully submitted,

/s/ Drew J. Ribar

**Drew J. Ribar**

3480 Pershing Ln

Washoe Valley, NV 89704

Tel: (775) 223-7899

Email: Const2Audit@gmail.com

**Plaintiff, Pro Se**

PLEADING TITLE - 3