**EXHIBIT A**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**DREW J. RIBAR,**

*Plaintiff,*

v.

**STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, et al.,**

*Defendants.*

**Case No.: 3:24-cv-00103-ART-CLB**

# EXHIBIT A: VIDEO RECORDING AND TRANSCRIPT OF AUGUST 30, 2022 INCIDENT

**Summary Judgment Relevance**

Pursuant to **FRCP 56(a)**, this exhibit constitutes **undisputed material evidence** demonstrating that **no genuine issue of material fact** exists regarding **Defendants' violations of Plaintiff's rights** under:

- **United States Constitution:** Amendments I, IV, VIII, XIV

PLEADING TITLE - 1

- **Nevada Constitution:** Article 1, Sections 1, 6, 8, 9, 18
- **Federal Civil Rights & Conspiracy Laws:** 42 U.S.C. § 1983, 18 U.S.C. §§ 241-242
- **Nevada Statutes:** NRS 171.1233, 197.200, 200.460, 199.310, 200.481, 200.471, 207.190, 200.310, 205.2715, 205.220

This evidence supports **summary judgment** by demonstrating **Defendants' coordinated misconduct, deliberate indifference, and constitutional violations**.

## Description

This exhibit consists of:

1. **Video Recording:** A **31-minute, 49-second** video recorded by Plaintiff Drew J. Ribar on **August 30, 2022**, at **Northern Nevada Correctional Center (NNCC), Carson City, Nevada**.
2. **Transcript:** A **42-page, timestamped transcript** generated using **DaVinci Resolve software**, reflecting a verbatim account of the audio.

The recording captures **Plaintiff's First Amendment audit**, interactions with **Defendants Aaron Ryder, Robert Smith, Fernandeis Frazier, Jason Bueno, and Sean Palamar**, and **his unlawful arrest**.

## Key Legal Violations and Supporting Evidence

PLEADING TITLE - 2

| Time Stamp | Incident | Legal Relevance |
|---|---|---|
| 01:00:00 - 01:00:47 | Plaintiff states: *"do a First Amendment audit… film in public… act as a member of the press"* (Lines 5-23). | **First Amendment Violation**: U.S. Const. Amend. I, Nev. Const. Art. 1, Sec. 9; *Fordyce v. Seattle*, 55 F.3d 436 (9th Cir. 1995), *Glik v. Cunniffe*, 655 F.3d 78 (1st Cir. 2011), *Irizarry v. Yehia*, 38 F.4th 1282 (10th Cir. 2022); **NRS 171.1233 (public access rights).** |
| 01:02:55 - 01:03:27 | Lt. Ryder orders, *"Could you do it off the property please?"* (Line 38), denies public road status (Line 40), threatens, *"I'll have Carson… tell you to get off"* (Line 47). | **Unlawful Threat & Coercion**: First Amendment retaliation (Nev. Const. Art. 1, Sec. 9), Fourth Amendment seizure (Nev. Const. Art. 1, Sec. 18; *Hiibel v. Sixth Judicial Dist. Ct.*, 542 U.S. 177 (2004)); **NRS 197.200 (oppression under color of law), NRS 207.190 (coercion).** |
| 01:07:36 - 01:07:48 | Plaintiff states: *"they're surrounding my truck, preventing my path down a public road"* (Lines 89-91). | **Illegal Detention & False Imprisonment**: Fourth Amendment violation (Nev. Const. Art. 1, Sec. 18; *Devenpeck v. Alford*, 543 U.S. 146 (2004)); **NRS 200.460 (false imprisonment), NRS 200.310 (kidnapping – restraint), NRS 205.2715 (unlawful vehicle taking), NRS 205.220 (grand larceny – vehicle seizure).** |

PLEADING TITLE - 3

| Time Stamp | Incident | Legal Relevance |
|---|---|---|
| 01:14:18 - 01:20:22 | **Fatal Admission:** Sgt. Smith states, *"this is a public road"* (01:20:18, Line 375), contradicting trespassing claim. | **Direct Evidence of Unlawful Arrest**: Fourth Amendment seizure (Nev. Const. Art. 1, Sec. 18); *Hiibel, Devenpeck*; **NRS 200.460, NRS 207.190 (coercion), NRS 200.471 (assault – threat of force).** |
| 01:28:55 - 01:31:49 | Warden Frazier orders **arrest without lawful cause** (Lines 481, 495); Bueno & Palamar **execute false arrest** (Lines 519-556). | **Supervisory Liability & Unlawful Arrest**: Fourth Amendment violation (Nev. Const. Art. 1, Sec. 18); **NRS 199.310 (malicious prosecution), NRS 200.481 (battery – physical restraint), 18 U.S.C. §§ 241-242 (conspiracy), § 1983 (supervisory liability under *Iqbal*).** |

## Legal Claims Supported

1. **First Amendment Retaliation** *(U.S. Const. Amend. I; Nev. Const. Art. 1, Sec. 9)* – Ryder, Smith, Frazier, Bueno, and Palamar violated **NRS 171.1233** by **retaliating against Plaintiff's protected speech.**

2. **Unlawful Detention & Arrest** *(U.S. Const. Amend. IV; Nev. Const. Art. 1, Sec. 18)* – No probable cause existed for the stop or arrest. **NRS 200.460 (false imprisonment), NRS 200.310 (kidnapping), NRS 205.2715 (unlawful taking), NRS 205.220 (grand larceny).**

3. **Supervisory Liability** *(Ashcroft v. Iqbal, 556 U.S. 662 (2009))* – Frazier's **deliberate indifference** in ordering an **unlawful arrest** (NRS 199.310, NRS 200.481).

4. **Coercion & Oppression Under Color of Law** *(NRS 197.200, 207.190)* – Ryder and Smith threatened Plaintiff's rights to force compliance.

5. **Conspiracy to Violate Civil Rights** *(42 U.S.C. § 1983; 18 U.S.C. §§ 241-242)* – Defendants **acted in concert** to **unlawfully detain, arrest, and retaliate** against Plaintiff.

## Authentication

Pursuant to **FRE 901, 1002**, and **28 U.S.C. § 1746**, I, Drew J. Ribar, **declare under penalty of perjury under the laws of the United States** that the **video recording and transcript** are **true and accurate representations of events on August 30, 2022**.

DATED: **March 28, 2025**

**/s/ Drew J. Ribar**

Drew J. Ribar, Pro Se

3480 Pershing Ln., Washoe Valley, NV 89704

775-223-7899 | Const2Audit@gmail.com

PLEADING TITLE - 5

```
WEBVTT

1
01:00:00.000 --> 01:00:02.541
<b>[Music]</b>

2
01:00:05.833 --> 01:00:08.333
<b>Okay, good afternoon everybody. We're</b>

3
01:00:08.333 --> 01:00:09.041
<b>here at Northern</b>

4
01:00:09.041 --> 01:00:10.375
<b>Nevada Correctional Center</b>

5
01:00:10.791 --> 01:00:14.875
<b>on Tuesday, August 30th of 2022. And</b>

6
01:00:14.875 --> 01:00:16.541
<b>we're going to take a look at the</b>

7
01:00:16.541 --> 01:00:17.500
<b>publicly accessible</b>

8
01:00:17.500 --> 01:00:18.708
<b>areas of the prison here.</b>

9
01:00:19.833 --> 01:00:20.208
<b>Go look at the</b>

10
01:00:20.208 --> 01:00:21.375
<b>parking lot for the guests.</b>

11
01:00:23.416 --> 01:00:24.250
<b>Film from the outside</b>

12
01:00:24.250 --> 01:00:26.708
<b>what we can visibly see. And</b>

13
01:00:27.291 --> 01:00:29.583
<b>the hope, the goal, is to</b>
```

14
01:00:29.583 --> 01:00:30.666
<b>do a First Amendment audit</b>

15
01:00:30.958 --> 01:00:32.000
<b>where our constitutional</b>

16
01:00:32.000 --> 01:00:34.375
<b>rights to film in public</b>

17
01:00:35.208 --> 01:00:37.708
<b>and act as a member of the press, be a</b>

18
01:00:37.708 --> 01:00:38.500
<b>member of the press,</b>

19
01:00:39.041 --> 01:00:41.583
<b>is respected. And that way the people can</b>

20
01:00:41.583 --> 01:00:42.875
<b>see the information that's gathered</b>

21
01:00:43.375 --> 01:00:44.833
<b>and you all can make your own decisions</b>

22
01:00:44.833 --> 01:00:46.166
<b>about what's going on in our country</b>

23
01:00:46.166 --> 01:00:47.041
<b>with our tax dollars.</b>

24
01:00:48.583 --> 01:00:51.125
<b>So let's take a look here</b>

25
01:00:54.291 --> 01:00:57.958
<b>at what it is.</b>

26
01:01:01.291 --> 01:01:02.958
<b>There's the road we've got to go down.</b>

27
01:01:05.750 --> 01:01:07.291

<b>There's the big old truck.</b>

28
01:01:19.750 --> 01:01:20.708
<b>Big old place.</b>

29
01:01:26.375 --> 01:01:27.750
<b>And that's where we're going to be going.</b>

30
01:01:29.708 --> 01:01:34.625
<b>Let's go see what happens.</b>

31
01:01:59.708 --> 01:02:04.541
<b>Hello.</b>

32
01:02:29.666 --> 01:02:32.541
<b>Hello.</b>

33
01:02:32.583 --> 01:02:54.541
<b>Hello.</b>

34
01:02:55.458 --> 01:02:59.375
<b>Hi there. What's your name?</b>

35
01:03:00.458 --> 01:03:01.541
<b>What's your name? Lieutenant</b>

36
01:03:01.583 --> 01:03:03.541
<b>Ryer. What can we do for you? I'm just</b>

37
01:03:03.541 --> 01:03:04.625
<b>taking pictures and filming.</b>

38
01:03:05.083 --> 01:03:06.416
<b>Okay. Could you do it off the property</b>

39
01:03:06.416 --> 01:03:08.500
<b>please? Is this a public roadway?</b>

40
01:03:09.041 --> 01:03:10.208
<b>No this is not a public roadway. Where</b>

41
01:03:10.208 --> 01:03:11.583
<b>does it say there's belongs to the</b>

42
01:03:11.583 --> 01:03:12.416
<b>prison sir? I need you</b>

43
01:03:12.416 --> 01:03:13.375
<b>to film off the property.</b>

44
01:03:13.375 --> 01:03:15.375
<b>Where does it say no trespassing? Sir,</b>

45
01:03:16.041 --> 01:03:17.208
<b>I'm asking you to please film off the</b>

46
01:03:17.208 --> 01:03:18.583
<b>property. Otherwise I'll</b>

47
01:03:18.583 --> 01:03:19.666
<b>have Carson S. Oakham tell</b>

48
01:03:19.666 --> 01:03:21.666
<b>you to get off the property. Well can you</b>

49
01:03:21.666 --> 01:03:22.625
<b>show me where it says no</b>

50
01:03:22.625 --> 01:03:24.208
<b>trespassing? No sir, I'm not showing you</b>

51
01:03:24.208 --> 01:03:25.375
<b>anything. I'm telling you you need to</b>

52
01:03:25.375 --> 01:03:27.000
<b>take the property. Well then if there's</b>

53
01:03:27.000 --> 01:03:27.750
<b>no. I'm a sworn peace</b>

54
01:03:27.750 --> 01:03:28.458

<b>officer for the state</b>

55
01:03:28.500 --> 01:03:30.041
<b>of the officer. I appreciate that. It's</b>

56
01:03:30.041 --> 01:03:31.666
<b>not an unlawful order so could I please</b>

57
01:03:31.666 --> 01:03:33.500
<b>get you to go off the property. Okay so</b>

58
01:03:33.500 --> 01:03:35.375
<b>if it's not an unlawful. Yes sir.</b>

59
01:03:35.500 --> 01:03:37.333
<b>It's not an unlawful. Sir yes or no so I</b>

60
01:03:37.333 --> 01:03:38.750
<b>can call Carson S. Oakham.</b>

61
01:03:38.750 --> 01:03:40.458
<b>Well let me ask them a question. You're</b>

62
01:03:40.458 --> 01:03:41.291
<b>saying I don't get to ask</b>

63
01:03:41.291 --> 01:03:42.125
<b>questions. I will call Carson S.</b>

64
01:03:42.125 --> 01:03:45.333
<b>and we'll let them know. Okay. Tell them</b>

65
01:03:45.333 --> 01:03:47.125
<b>that I'm exercising my</b>

66
01:03:47.125 --> 01:03:48.333
<b>constitutional rights.</b>

67
01:03:51.291 --> 01:03:56.333
<b>Okay. Well that was quick.</b>

68
01:04:20.416 --> 01:04:20.583
<b>Okay.</b>

69
01:04:34.625 --> 01:04:35.625
<b>Well that was quick.</b>

70
01:05:01.625 --> 01:05:03.291
<b>Okay. There we go.</b>

71
01:05:06.416 --> 01:05:12.416
<b>Okay. Here we go.</b>

72
01:05:13.875 --> 01:05:15.000
<b>We've already been stopped.</b>

73
01:05:17.125 --> 01:05:17.333
<b>Okay.</b>

74
01:05:18.583 --> 01:05:19.250
<b>And.</b>

75
01:05:20.000 --> 01:05:22.208
<b>Steve Michael.</b>

76
01:05:52.250 --> 01:05:57.041
<b>Okay, so we need to go up here and we're</b>

77
01:05:57.041 --> 01:05:57.958
<b>going to go look for</b>

78
01:05:57.958 --> 01:06:00.916
<b>a no trespassing sign.</b>

79
01:06:16.375 --> 01:06:16.791
<b>Okay.</b>

80
01:06:38.000 --> 01:06:41.000
<b>and we're going to wait to</b>

81
01:06:41.000 --> 01:06:43.000

<b>go across the street here</b>

82
01:06:48.291 --> 01:06:49.208
<b>and double check</b>

83
01:06:52.458 --> 01:06:53.333
<b>make sure we're not</b>

84
01:06:53.333 --> 01:06:55.166
<b>missing any no trespassing signs</b>

85
01:07:15.000 --> 01:07:15.416
<b>okay</b>

86
01:07:15.541 --> 01:07:21.375
<b>no no trespassing signs anywhere</b>

87
01:07:21.666 --> 01:07:28.750
<b>that I can visibly see here and we'll</b>

88
01:07:28.750 --> 01:07:30.750
<b>just kinda keep going over here now</b>

89
01:07:31.666 --> 01:07:33.083
<b>these guys are surrounding my truck</b>

90
01:07:36.041 --> 01:07:45.166
<b>they're preventing my path of movement</b>

91
01:07:45.250 --> 01:07:48.000
<b>down a public road</b>

92
01:07:53.333 --> 01:07:56.833
<b>there's no no parking signs here</b>

93
01:08:17.750 --> 01:08:19.666
<b>everything's just in the mirror</b>

94
01:08:27.041 --> 01:08:27.333
<b>okay</b>

95
01:08:38.375 --> 01:08:38.708
<b>yes sir</b>

96
01:08:38.708 --> 01:08:40.083
<b>and what was your name again? Lieutenant</b>

97
01:08:40.083 --> 01:08:40.958
<b>Ryer I already told you sir</b>

98
01:08:40.958 --> 01:08:41.916
<b>and do you have a badge number?</b>

99
01:08:42.625 --> 01:08:43.000
<b>Ryer in 3</b>

100
01:08:43.875 --> 01:08:44.750
<b>need a minute sir</b>

101
01:08:44.875 --> 01:08:45.875
<b>do you have a badge</b>

102
01:08:45.875 --> 01:08:46.750
<b>number please identify</b>

103
01:08:53.875 --> 01:08:55.666
<b>let's look in the back of the van here</b>

104
01:08:55.666 --> 01:08:59.208
<b>thank God I'm not back here</b>

105
01:09:03.875 --> 01:09:04.958
<b>yes sir</b>

106
01:09:04.958 --> 01:09:05.875
<b>and what's your badge number?</b>

107
01:09:06.541 --> 01:09:07.291
<b>10,300</b>

108
01:09:07.291 --> 01:09:08.666

<b>10,300 okay</b>

109
01:09:08.666 --> 01:09:10.541
<b>sir just let you know</b>

110
01:09:10.541 --> 01:09:11.375
<b>what I'm involved in</b>

111
01:09:11.375 --> 01:09:12.750
<b>sir I'm not worried about what you're</b>

112
01:09:12.750 --> 01:09:13.458
<b>involved in you're on our</b>

113
01:09:13.458 --> 01:09:14.375
<b>property I need you to leave</b>

114
01:09:14.375 --> 01:09:15.833
<b>I'm not nothing else to say</b>

115
01:09:15.875 --> 01:09:18.333
<b>again where are the</b>

116
01:09:18.333 --> 01:09:21.791
<b>okay I'm gonna go keep walking then okay</b>

117
01:09:44.291 --> 01:09:45.041
<b>again sir</b>

118
01:09:45.041 --> 01:09:45.125
<b>again sir</b>

119
01:09:45.125 --> 01:09:46.000
<b>he says there's a</b>

120
01:09:46.916 --> 01:10:02.291
<b>so we see no parking signs</b>

121
01:10:02.291 --> 01:10:08.916
<b>we see that</b>

122
01:10:19.791 --> 01:10:22.875
<b>okay</b>

123
01:10:45.458 --> 01:10:45.750
<b>okay</b>

124
01:10:45.750 --> 01:10:46.875
<b>okay so I'm gonna say it real</b>

125
01:10:46.875 --> 01:10:48.000
<b>loud with your roll-up window</b>

126
01:10:48.000 --> 01:10:50.791
<b>so I'd like you to read Fordyce versus</b>

127
01:10:50.791 --> 01:10:51.875
<b>Seattle that's case law</b>

128
01:10:51.916 --> 01:10:53.875
<b>hang on I'm gonna I'm</b>

129
01:10:53.875 --> 01:10:55.083
<b>telling you that right now under</b>

130
01:10:55.083 --> 01:10:58.875
<b>NRS 197 200 you're pressing my rights</b>

131
01:10:58.875 --> 01:11:00.000
<b>under the color of law</b>

132
01:11:00.000 --> 01:11:04.083
<b>so your qualified immunity may not exist</b>

133
01:11:04.083 --> 01:11:05.958
<b>it's a violation of</b>

134
01:11:05.958 --> 01:11:07.708
<b>constitutional rights under federal law</b>

135
01:11:07.875 --> 01:11:11.875

```
<b>on the criminal side of Title 18 USC</b>

136
01:11:11.875 --> 01:11:16.750
<b>242 241 is conspiracy when</b>

137
01:11:16.750 --> 01:11:17.875
<b>you bring two or more into it</b>

138
01:11:17.875 --> 01:11:21.166
<b>to violate constitutional rights</b>

139
01:11:21.875 --> 01:11:23.166
<b>I'm exercising my</b>

140
01:11:23.166 --> 01:11:26.000
<b>constitutional right to film in public</b>

141
01:11:26.875 --> 01:11:31.583
<b>the most recent court the 10th Circuit in</b>

142
01:11:31.583 --> 01:11:35.000
<b>July 22nd in Izari versus Yahia</b>

143
01:11:35.000 --> 01:11:37.166
<b>so that's your case law for what I'm</b>

144
01:11:37.166 --> 01:11:38.458
<b>doing you have a nice day</b>

145
01:11:47.916 --> 01:11:54.875
<b>okay and that one says no parking no use of tobacco</b>

146
01:12:03.458 --> 01:12:06.416
<b>okay and that one says no</b>

147
01:12:06.416 --> 01:12:10.125
<b>parking no use of tobacco</b>

148
01:12:10.125 --> 01:12:12.833
<b>that's a good thing I don't smoke</b>
```

149
01:12:12.833 --> 01:12:18.875
<b>and I'm staying right on the roadway here</b>

150
01:12:19.875 --> 01:12:27.625
<b>right next to where we can see my feet</b>

151
01:12:27.625 --> 01:12:29.125
<b>how close I am to the road here</b>

152
01:12:29.125 --> 01:12:32.125
<b>so I should be on the public easement</b>

153
01:12:44.750 --> 01:12:47.041
<b>in a no parking sign</b>

154
01:12:47.041 --> 01:12:50.416
<b>no other signs on the pole</b>

155
01:12:51.875 --> 01:12:52.833
<b>missing nothing</b>

156
01:12:52.833 --> 01:12:56.375
<b>looking around for some more</b>

157
01:13:03.208 --> 01:13:04.416
<b>I'm getting no more signs</b>

158
01:13:13.875 --> 01:13:14.833
<b>well</b>

159
01:13:33.875 --> 01:13:35.916
<b>that was pretty fast response just for</b>

160
01:13:35.916 --> 01:13:38.458
<b>looking at their sign on the road</b>

161
01:13:41.208 --> 01:13:44.166
<b>pretty crazy</b>

162
01:14:18.125 --> 01:14:19.375

```
<b>I am good how are you</b>

163
01:14:21.333 --> 01:14:23.250
<b>could I hang on a second let me get a</b>

164
01:14:23.250 --> 01:14:24.208
<b>little closer so I can hear you</b>

165
01:14:24.208 --> 01:14:25.750
<b>what's your name and your badge number</b>

166
01:14:25.750 --> 01:14:27.541
<b>I'm Sergeant Smith Sergeant Smith</b>

167
01:14:27.875 --> 01:14:29.583
<b>and your number I don't have a badge</b>

168
01:14:29.583 --> 01:14:31.625
<b>number I have an employee ID number 38095</b>

169
01:14:31.875 --> 01:14:34.416
<b>38095 thank you can ask what you're what</b>

170
01:14:34.416 --> 01:14:35.041
<b>you're doing out here</b>

171
01:14:35.041 --> 01:14:38.208
<b>I'm exercising my constitutional right to</b>

172
01:14:38.208 --> 01:14:40.333
<b>film in public and to disseminate the</b>

173
01:14:40.333 --> 01:14:42.541
<b>information as a member of the press</b>

174
01:14:42.875 --> 01:14:44.541
<b>okay I can only let you go so far so you</b>

175
01:14:44.541 --> 01:14:45.791
<b>can't come on the state's property</b>
```

176
01:14:45.791 --> 01:14:46.708
<b>we're not allowing you on there you're</b>

177
01:14:46.708 --> 01:14:47.333
<b>also not wearing the</b>

178
01:14:47.333 --> 01:14:48.041
<b>right colors for that</b>

179
01:14:48.041 --> 01:14:49.458
<b>if you wear blue shirt we</b>

180
01:14:49.458 --> 01:14:50.333
<b>can mistake you for an inmate</b>

181
01:14:50.333 --> 01:14:51.666
<b>well let me ask a question</b>

182
01:14:51.666 --> 01:14:53.333
<b>here is this a public road</b>

183
01:14:53.875 --> 01:14:55.791
<b>this is the state's owned road so the</b>

184
01:14:55.791 --> 01:14:56.541
<b>state owns this road</b>

185
01:14:56.916 --> 01:14:58.625
<b>I believe they do yes okay is there are</b>

186
01:14:58.625 --> 01:15:00.458
<b>there any no trespassing signs from</b>

187
01:15:00.875 --> 01:15:04.083
<b>I don't know did you see any way in sir I</b>

188
01:15:04.083 --> 01:15:05.916
<b>documented everything and there are no no</b>

189
01:15:05.916 --> 01:15:07.583

&lt;b&gt;trespassing signs that I can find&lt;/b&gt;

190
01:15:07.875 --> 01:15:09.291
&lt;b&gt;do you have any posted that I may have&lt;/b&gt;

191
01:15:09.291 --> 01:15:11.416
&lt;b&gt;missed I'm gonna wear if you can go back&lt;/b&gt;

192
01:15:11.416 --> 01:15:11.958
&lt;b&gt;there and check you're&lt;/b&gt;

193
01:15:11.958 --> 01:15:12.916
&lt;b&gt;more than willing to go&lt;/b&gt;

194
01:15:12.916 --> 01:15:14.916
&lt;b&gt;I've already documented my two cameras&lt;/b&gt;

195
01:15:14.916 --> 01:15:16.750
&lt;b&gt;okay to make sure I'm not&lt;/b&gt;

196
01:15:16.750 --> 01:15:18.125
&lt;b&gt;violating any laws right&lt;/b&gt;

197
01:15:18.875 --> 01:15:22.750
&lt;b&gt;so is this a publicly funded road open to&lt;/b&gt;

198
01:15:22.750 --> 01:15:24.375
&lt;b&gt;the public and if I'm a&lt;/b&gt;

199
01:15:24.375 --> 01:15:25.625
&lt;b&gt;visitor can I come down this road&lt;/b&gt;

200
01:15:25.916 --> 01:15:27.708
&lt;b&gt;I'm here to visit an inmate I'm here to&lt;/b&gt;

201
01:15:27.708 --> 01:15:30.166
&lt;b&gt;do my business okay well I will let you&lt;/b&gt;

202
01:15:30.166 --> 01:15:31.250
&lt;b&gt;know sir that we have called the&lt;/b&gt;

203
01:15:31.250 --> 01:15:31.791
<b>sheriff's department</b>

204
01:15:31.791 --> 01:15:33.500
<b>okay and they will be on their way okay</b>

205
01:15:33.500 --> 01:15:35.458
<b>this is a state facility</b>

206
01:15:35.458 --> 01:15:36.791
<b>it's a correctional center</b>

207
01:15:36.875 --> 01:15:38.333
<b>I understand that you guys walking around</b>

208
01:15:38.333 --> 01:15:39.958
<b>here filming for safety reasons well no I</b>

209
01:15:39.958 --> 01:15:41.250
<b>don't want to go in any secured area</b>

210
01:15:41.250 --> 01:15:42.958
<b>I don't want to go in anywhere that says</b>

211
01:15:42.958 --> 01:15:46.375
<b>authorized personnel only I only want to</b>

212
01:15:46.375 --> 01:15:47.916
<b>go into publicly accessible areas</b>

213
01:15:47.916 --> 01:15:50.083
<b>that's why I'm very conscious of asking</b>

214
01:15:50.083 --> 01:15:51.791
<b>you if there's trespassing signs</b>

215
01:15:52.750 --> 01:15:56.041
<b>that's why I'm trying to make sure I'm</b>

216
01:15:56.041 --> 01:15:56.833

<b>engaging with you and</b>

217
01:15:56.833 --> 01:15:58.125
<b>telling you exactly what I'm doing</b>

218
01:15:58.125 --> 01:16:01.333
<b>I'm not avoiding you as you mentioned I'm</b>

219
01:16:01.333 --> 01:16:03.333
<b>wearing a blue shirt I've</b>

220
01:16:03.333 --> 01:16:04.916
<b>never been to this prison before</b>

221
01:16:04.916 --> 01:16:07.083
<b>I don't know what your rules are on the</b>

222
01:16:07.083 --> 01:16:10.250
<b>inside but the rules on the inside I</b>

223
01:16:10.250 --> 01:16:11.541
<b>haven't been convicted of anything</b>

224
01:16:11.541 --> 01:16:14.583
<b>and I'm exercising a constitutional right</b>

225
01:16:14.583 --> 01:16:17.541
<b>so if you want to interfere with that</b>

226
01:16:17.541 --> 01:16:17.875
<b>constitutional right</b>

227
01:16:18.875 --> 01:16:20.875
<b>that's you're probably going to lose</b>

228
01:16:20.875 --> 01:16:23.000
<b>qualified immunity and I'd</b>

229
01:16:23.000 --> 01:16:25.166
<b>rather educate than litigate</b>

230
01:16:25.166 --> 01:16:27.333
<b>so I'd much rather discuss this with you</b>

231
01:16:27.333 --> 01:16:29.333
<b>and try to explain to you what my rights</b>

232
01:16:29.333 --> 01:16:30.916
<b>are or anybody else's</b>

233
01:16:30.916 --> 01:16:31.791
<b>rights are with the camera</b>

234
01:16:31.875 --> 01:16:35.333
<b>okay okay so do you want to interfere</b>

235
01:16:35.333 --> 01:16:36.916
<b>with me accessing a public roadway</b>

236
01:16:36.916 --> 01:16:39.500
<b>you can access a public roadway if you</b>

237
01:16:39.500 --> 01:16:40.875
<b>believe this is a public roadway by all</b>

238
01:16:40.875 --> 01:16:43.083
<b>means but I'm refusing to</b>

239
01:16:43.083 --> 01:16:43.833
<b>let you on the state's property</b>

240
01:16:43.916 --> 01:16:45.791
<b>oh I don't want on the state's property</b>

241
01:16:45.791 --> 01:16:47.125
<b>anywhere that the public can go here I</b>

242
01:16:47.125 --> 01:16:47.833
<b>should be able to go right</b>

243
01:16:48.333 --> 01:16:53.000

<b>100% so where does the state's</b>

244
01:16:53.000 --> 01:16:55.541
<b>property begin that's not public</b>

245
01:16:55.875 --> 01:16:57.833
<b>the state actually owns the land that</b>

246
01:16:57.833 --> 01:16:58.500
<b>you're actually standing on</b>

247
01:16:58.500 --> 01:17:00.166
<b>oh the state owns all this land but</b>

248
01:17:00.166 --> 01:17:00.708
<b>there's a difference</b>

249
01:17:00.708 --> 01:17:03.375
<b>between restricted areas</b>

250
01:17:03.875 --> 01:17:06.458
<b>which this has a lot of restricted areas</b>

251
01:17:06.458 --> 01:17:07.708
<b>and I don't want to go near any of those</b>

252
01:17:07.875 --> 01:17:09.750
<b>and it has a lot of publicly accessible</b>

253
01:17:09.750 --> 01:17:11.916
<b>areas like this public road that I</b>

254
01:17:11.916 --> 01:17:12.875
<b>haven't gotten down to yet</b>

255
01:17:12.875 --> 01:17:14.250
<b>where I could go even check in at your</b>

256
01:17:14.250 --> 01:17:15.666
<b>office if I wanted to check in right</b>

257
01:17:15.875 --> 01:17:16.833
<b>if you had business absolutely</b>

258
01:17:16.875 --> 01:17:18.583
<b>well so you're saying the</b>

259
01:17:18.583 --> 01:17:20.000
<b>First Amendment is not business</b>

260
01:17:20.375 --> 01:17:20.750
<b>excuse me</b>

261
01:17:20.750 --> 01:17:22.125
<b>you're saying that the First Amendment of</b>

262
01:17:22.125 --> 01:17:24.333
<b>the Constitution, freedom of the press,</b>

263
01:17:24.333 --> 01:17:25.041
<b>freedom of the people</b>

264
01:17:25.041 --> 01:17:27.875
<b>to gather information and</b>

265
01:17:27.875 --> 01:17:29.041
<b>disseminate it to others</b>

266
01:17:29.041 --> 01:17:30.500
<b>you're coming into my office is</b>

267
01:17:30.500 --> 01:17:31.708
<b>conducting that business you're coming</b>

268
01:17:31.708 --> 01:17:33.000
<b>into the secured location if you're</b>

269
01:17:33.000 --> 01:17:33.666
<b>coming into my office</b>

270
01:17:33.875 --> 01:17:34.083

```
<b>absolutely</b>

271
01:17:34.083 --> 01:17:36.041
<b>have I come into your secured location</b>

272
01:17:36.041 --> 01:17:37.083
<b>you were saying you could</b>

273
01:17:37.083 --> 01:17:38.250
<b>come into my secured location</b>

274
01:17:38.250 --> 01:17:38.500
<b>no I</b>

275
01:17:38.500 --> 01:17:39.041
<b>those were your words</b>

276
01:17:39.875 --> 01:17:41.458
<b>your office that your office if it's open</b>

277
01:17:41.458 --> 01:17:42.833
<b>to the public is not a secure location</b>

278
01:17:42.833 --> 01:17:43.541
<b>my office is not open to the public</b>

279
01:17:43.541 --> 01:17:44.625
<b>then I won't go in there</b>

280
01:17:44.625 --> 01:17:44.875
<b>100%</b>

281
01:17:45.750 --> 01:17:47.583
<b>but if I were to go into an area that's</b>

282
01:17:47.583 --> 01:17:49.708
<b>open to the public say if I wanted to</b>

283
01:17:49.708 --> 01:17:51.541
<b>check in to visit somebody</b>
```

284
01:17:51.875 --> 01:17:54.083
<b>that's that's open to the public right</b>

285
01:17:54.958 --> 01:17:55.500
<b>have you have you</b>

286
01:17:55.500 --> 01:17:56.375
<b>submitted a visiting application</b>

287
01:17:56.875 --> 01:17:58.583
<b>I don't know the rules yet that's why I</b>

288
01:17:58.583 --> 01:17:59.500
<b>came here to show what</b>

289
01:17:59.500 --> 01:18:00.375
<b>you need to do to be here</b>

290
01:18:00.375 --> 01:18:00.708
<b>have you submitted a</b>

291
01:18:00.708 --> 01:18:01.833
<b>visiting application as needed</b>

292
01:18:01.833 --> 01:18:03.500
<b>I don't know what's</b>

293
01:18:03.500 --> 01:18:04.375
<b>required here I'm going</b>

294
01:18:04.875 --> 01:18:05.958
<b>I'm coming here to</b>

295
01:18:05.958 --> 01:18:06.833
<b>find out what's required</b>

296
01:18:06.875 --> 01:18:07.875
<b>a visiting application</b>

297
01:18:07.916 --> 01:18:10.500

```
<b>shouldn't the public be able to get to</b>

298
01:18:10.500 --> 01:18:12.416
<b>the front door to a publicly accessible</b>

299
01:18:12.416 --> 01:18:13.750
<b>area to find out what your rules are</b>

300
01:18:13.750 --> 01:18:15.416
<b>you can have any applications sent to you</b>

301
01:18:15.416 --> 01:18:17.291
<b>by our offenders here</b>

302
01:18:17.291 --> 01:18:17.750
<b>ok</b>

303
01:18:17.750 --> 01:18:19.333
<b>and I should go to building 17 over here</b>

304
01:18:19.333 --> 01:18:20.250
<b>to gather that information</b>

305
01:18:20.250 --> 01:18:22.208
<b>but see is that clearly marked anywhere</b>

306
01:18:22.208 --> 01:18:23.166
<b>on the road driving up here</b>

307
01:18:23.541 --> 01:18:25.250
<b>it says right on the road</b>

308
01:18:25.416 --> 01:18:26.125
<b>I didn't see it</b>

309
01:18:26.125 --> 01:18:27.416
<b>go right back out and make a left it'll</b>

310
01:18:27.416 --> 01:18:28.250
<b>be on your left hand side</b>
```

311
01:18:28.250 --> 01:18:30.416
<b>I didn't see it but it was clearly marked</b>

312
01:18:30.416 --> 01:18:31.458
<b>for me driving along I saw</b>

313
01:18:31.458 --> 01:18:32.083
<b>did you document it in your</b>

314
01:18:32.083 --> 01:18:33.791
<b>oh I record everything yes</b>

315
01:18:33.791 --> 01:18:35.583
<b>so did you document that our main</b>

316
01:18:35.583 --> 01:18:35.875
<b>building is right over here</b>

317
01:18:36.875 --> 01:18:39.041
<b>I didn't even see that over there</b>

318
01:18:39.041 --> 01:18:40.208
<b>and I'm not seeing a main</b>

319
01:18:40.208 --> 01:18:41.250
<b>building right over there</b>

320
01:18:41.250 --> 01:18:42.791
<b>that's why 30 people out there</b>

321
01:18:42.791 --> 01:18:44.583
<b>up the road make a left</b>

322
01:18:44.875 --> 01:18:47.166
<b>it's about an eighth mile down the road</b>

323
01:18:47.166 --> 01:18:48.833
<b>right the only sign that I really noticed</b>

324
01:18:48.833 --> 01:18:49.833

```
<b>coming up here is it says</b>

325
01:18:49.833 --> 01:18:51.416
<b>no trucks on Edmonds Way</b>

326
01:18:51.416 --> 01:18:53.875
<b>but other than that I didn't see any</b>

327
01:18:53.875 --> 01:18:54.833
<b>signs for anything else</b>

328
01:18:54.875 --> 01:18:56.208
<b>but other than that I'd like to continue</b>

329
01:18:56.208 --> 01:18:57.708
<b>down the public roadway</b>

330
01:18:57.875 --> 01:19:00.041
<b>to any public parking to</b>

331
01:19:00.041 --> 01:19:01.166
<b>where visitors may park</b>

332
01:19:01.166 --> 01:19:02.791
<b>and see what they go through to</b>

333
01:19:02.875 --> 01:19:04.583
<b>come and see their friends and family</b>

334
01:19:04.583 --> 01:19:05.958
<b>that may be incarcerated inside</b>

335
01:19:05.958 --> 01:19:06.791
<b>is that illegal?</b>

336
01:19:10.416 --> 01:19:11.750
<b>are you going to permit me to do that?</b>

337
01:19:12.250 --> 01:19:13.500
<b>have I stated I was going to?</b>
```

338
01:19:13.500 --> 01:19:14.708
<b>I'm asking you're standing</b>

339
01:19:14.708 --> 01:19:16.041
<b>in my way impeding my path</b>

340
01:19:16.041 --> 01:19:17.291
<b>there's many ways you can walk in my way</b>

341
01:19:17.291 --> 01:19:19.208
<b>well I want to stay very close to the</b>

342
01:19:19.208 --> 01:19:20.583
<b>I'm trying to purposely</b>

343
01:19:20.583 --> 01:19:21.666
<b>stay close to the roadway</b>

344
01:19:21.875 --> 01:19:23.666
<b>and the reason for that</b>

345
01:19:24.041 --> 01:19:26.000
<b>is I don't want to go</b>

346
01:19:26.000 --> 01:19:27.125
<b>off the public easement</b>

347
01:19:27.125 --> 01:19:29.750
<b>like there's a fence right there</b>

348
01:19:29.875 --> 01:19:31.458
<b>I wouldn't go past that fence</b>

349
01:19:31.875 --> 01:19:33.291
<b>but I don't even want to go close to the</b>

350
01:19:33.291 --> 01:19:35.416
<b>fence because I'm not certain in my brain</b>

351
01:19:35.875 --> 01:19:37.875

<b>of exactly how far the easement from the</b>

352
01:19:37.875 --> 01:19:40.541
<b>state funded road comes over</b>

353
01:19:41.041 --> 01:19:42.583
<b>so that's my that's where I'm trying</b>

354
01:19:42.583 --> 01:19:43.333
<b>you didn't do research coming into it?</b>

355
01:19:43.500 --> 01:19:44.333
<b>no I've done research</b>

356
01:19:44.875 --> 01:19:46.125
<b>but I need to make sure</b>

357
01:19:46.875 --> 01:19:48.708
<b>there's always an easement a public</b>

358
01:19:48.708 --> 01:19:49.541
<b>easement with a roadway</b>

359
01:19:49.875 --> 01:19:51.041
<b>so you didn't do you didn't completely do</b>

360
01:19:51.041 --> 01:19:52.166
<b>your research to find out where it ended?</b>

361
01:19:52.791 --> 01:19:54.416
<b>I haven't done the is it 30</b>

362
01:19:54.416 --> 01:19:55.875
<b>feet or 40 feet or 60 feet</b>

363
01:19:55.875 --> 01:19:57.208
<b>I'm certain that I'm within</b>

364
01:19:57.208 --> 01:19:58.666
<b>two feet of the road I'm safe</b>

365
01:19:58.875 --> 01:19:59.291
<b>okay</b>

366
01:20:00.875 --> 01:20:02.208
<b>and if you need to arrest me because you</b>

367
01:20:02.208 --> 01:20:03.083
<b>think I've trespassed</b>

368
01:20:03.083 --> 01:20:04.583
<b>or actually you can't arrest me because</b>

369
01:20:04.583 --> 01:20:06.375
<b>there are no signs anywhere</b>

370
01:20:06.875 --> 01:20:09.083
<b>and I haven't been trespassed</b>

371
01:20:09.083 --> 01:20:10.541
<b>and can you trespass me?</b>

372
01:20:11.666 --> 01:20:12.833
<b>I'm just trying to be very</b>

373
01:20:12.833 --> 01:20:14.000
<b>clear in what can happen here</b>

374
01:20:14.666 --> 01:20:16.416
<b>so I'm trying to be very clear</b>

375
01:20:16.416 --> 01:20:18.000
<b>this is a public road</b>

376
01:20:18.875 --> 01:20:19.875
<b>right?</b>

377
01:20:21.125 --> 01:20:21.375
<b>this is a public roadway</b>

378
01:20:21.375 --> 01:20:22.333

<b>this is a public roadway yes</b>

379
01:20:22.333 --> 01:20:23.291
<b>where we're standing</b>

380
01:20:23.291 --> 01:20:25.666
<b>and I'm within inches of it</b>

381
01:20:25.875 --> 01:20:27.250
<b>right?</b>

382
01:20:27.958 --> 01:20:28.875
<b>I'm within inches of the roadway</b>

383
01:20:28.875 --> 01:20:31.083
<b>therefore I won't be</b>

384
01:20:31.083 --> 01:20:32.000
<b>hit by cars hopefully</b>

385
01:20:33.875 --> 01:20:35.791
<b>so if I keep walking are you</b>

386
01:20:35.791 --> 01:20:36.833
<b>going to interfere with me?</b>

387
01:20:37.250 --> 01:20:38.541
<b>I'm lucky to interfere with you</b>

388
01:20:38.541 --> 01:20:39.875
<b>okay thank you</b>

389
01:20:58.916 --> 01:21:12.958
<b>there's a sign right here</b>

390
01:21:12.958 --> 01:21:16.541
<b>what's this sign say?</b>

391
01:21:18.333 --> 01:21:19.583
<b>nothing there</b>

392
01:21:19.875 --> 01:21:21.208
<b>nothing there</b>

393
01:21:22.083 --> 01:21:22.625
<b>no signs</b>

394
01:21:23.875 --> 01:21:25.708
<b>there's not even signs down there</b>

395
01:21:29.875 --> 01:21:34.333
<b>and that's a public road right there</b>

396
01:21:34.333 --> 01:21:38.000
<b>but we won't access that</b>

397
01:21:47.875 --> 01:21:51.000
<b>okay office and delivery Q&D</b>

398
01:21:59.541 --> 01:22:12.875
<b>and let's see what we can get here</b>

399
01:22:28.875 --> 01:22:31.875
<b>okay</b>

400
01:22:32.166 --> 01:22:32.416
<b>okay</b>

401
01:22:54.875 --> 01:22:56.250
<b>and boys and girls</b>

402
01:22:56.250 --> 01:22:57.458
<b>it's hot out here today</b>

403
01:22:57.875 --> 01:22:59.208
<b>it's like 95</b>

404
01:23:03.875 --> 01:23:04.791
<b>hopefully the boys and</b>

405
01:23:04.791 --> 01:23:05.833

<b>girls didn't offend anybody</b>

406
01:23:05.833 --> 01:23:06.541
<b>I don't want to assume</b>

407
01:23:06.541 --> 01:23:07.583
<b>anything in today's world</b>

408
01:23:08.875 --> 01:23:10.833
<b>Lord help us all</b>

409
01:23:29.041 --> 01:23:30.666
<b>are you still</b>

410
01:23:30.666 --> 01:23:34.333
<b>following me aren't you buddy?</b>

411
01:23:45.958 --> 01:23:47.166
<b>and let's see here</b>

412
01:24:22.125 --> 01:24:22.291
<b>okay</b>

413
01:24:22.291 --> 01:24:23.875
<b>okay</b>

414
01:24:23.916 --> 01:24:28.750
<b>let's see what this sign says</b>

415
01:24:28.750 --> 01:24:30.541
<b>it says all persons and</b>

416
01:24:30.541 --> 01:24:31.708
<b>vehicles subject to search</b>

417
01:24:31.875 --> 01:24:33.666
<b>okay they can search me</b>

418
01:24:34.541 --> 01:24:35.625
<b>firearms, weapons,</b>

419
01:24:35.916 --> 01:24:37.833
<b>drugs and alcohol prohibited</b>

420
01:24:37.875 --> 01:24:39.833
<b>don't have any firearms</b>

421
01:24:40.875 --> 01:24:41.791
<b>no weapons</b>

422
01:24:45.875 --> 01:24:47.250
<b>no drugs</b>

423
01:24:47.875 --> 01:24:49.166
<b>and I certainly don't</b>

424
01:24:49.166 --> 01:24:50.666
<b>want to be prosecuted for</b>

425
01:24:50.916 --> 01:24:53.208
<b>NRS 212 160</b>

426
01:25:04.875 --> 01:25:06.083
<b>let's go ask this guy</b>

427
01:25:06.083 --> 01:25:07.291
<b>since he wants to engage</b>

428
01:25:07.875 --> 01:25:10.500
<b>okay so that doesn't say anything there</b>

429
01:25:10.500 --> 01:25:12.000
<b>the sign's not very good</b>

430
01:25:26.458 --> 01:25:27.041
<b>where's he going? he</b>

431
01:25:27.041 --> 01:25:27.833
<b>doesn't want to engage</b>

432
01:25:27.833 --> 01:25:39.125

<b>here we go</b>

433
01:25:40.875 --> 01:25:41.916
<b>no weapons</b>

434
01:25:45.875 --> 01:25:47.500
<b>nothing there</b>

435
01:25:51.875 --> 01:25:53.041
<b>nothing there</b>

436
01:25:55.875 --> 01:25:57.125
<b>come search me if you want</b>

437
01:25:57.875 --> 01:25:58.958
<b>I don't see anything</b>

438
01:25:58.958 --> 01:26:00.000
<b>that says private property</b>

439
01:26:01.875 --> 01:26:05.000
<b>or no trespassing or anything else</b>

440
01:26:51.875 --> 01:26:53.916
<b>fasten seat belts</b>

441
01:26:57.875 --> 01:27:01.875
<b>again no more</b>

442
01:27:03.875 --> 01:27:05.750
<b>there's some signs</b>

443
01:27:05.750 --> 01:27:07.458
<b>behind here what do they say?</b>

444
01:27:11.541 --> 01:27:13.541
<b>one says 25 miles an hour</b>

445
01:27:15.875 --> 01:27:17.416
<b>and the other one says</b>

446
01:27:19.041 --> 01:27:19.916
<b>northern Nevada</b>

447
01:27:22.875 --> 01:27:24.791
<b>correctional facility</b>

448
01:27:25.875 --> 01:27:27.500
<b>what's it say on the bottom of the sign?</b>

449
01:27:28.791 --> 01:27:29.791
<b>Nevada Department of</b>

450
01:27:29.791 --> 01:27:31.416
<b>Prisons is what it says</b>

451
01:27:32.375 --> 01:27:34.208
<b>okay so we check that sign</b>

452
01:27:34.208 --> 01:27:43.416
<b>in that sign they got all these covered</b>

453
01:27:43.416 --> 01:27:44.250
<b>up under these trees</b>

454
01:27:45.250 --> 01:27:46.208
<b>buckle up for safety</b>

455
01:27:46.208 --> 01:27:49.208
<b>seat belt use required</b>

456
01:27:49.208 --> 01:28:00.791
<b>pray for LE, is that</b>

457
01:28:00.791 --> 01:28:01.625
<b>pray for law enforcement?</b>

458
01:28:03.083 --> 01:28:13.041
<b>oh</b>

459
01:28:13.541 --> 01:28:14.791

```
<b>visiting it says</b>

460
01:28:23.875 --> 01:28:25.416
<b>reserve parking</b>

461
01:28:45.125 --> 01:28:46.541
<b>there's the warden's car</b>

462
01:28:47.750 --> 01:28:49.041
<b>the warden got a state car</b>

463
01:28:50.875 --> 01:28:53.875
<b>or is that not the warden's car?</b>

464
01:28:55.333 --> 01:29:05.500
<b>excuse me</b>

465
01:29:05.500 --> 01:29:07.000
<b>excuse me sir</b>

466
01:29:07.000 --> 01:29:07.416
<b>yes sir</b>

467
01:29:07.416 --> 01:29:08.000
<b>I'm not helping</b>

468
01:29:08.750 --> 01:29:09.833
<b>I'm just taking pictures</b>

469
01:29:09.833 --> 01:29:11.625
<b>no sir you should not do this I'm the</b>

470
01:29:11.625 --> 01:29:12.583
<b>warden of this complex</b>

471
01:29:12.916 --> 01:29:14.541
<b>oh good what's your name sir?</b>

472
01:29:15.500 --> 01:29:17.500
<b>let me get closer so I can hear you sir</b>
```

473
01:29:17.500 --> 01:29:20.041
<b>let me get closer so I can hear you</b>

474
01:29:20.333 --> 01:29:21.541
<b>can I get closer so I can hear you?</b>

475
01:29:21.750 --> 01:29:21.875
<b>can I get
closer so I can hear you?</b>

476
01:29:21.875 --> 01:29:23.500
<b>no sir I'm not helping I'm just taking pictures can I get closer so I
can hear you?</b>

477
01:29:23.500 --> 01:29:23.875
<b>no sir</b>

478
01:29:23.875 --> 01:29:25.916
<b>I can get closer so I can hear you</b>

479
01:29:25.916 --> 01:29:26.875
<b>I'm going to ask you to</b>

480
01:29:26.875 --> 01:29:28.083
<b>remove yourself from the property</b>

481
01:29:28.875 --> 01:29:30.250
<b>trespassing on state property</b>

482
01:29:30.250 --> 01:29:33.500
<b>you are in an all authorized position</b>

483
01:29:33.875 --> 01:29:34.500
<b>property</b>

484
01:29:34.500 --> 01:29:38.166
<b>sir I need you to remove</b>

485
01:29:38.166 --> 01:29:39.125
<b>yourself from the premises</b>

486
01:29:39.125 --> 01:29:39.541
<b>sir</b>

487
01:29:39.541 --> 01:29:42.041
<b>sir I need you to remove</b>

488
01:29:42.041 --> 01:29:42.500
<b>yourself from the premises</b>

489
01:29:42.500 --> 01:29:43.791
<b>sir what's your name sir?</b>

490
01:29:43.791 --> 01:29:44.208
<b>because you're not</b>

491
01:29:44.208 --> 01:29:45.500
<b>authorized to be on the property</b>

492
01:29:45.500 --> 01:29:47.416
<b>this is a state property</b>

493
01:29:48.916 --> 01:29:50.833
<b>you have a call to loan love for</b>

494
01:29:50.875 --> 01:29:51.791
<b>yeah he's right here</b>

495
01:29:52.875 --> 01:29:55.791
<b>this gentleman is trespassing on property</b>

496
01:29:55.875 --> 01:29:58.250
<b>and he refuses to remove himself</b>

497
01:29:59.000 --> 01:29:59.583
<b>sorry I couldn't hear</b>

498
01:29:59.583 --> 01:30:00.333
<b>you from that far away</b>

499
01:30:00.333 --> 01:30:01.250

&lt;b&gt;I'm sorry&lt;/b&gt;

500
01:30:01.250 --> 01:30:01.416
&lt;b&gt;sir&lt;/b&gt;

501
01:30:01.416 --> 01:30:02.000
&lt;b&gt;this gentleman is&lt;/b&gt;

502
01:30:02.000 --> 01:30:03.041
&lt;b&gt;trespassing on the property&lt;/b&gt;

503
01:30:03.041 --> 01:30:04.541
&lt;b&gt;sir can you identify yourself?&lt;/b&gt;

504
01:30:04.833 --> 01:30:05.791
&lt;b&gt;I'm the warden of the complex&lt;/b&gt;

505
01:30:05.791 --> 01:30:06.458
&lt;b&gt;and what's your name?&lt;/b&gt;

506
01:30:07.000 --> 01:30:08.250
&lt;b&gt;so I'm asking him to be&lt;/b&gt;

507
01:30:08.250 --> 01:30:09.208
&lt;b&gt;removed as the trespassing&lt;/b&gt;

508
01:30:09.208 --> 01:30:10.250
&lt;b&gt;sir what is your name?&lt;/b&gt;

509
01:30:11.500 --> 01:30:12.375
&lt;b&gt;you've engaged with me&lt;/b&gt;

510
01:30:12.375 --> 01:30:13.083
&lt;b&gt;sir what is your name?&lt;/b&gt;

511
01:30:13.833 --> 01:30:15.208
&lt;b&gt;he came onto the&lt;/b&gt;

512
01:30:15.208 --> 01:30:16.166
&lt;b&gt;property without permission&lt;/b&gt;

513
01:30:16.166 --> 01:30:16.875
<b>sir what is your name?</b>

514
01:30:16.875 --> 01:30:18.958
<b>the facility is unlocked down</b>

515
01:30:19.083 --> 01:30:19.666
<b>yes it is</b>

516
01:30:19.666 --> 01:30:20.791
<b>this is a trucking operation</b>

517
01:30:20.791 --> 01:30:21.875
<b>this is a disrepping operation</b>

518
01:30:21.875 --> 01:30:23.166
<b>sir what is your name?</b>

519
01:30:24.375 --> 01:30:25.166
<b>put that down put</b>

520
01:30:25.166 --> 01:30:25.875
<b>your handle on your back</b>

521
01:30:25.875 --> 01:30:26.250
<b>okay</b>

522
01:30:26.250 --> 01:30:28.208
<b>he is very disturbed on the property</b>

523
01:30:28.875 --> 01:30:29.375
<b>I'm not going to risk</b>

524
01:30:29.375 --> 01:30:30.750
<b>it to the guys at all</b>

525
01:30:34.875 --> 01:30:36.625
<b>okay can I advise you one thing?</b>

526
01:30:37.083 --> 01:30:37.583

<b>no you may not</b>

527
01:30:37.583 --> 01:30:38.750
<b>right now you have to advise you to</b>

528
01:30:38.750 --> 01:30:39.666
<b>remain silent or anything you</b>

529
01:30:39.666 --> 01:30:40.750
<b>say can you maybe use it again</b>

530
01:30:40.750 --> 01:30:41.208
<b>2 to 4</b>

531
01:30:41.208 --> 01:30:43.125
<b>NRS 197 200</b>

532
01:30:43.125 --> 01:30:44.875
<b>excuse me I didn't interrupt you today</b>

533
01:30:44.875 --> 01:30:46.041
<b>NRS 197 200</b>

534
01:30:46.041 --> 01:30:46.625
<b>okay if you don't want to be right</b>

535
01:30:46.625 --> 01:30:47.875
<b>someone is not going to talk about it</b>

536
01:30:47.875 --> 01:30:50.000
<b>well NRS 197 200 so you're</b>

537
01:30:50.000 --> 01:30:50.833
<b>not going to randomize me</b>

538
01:30:50.833 --> 01:30:51.041
<b>interesting</b>

539
01:30:51.041 --> 01:30:52.666
<b>I'm not going to ask you any questions</b>

540
01:30:52.875 --> 01:30:53.625
<b>step over my vehicle</b>

541
01:30:53.875 --> 01:30:58.916
<b>okay</b>

542
01:30:58.916 --> 01:31:01.541
<b>4 4 2 1 2</b>

543
01:31:01.875 --> 01:31:04.000
<b>take it</b>

544
01:31:04.541 --> 01:31:05.125
<b>you're in company</b>

545
01:31:05.125 --> 01:31:05.833
<b>yes</b>

546
01:31:05.875 --> 01:31:06.500
<b>I'm in company</b>

547
01:31:07.041 --> 01:31:07.625
<b>yes</b>

548
01:31:09.875 --> 01:31:10.416
<b>please</b>

549
01:31:10.416 --> 01:31:11.375
<b>keep your eyes open</b>

550
01:31:13.500 --> 01:31:16.791
<b>please</b>

551
01:31:16.791 --> 01:31:30.500
<b>take the DO</b>

552
01:31:30.500 --> 01:31:33.583
<b>for reference or may!!!</b>

553
01:31:38.875 --> 01:31:40.875

<b>(beep)</b>

554
01:31:41.208 --> 01:31:43.791
<b>Hop on in there.</b>

555
01:31:44.875 --> 01:31:45.458
<b>Twist this way?</b>

556
01:31:46.083 --> 01:31:46.291
<b>Yep.</b>

557
01:31:48.791 --> 01:31:49.416
<b>(upbeat music)</b>