**EXHIBIT G**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Drew J. Ribar,
Plaintiff,
v.
State of Nevada ex rel. Nevada Department of Corrections, Carson City, et al.,
Defendants.

Case No. 3:24-cv-00103-ART-CLB

**EXHIBIT G – AFFIDAVIT OF DREW J. RIBAR**

**Affidavit Supporting Summary Judgment and Rebuttal of Qualified Immunity**

I, **Drew J. Ribar**, declare under penalty of perjury under the laws of the United States and the State of Nevada that the following is true and correct to the best of my knowledge:

1. **Vehicle Ownership**

    I am the registered owner of a **2014 GMC Sierra**, which was parked near the Northern Nevada Correctional Center on **August 30, 2022**, during the events giving rise to this litigation.

2. **Non-Consensual Tow**

    My vehicle was towed without my consent or knowledge by order of Deputy Sean Palamar of the Carson City Sheriff's Office. I was not issued a citation related to the parking of the vehicle, and the tow was conducted **without a warrant**, inventory, or exigent circumstances.

PLEADING TITLE - 1

3. **Business Ownership and Status**

I built and run **A&A Towing, Inc.**, a **family-owned towing business** that has served the Carson City area for multiple decades. At the time of the incident and continuing through today, A&A Towing, Inc. has been an **authorized vendor on the Carson City Sheriff's Department's towing rotation list**, regularly responding to law enforcement service calls.

4. **Business Harm**

The unauthorized tow of my personal vehicle by a competing tow provider, under the supervision of the Carson City Sheriff's Office, and the recorded statements threatening my place on the towing rotation (see Exhibit E, 0:01:20), reflect retaliatory intent that harmed both my professional reputation and the operations of A&A Towing, Inc.

5. **Support for Summary Judgment**

I submit this affidavit in support of my **Amended Complaint** and forthcoming **Motion for Summary Judgment** under **Fed. R. Civ. P. 56**, as it demonstrates:

- My property was seized without legal justification, in violation of the Fourth and Fourteenth Amendments.
- The seizure and accompanying statements support claims of **First Amendment retaliation** for constitutionally protected filming.
- My economic and reputational interests were adversely affected without due process.

Executed on this **27th day of March, 2025**, in Washoe Valley, Nevada.

PLEADING TITLE - 2

/s/ **Drew J. Ribar**

Drew J. Ribar

3480 Pershing Ln

Washoe Valley, NV 89704

Tel: (775) 223-7899

Email: Const2Audit@gmail.com

PLEADING TITLE - 3