**EXHIBIT N**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Drew J. Ribar,
Plaintiff,
v.
State of Nevada ex rel. Nevada Department of Corrections, Carson City, et al.,
Defendants.

Case No. 3:24-cv-00103-ART-CLB

## EXHIBIT N – 10-YEAR SOCIAL MEDIA DELETION LOG (BATES NO. EX032)

Filed in Support of Amended Complaint and Summary Judgment Motion (Fed. R. Civ. P. 56)

Plaintiff Drew J. Ribar, pro se, submits Exhibit N, a 10-year log of **11,653 deleted, hidden, or edited comments** on social media accounts operated by Carson City, including the **Carson City Sheriff's Office (CCSO)**, provided in Excel format by the City in response to a public records request. Filed manually under LR IC 2-2 along with a Notice of Manual Filing, this exhibit confirms a decade-long pattern of comment suppression. It supports Plaintiff's First Amendment and Monell claims and cross-references Exhibits C, E, F, J, K, L, and M.

**Key Evidence and Legal Violations**

PLEADING TITLE - 1

| Section | Incident | Legal Relevance | Cross-Reference |
|---|---|---|---|
| Deletion Log (EX032) | 11,653 deleted/hidden/edited social media comments from 2014–2024 across Carson City government accounts, including CCSO. | First Amendment retaliation—establishes **systemic suppression** of public discourse by city actors. Confirms **longstanding policy** supporting Monell liability (Monell v. Dept. of Soc. Servs., 436 U.S. 658, 1978). Supports retaliation theories under **Nieves v. Bartlett** and **Umbehr**. | Exhibits C (recording), E (threats), F (arrest), J (complaint), K (dismissal), L (2024 deletions), M (pre-deletion notice) |

## Legal Claims Supported

- **First Amendment (42 U.S.C. § 1983):** Retaliation and censorship over years; public forum suppression (O'Connor-Ratcliff v. Garnier, 601 U.S. __, 144 S. Ct. 717, 2024; Knight First Amendment Inst. v. Trump, 928 F.3d 226; Packingham v. North Carolina, 582 U.S. 98).

- **Monell Liability (42 U.S.C. § 1983):** Decade-long deletion log evidences a **policy/custom** of suppression, substantiated by continued conduct after notice (Exhibit M).

- **Fourteenth Amendment (42 U.S.C. § 1983):** Ongoing viewpoint discrimination and denial of access to a public forum implicates procedural and substantive due process.

PLEADING TITLE - 2

- **State Law Claims:** Oppression under color of law (NRS 197.200); intentional interference with prospective economic advantage (28 U.S.C. § 1367).

**Summary Judgment Purpose (Fed. R. Civ. P. 56)**

Exhibit N proves that Carson City has a **documented, systemic history** of deleting public commentary on its official social media pages—including Plaintiff's. When read with Exhibits L and M, this demonstrates **deliberate suppression** of dissent even after notice. These undisputed facts support **summary judgment**: No reasonable jury could find such conduct justified, and Plaintiff is entitled to judgment as a matter of law.

**Authentication**

Per Fed. R. Evid. 901, Plaintiff will authenticate this exhibit via attached email record (Exhibit O) from the Carson City Deputy District Attorney, confirming official production in response to Plaintiff's lawful public records request.

Dated: March 28, 2025

/s/ **Drew J. Ribar**

Drew J. Ribar

PLEADING TITLE - 3

1  3480 Pershing Ln, Washoe Valley, NV 89704

2  Tel: (775) 223-7899 | Email: Const2Audit@gmail.com

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLEADING TITLE - 4