1  **EXHIBIT O**

2  UNITED STATES DISTRICT COURT
3  DISTRICT OF NEVADA

4  Drew J. Ribar,
5  Plaintiff,
   v.
6  State of Nevada ex rel. Nevada Department of Corrections, Carson City, et al.,
   Defendants.
7

8  Case No. 3:24-cv-00103-ART-CLB

9

10  **EXHIBIT O – Ten-Year Log of Deleted, Hidden, and Edited Social Media**
11
    **Comments**
12

13
    **(Bates No. EX033)**
14

15  **Filed in Support of Amended Complaint and Summary Judgment Motion (Fed. R. Civ. P.**

16  **56)**

17
    Plaintiff Drew J. Ribar, pro se, submits Exhibit O, email string requesting public records request
18
19  from Carson City, reflecting approximately ten years of deleted, hidden, or edited comments on

20  official government social media pages. This includes activity by the Carson City Sheriff's

21  Office (CCSO), Public Works, and other municipal entities. Filed electronically per LR IC 2-2
22
    with a Notice of Manual Filing, this exhibit stands alone as evidence of systemic censorship and
23
24  content suppression by Defendants and is cross-referenced with Exhibits C, D, E, F, J, K, L, and

25  M in support of Plaintiff's Rule 56 motion.

26

27

28
   PLEADING TITLE - 1

**Key Evidence and Legal Violations:**

| Section | Incident | Legal Relevance | Cross-Reference |
|---|---|---|---|
| Comment Deletion Log (EX033) | Ten-year record of deleted/hidden/edited social media comments by Carson City government accounts. Includes criticism of arrests, misconduct allegations, links to videos (e.g., Exhibit C), and political speech by Plaintiff and others. | First Amendment retaliation — systematic suppression of protected speech over time violates clearly established rights (*O'Connor-Ratcliff v. Garnier*, 144 S. Ct. 717 (2024); *Knight*; *Packingham*; *Davison*); Monell liability (*Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978)); viewpoint discrimination; damage to Audit Reno and A&A Towing (*Umbehr*, *Meyer*). | Exhibit C (video); Exhibit E (threats); Exhibit J (complaint); Exhibit K (dismissal); Exhibit L (recent deletions); Exhibit M (pre-deletion notice) |

**Legal Claims Supported:**

- **First Amendment (42 U.S.C. § 1983):** Decade-long pattern of content deletion and blocking demonstrates censorship of public criticism in violation of clearly established law.

PLEADING TITLE - 2

- **Monell Liability:** Establishes a longstanding policy, practice, or custom of digital suppression traceable to Carson City entities.
- **Fourteenth Amendment (Due Process/Substantive Harm):** Viewpoint-based deletion without notice or appeal.
- **State Law Claim (NRS 197.200):** Oppression under color of law.
- **Economic Harm to A&A Towing:** Suppression of outreach affects public visibility, marketing, and goodwill (*Meyer v. Nebraska*, 262 U.S. 390 (1923)).

## Summary Judgment Purpose (Fed. R. Civ. P. 56):

Exhibit O's ten-year deletion log (EX033) shows that Defendants engaged in long-term censorship and digital retaliation against Plaintiff and similarly situated individuals. When combined with Exhibits C, D, E, F, J, K, L, and M, these undisputed facts form a cohesive narrative of retaliatory conduct violating Plaintiff's constitutional rights. No reasonable jury could find that Defendants' actions were justified or accidental, entitling Plaintiff to summary judgment as a matter of law.

## Authentication:

Per Fed. R. Evid. 901, Plaintiff will provide a sworn declaration authenticating the spreadsheet as received from a verified public records request to Carson City, with unaltered metadata, confirming its reliability as a public record.

PLEADING TITLE - 3

**Dated:** March 27, 2025

/s/ **Drew J. Ribar**

Drew J. Ribar

3480 Pershing Ln, Washoe Valley, NV 89704

Tel: (775) 223-7899 | Email: Const2Audit@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Drew J. Ribar,
Plaintiff,
v.
**State of Nevada ex rel. Nevada Department of Corrections, Carson City, et al.**,
Defendants.

Case No. 3:24-cv-00103-ART-CLB

# AFFIDAVIT OF DREW J. RIBAR IN SUPPORT OF EXHIBIT O

(Public Records Request and Government Response – Social Media Deletion Data)

I, **Drew J. Ribar**, being of sound mind and over the age of 18, hereby declare under penalty of perjury as follows:

1. **Personal Background:**

   I am the Plaintiff in the above-captioned matter and the author of the attached email correspondence marked **Exhibit O**.

PLEADING TITLE - 4

2. **Public Records Request:**

   On or about **January 21, 2024**, I submitted a formal public records request to Carson City officials—including the District Attorney's Office—seeking access to records documenting **any deleted, hidden, or edited comments** on official Carson City and Carson City Sheriff's Office (CCSO) social media platforms over the past several years.

3. **Government Response:**

   On **February 6, 2024**, I received an official response from **Deputy District Attorney Adam Tully** via email. This email contained an attachment labeled **"10 Years - Comments deleted, hidden, edited.xlsx"**, which listed **11,653 instances** of content moderation (including deletions) performed on Carson City-operated social media pages, dating from **2014 to 2024**.

4. **Authentication of Exhibit O and Exhibit N:**

   a. The email exchange attached as **Exhibit O** is a **true and correct copy** of my correspondence with Carson City in connection with my request.

   b. The spreadsheet produced in response, now submitted as **Exhibit N**, is an **unaltered electronic file** that was downloaded directly from the link provided in the City's official response.

   c. I have personal knowledge of submitting the request, receiving the government's reply, and reviewing the records they provided.

5. **Use in Litigation:**

   I submit this affidavit to authenticate Exhibits N and O under **Federal Rule of Evidence 901** and to support my amended complaint and summary judgment motion under **Federal Rule of Civil Procedure 56(c)(4).**

PLEADING TITLE - 5

6. **Truthfulness:**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

**Executed on:** March 28, 2025

**Location:** Washoe Valley, Nevada

/s/ **Drew J. Ribar**

**Drew J. Ribar**

3480 Pershing Ln

Washoe Valley, NV 89704

Phone: (775) 223-7899

Email: Const2Audit@gmail.com

PLEADING TITLE - 6

 Gmail                                                  Const2Audit <const2audit@gmail.com>

### Record Request Social Media Deletions
6 messages

---

**Const2Audit** <const2audit@gmail.com>                                          Mon, Jan 22, 2024 at 11:20 AM
To: recordrequests@carson.org

Greetings,

Please provide a records of all individual blocked on social media accounts operated by Carson City especially the Sheriff's Office over the last 10 years. Provide a record of every comment ever deleted from Carson City social media account. Provide the name of the employee responsible for deleting and blocking. Provide any memo policy or any other record dealing with social media.

Respectfully,

Drew Ribar
Auditing Reno 911
775-223-7899

---

**Adam Tully** <ATully@carson.org>                                                Mon, Jan 29, 2024 at 4:17 PM
To: "const2audit@gmail.com" <const2audit@gmail.com>
Cc: Record Requests <RecordRequests@carson.org>

Hello Mr. Ribar,


In response to your January 22, 2024, request for public records, attached please find Carson City's Social Media Policy.


As to your request for records concerning individuals blocked and comments deleted over a ten year period, the City requires additional time to compile and review potentially responsive documents. Pursuant to NRS 239.0107(1)(c), the earliest date and time by which the City reasonably believes any responsive records will be available for disclosure is 5:30pm on Friday, February 9, 2024. I'll check in with you again on or before that date and time.


Best,


Adam Tully, Esq.

Deputy District Attorney

Carson City District Attorney's Office

885 E. Musser St., Ste. 2030

Carson City, NV 89701

(775) 887-2070

atully@carson.org

**From:** Const2Audit <const2audit@gmail.com>
**Sent:** Monday, January 22, 2024 11:20 AM
**To:** Record Requests <RecordRequests@carson.org>
**Subject:** Record Request Social Media Deletions

This message originated outside of Carson City's email system. Use caution if this message contains attachments, links, or requests for information.

[Quoted text hidden]

📎 **City Social Media Policy.pdf**
808K

---

**Adam Tully** <ATully@carson.org>                                    Thu, Feb 8, 2024 at 4:38 PM
To: "const2audit@gmail.com" <const2audit@gmail.com>
Cc: Record Requests <RecordRequests@carson.org>

Hello Mr. Ribar,

Attached you will find the 10-year history of comments deleted, hidden, or edited on the City's social media pages. As to records concerning individuals blocked, the City requires additional time to compile and review potentially responsive documents. Pursuant to NRS 239.0107(1)(c), 5:30pm on Wednesday, February 14, 2024 is the earliest date and time by which the City reasonably believes responsive records concerning individuals blocked will be available. I'll check in with you again on or before that date and time.

Best,

Adam Tully, Esq.

Deputy District Attorney

Carson City District Attorney's Office

885 E. Musser St., Ste. 2030

Carson City, NV 89701

775-283-7457

atully@carson.org

[Quoted text hidden]

 **10 Years - Commentes deleted, hidden, edited.xlsx**
1307K

---

**Const2Audit** <const2audit@gmail.com>                                                       Thu, Feb 8, 2024 at 7:42 PM
To: Adam Tully <ATully@carson.org>
Cc: rich@mlreno.com

I appreciate your response.

11,653 instances of public comment deleted by the government on social media... May I suggest you look at the 9th Circuit Ruling in Garnier v Oconner-Ratcliff and listen to the Supremes questions regarding public officials social media pages...
YouTube link to Supreme Court oral arguments https://youtu.be/wmFgf1Jm1-k?si=v_4KNDmeBadP8LFI

Similar actions by Woodland Colorado a Judge ordered the city to pay $65,000.00
https://youtu.be/0knmUaSJltc?si=kwfTcs02sT07gEoz

Multiply $65k x 11,653 = $757,445,000

Please evaluate Carson City and its 1st Amendment compliance.

Respectfully,

Drew
[Quoted text hidden]

---

**Adam Tully** <ATully@carson.org>                                                            Wed, Feb 14, 2024 at 3:35 PM
To: Const2Audit <const2audit@gmail.com>

Hello Mr. Ribar,

Regarding your request for records concerning individuals blocked over the last 10 years, apologies, but the City still requires additional time to compile and review potentially responsive documents. As I understand it, the report for this data is not generating properly and we're working on resolving that technical issue. Pursuant to NRS 239.0107(1)(c), 5:30pm on Wednesday, February 21, 2024 is the earliest date and time by which the City reasonably believes responsive records concerning individuals blocked will be available. I'll check in with you again on or before that date and time.

[Quoted text hidden]

---

**Adam Tully** <ATully@carson.org>                                                            Wed, Feb 21, 2024 at 9:15 AM
To: Const2Audit <const2audit@gmail.com>

Hello Mr. Ribar,

See the attached reports concerning individuals blocked over the last 10 years. I believe the City has provided all existing documents responsive to your request, so I'll be closing this record request at this time.

Best,

Adam Tully, Esq.

Deputy District Attorney

Carson City District Attorney's Office

885 E. Musser St., Ste. 2030

Carson City, NV 89701

775-887-2070

[Quoted text hidden]

---

**10 attachments**

📄 **CC MotorUnit.csv**
1K

📄 **CC Parks.csv**
1K

📄 **CC Senior Center.csv**
3K

📄 **CC Sheriffs.csv**
6K

📄 **CCPW.csv**
1K

📄 **Safe Routes to School.csv**
1K

📄 **CC Gov Twitter.csv**
1K

📄 **CC Gov.csv**
3K

📄 **CC Health.csv**
1K

📄 **CC K9Unit.csv**
1K