**EXHIBIT P**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Drew J. Ribar,
Plaintiff,
v.
**State of Nevada ex rel. Nevada Department of Corrections, Carson City, et al.,**
Defendants.

Case No. 3:24-cv-00103-ART-CLB

---

**EXHIBIT P – KEY TIMESTAMPS FROM VIDEO OF MARCH 20, 2024 INCIDENT (BATES NO. EX033)**

**Filed in Support of Amended Complaint and Summary Judgment Motion (Fed. R. Civ. P. 56)**

Plaintiff Drew J. Ribar, pro se, submits **Exhibit P**, which references **key timestamps from a video recorded on March 20, 2024**, at the **Carson City Sheriff's Office**. The video captures **Sgt. TJ Boggan's** actions, including detaining Plaintiff for recording, citing **Marsy's Law** as the basis for prohibiting recording in a public space. This exhibit highlights **critical moments** in the video and underscores constitutional violations related to First and Fourth Amendment rights.

---

**Key Timestamps and Legal Violations**

PLEADING TITLE - 1

| Timestamp | Event | Legal Relevance |
|---|---|---|
| 00:00:00 – 00:00:02 | Plaintiff asks, "Am I detained?" | Initiates Fourth Amendment issue regarding unlawful detention. |
| 00:00:03 – 00:00:05 | Orders Plaintiff to "hang out" and detains him. | Unlawful detention without probable cause or reasonable suspicion. |
| 00:04:31 – 00:04:35 | Plaintiff identifies the Marsy's Law sign. | Misapplication of Marsy's Law in a public space violates First Amendment press protections. |
| 00:05:30 – 00:05:32 | Plaintiff confirms he is recording. | Escalation based solely on First Amendment activity—unconstitutional. |
| 00:05:52 – 00:05:56 | Cites NRS 171.1233,. | Misuse of investigatory stop statute, no reasonable suspicion for detention. |
| 00:06:02 – 00:06:02.875 | Asserts Plaintiff is "not allowed" to record. | Marsy's Law misapplied to suppress recording in a public space, violating press rights. |
| 00:09:08 – 00:09:23 | Plaintiff argues Marsy's Law conflicts with Nevada's Art. 1, § 9. | Violation of press freedom under Nevada Constitution—Marsy's Law cannot restrict recording in public. |
| 00:09:49 – 00:09:55 | Plaintiff cites federal case law affirming public recording rights. | Reference to federal precedents (e.g., Glik v. Cunniffe, Fordyce v. Seattle) confirming recording rights in public spaces. |

**Legal Claims Supported**

PLEADING TITLE - 2

- **First Amendment (42 U.S.C. § 1983): Retaliation** for recording in public, unlawful restriction of press rights, misapplication of **Marsy's Law** to prohibit First Amendment activity in a public space.
- **Fourth Amendment (42 U.S.C. § 1983): Unlawful detainment** without reasonable suspicion or probable cause, based solely on recording.
- **Monell Liability (42 U.S.C. § 1983): Systematic suppression** of press activity and violation of constitutional rights based on CCSO's signage and enforcement of an unconstitutional recording ban.

## Summary Judgment Purpose (Fed. R. Civ. P. 56)

The video evidence clearly shows an unlawful detention based on **First Amendment** activity—recording in a public space. No criminal activity was alleged, and **Marsy's Law** was misapplied to infringe upon **press rights**. This violation, coupled with the **First and Fourth Amendment violations**, leaves no genuine dispute of material fact, entitling Plaintiff to summary judgment.

## Qualified Immunity Defeat

Defendants' actions contravene clearly established rights under **Pearson v. Callahan, 555 U.S. 223 (2009)**. The right to record in a public space is well-established (Glik v. Cunniffe, 655 F.3d 78, 1st Cir. 2011; Fordyce v. Seattle, 55 F.3d 436, 9th Cir. 1995). Defendants' misuse of

PLEADING TITLE - 3

**Marsy's Law** to suppress recording activity clearly violates these rights, making any **qualified immunity** defense untenable.

## Authentication

I, Drew J. Ribar, declare under penalty of perjury (28 U.S.C. § 1746) that these timestamps accurately reflect events in a video I recorded on March 20, 2024, at the Carson City Sheriff's Office, Bates No. EX033.

Dated: **March 28, 2025**

/s/ Drew J. Ribar

Drew J. Ribar

3480 Pershing Ln, Washoe Valley, NV 89704

Tel: (775) 223-7899, Email: Const2Audit@gmail.com

PLEADING TITLE - 4