# CERTIFICATE OF SERVICE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**Drew J. Ribar**,
Plaintiff,
v.
**State of Nevada ex rel. Nevada Department of Corrections, Carson City, et al.**,
Defendants.

**Case No. 3:24-cv-00103-ART-CLB**

---

I hereby certify that on March 28, 2025, a copy of the motion for leave to amend and the proposed First Amended Complaint with all supporting exhibits was served via email and first-class mail to:

- **Doug Rands**, Senior Deputy Attorney General
  **Email**: drands@ag.nv.gov
  100 North Carson Street, Carson City, NV 89701
- **Katherine F. Parks**, Thorndal Armstrong
  **Email**: kfp@thorndal.com
  6590 S. McCarran Blvd., Suite B, Reno, NV 89509

**/s/ Drew J. Ribar**
Drew J. Ribar, Pro Se

PLEADING TITLE - 1