UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DREW J. RIBAR,<br><br>　　　　Plaintiff,<br>　v.<br><br>STATE OF NEVADA EX. REL. NEVADA DEPARTMENT OF CORRECTIONS, CARSON CITY AND ITS SHERIFFS OFFICE, CARSON CITY DISTRICT ATTORNEYS OFFICE, CARSON CITY MANAGERS OFFICE, FERNANDEIS FRAZAIER IN HIS OFFICIAL CAPACITY AS WARDEN OF NORTHERN NEVADA CORRECTIONAL, AARON RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF NEVADA DEPARTMENT OF CORRECTIONS, ROBERT SMITH IN HIS OFFICIAL CAPACITY AS AN OFFICER OF NEVADA DEPARTMENT OF CORRECTIONS, JASON BUENO IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY SHERIFF, SEAN PALAMAR RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY SHERIFF, TYSON DARIN LEAGUE RYDER IN HIS OFFICIAL CAPACITY AS AN OFFICER OF CARSON CITY DISTRICT ATTORNEY, JAMES DZURENDA (DIRECTOR NEVADA DEPARTMENT OF CORRECTIONS), JASON D. WOODBURY (CARSON CITY DISTRICT ATTORNEY), KENNETH T. FURLONG IN HIS CAPACITY AS SHERIFF CARSON CITY, NV, OFFICER/DEPUTY/J. DOE 1-99,<br>　　　　Defendants. | Case No. 3:24-cv-00103-ART-CLB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT (ECF No. 43) |

On February 27, 2025, the Court granted Plaintiff leave to file a motion to amend his complaint by March 29, 2025. (ECF No. 41.) Plaintiff timely filed a motion to amend with his proposed first amended complaint attached. (ECF No. 43.)

1

1 It is therefore ordered that Plaintiff's motion for leave to file an amended complaint (ECF No. 43) is GRANTED.

It is further ordered that the Clerk of the Court FILE ECF No. 43-1 as Plaintiff's "First Amended Complaint," along with the accompanying exhibits at ECF No. 43-2 through 43-9.

It is further ordered that Plaintiff's First Amended Complaint is the operative complaint in this action.

It is further ordered that Defendants' motion for summary judgment (ECF No. 29) is DENIED without prejudice and with leave to re-file in light of the new operative complaint in this action.

It is further ordered that Plaintiff's motion for leave to file a sur-reply to Defendanta' motion for summary judgment (ECF No. 33) is DENIED AS MOOT.

It is further ordered that Plaintiff's motion to rescind (ECF No. 37) is DENIED AS MOOT.

Dated this 1st day of May 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE