**EXHIBIT B**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**DREW J. RIBAR,**

Plaintiff,

v.

**STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, et al.,**

Defendants.

**Case No.: 3:24-cv-00103-ART-CLB**

**EXHIBIT B: BODY CAMERA AUDIO RECORDING AND TRANSCRIPT OF DEPUTY SEAN PALAMAR, AUGUST 30, 2022**

**Summary Judgment Relevance**

This exhibit provides undisputed material evidence under **Fed. R. Civ. P. 56(a)**, demonstrating that no genuine issue of material fact exists regarding Defendants' violations of Plaintiff's rights under:

- **U.S. Constitution:** Amendments **I, IV, VIII, XIV**
- **Nevada Constitution:** Article 1, §§ **1, 6, 8, 9, 18**
- **42 U.S.C. § 1983** (civil rights violations)

- **18 U.S.C. §§ 241-242** (conspiracy and deprivation of rights)
- **Nevada Revised Statutes (NRS):**
  - NRS 171.1233 (Recording interference)
  - NRS 197.200 (Oppression)
  - NRS 199.310 (Malicious prosecution)
  - NRS 200.460 (False imprisonment)
  - NRS 200.310 (Kidnapping)
  - NRS 200.481 (Battery)
  - NRS 200.471 (Assault)
  - NRS 207.190 (Coercion)
  - NRS 205.2715 (Unlawful taking)
  - NRS 205.220 (Grand larceny)

This evidence proves:

1. **Retaliatory interference** with Plaintiff's lawful recording.
2. **Unlawful arrest and seizure** without probable cause.
3. **Cruel conditions** post-arrest violating the Eighth Amendment.
4. **Due process violations** through falsified charges.
5. **Coordinated misconduct and oppression** under *Monell* liability.
6. **Municipal liability** under *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978).

These violations contradict clearly established law (*Fordyce v. Seattle*, 55 F.3d 436 (9th Cir. 1995); *Irizarry v. Yehia*, 38 F.4th 1282 (10th Cir. 2022)), negating any claim of qualified immunity and entitling Plaintiff to judgment as a matter of law.

**Exhibit Description**

This exhibit comprises:

1. **A digital audio recording** in .MOV format from Deputy Sean Palamar's body camera, obtained through discovery, recorded on August 30, 2022, at **Northern Nevada Correctional Center (NNCC), Carson City, Nevada**, lasting 19 minutes and 15 seconds, capturing Defendants' actions during Plaintiff's arrest.
2. **A 35-page PDF transcript** of the audio, generated using **DaVinci Resolve software**, with timestamps aligned to the recorded events.

Both the .MOV file and PDF transcript are **submitted manually on a USB drive** to the court clerk, in compliance with **Local Rule IC 2-2**, with an accompanying **Notice of Manual Filing**.

---

**Key Legal Violations and Supporting Evidence**

| Time Stamp | Incident Summary (Transcript Lines) | Legal Relevance |
|---|---|---|
| **01:00:29 - 01:00:41** | Officer states Plaintiff was "recording doing that First Amendment right shit" (Lines 2-5). | **First Amendment retaliation** (*Fordyce v. Seattle*, *Glik v. Cunniffe*, *Irizarry v. Yehia*); **NRS 171.1233** (interference with recording); *Monell* policy of suppressing recordings. |

| Time Stamp | Incident Summary (Transcript Lines) | Legal Relevance |
|---|---|---|
| **01:01:06 - 01:02:14** | Smith escalates: "I've identified deputies they're gonna come" (Line 25); Frazier orders arrest (01:04:07, Line 92). | **Conspiracy** (*Ashcroft v. Iqbal*, 556 U.S. 662 (2009)); **NRS 197.200** (oppression); **NRS 207.190** (coercion); *Monell* policy of retaliation. |
| **01:01:28 - 01:01:46** | Smith admits "no trespassing signs up" and "this is a public roadway" (Lines 37-46). | **Fourth Amendment violation** (*Hiibel v. Sixth Judicial Dist. Ct.*, *Devenpeck v. Alford*); **NRS 200.460** (false imprisonment); **NRS 199.310** (malicious prosecution). |
| **01:05:42 - 01:06:32** | Palamar shuts off camera despite plea "Please leave my cameras running" (Lines 142-146), plans truck tow (Line 165). | **First Amendment retaliation (NRS 171.1233)**; **Eighth Amendment violation** (95°F heat, Exhibit A, Lines 554-556, Line 403); *Monell* custom of device seizure. |
| **01:12:42 - 01:18:33** | Deputies add "obstructing" (Line 239) and "failure to identify" (Line 417); Smith admits "I did not ask him for his name" (Line 425). | **Due process violation** (*Iqbal*, *Irizarry*); **NRS 199.310** (malicious prosecution); falsification supports *Monell* liability. |

**Authentication**

Pursuant to **Fed. R. Evid. 901 and 1002**, and under **28 U.S.C. § 1746**, I, **Drew J. Ribar**, declare **under penalty of perjury under the laws of the United States** that:

- The **.MOV audio recording**, obtained through discovery from Deputy Sean Palamar's body camera, is a **true and accurate depiction** of events on August 30, 2022, at NNCC.
- The **35-page PDF transcript**, generated using **DaVinci Resolve, accurately reflects the audio recording**.

Both are **submitted manually on a USB drive** to the court clerk, in compliance with **Local Rule IC 2-2**, with an accompanying **Notice of Manual Filing**.

---

**DATED: March 28, 2025**

**/s/ Drew J. Ribar**

**Drew J. Ribar, Pro Se**

3480 Pershing Ln.

Washoe Valley, NV 89704

775-223-7899

Const2Audit@gmail.com

WEBVTT

1
01:00:29.291 --> 01:00:32.333
<b>[BLANK_AUDIO]</b>

2
01:00:35.291 --> 01:00:38.541
<b>My perimeter officers let me know this</b>

3
01:00:38.541 --> 01:00:39.833
<b>guy pulled over here and</b>

4
01:00:39.833 --> 01:00:41.041
<b>started recording doing that first</b>

5
01:00:41.041 --> 01:00:41.666
<b>amendment right shit.</b>

6
01:00:43.291 --> 01:00:43.750
<b>Good.</b>

7
01:00:45.500 --> 01:00:46.166
<b>Where's he at now?</b>

8
01:00:46.333 --> 01:00:46.916
<b>He's still in charge.</b>

9
01:00:47.583 --> 01:00:48.625
<b>[INAUDIBLE]</b>

10
01:00:51.291 --> 01:00:52.000
<b>Will do sir.</b>

11
01:00:54.291 --> 01:00:55.625
<b>That was my award and if you guys create</b>

12
01:00:55.625 --> 01:00:56.291
<b>a case number I need to come.</b>

13
01:00:56.291 --> 01:00:57.416
<b>[INAUDIBLE]</b>

14
01:00:57.416 --> 01:01:02.041
<b>He's on foot.</b>

15
01:01:02.041 --> 01:01:03.000
<b>He parked his truck here.</b>

16
01:01:03.000 --> 01:01:05.125
<b>There's no parking signs right here.</b>

17
01:01:06.041 --> 01:01:06.958
<b>Did you guys contact him at all?</b>

18
01:01:06.958 --> 01:01:07.291
<b>I did.</b>

19
01:01:07.291 --> 01:01:08.041
<b>I tried talking to him.</b>

20
01:01:08.041 --> 01:01:09.041
<b>I was like we're not gonna let you on the</b>

21
01:01:09.041 --> 01:01:09.750
<b>state property so</b>

22
01:01:09.750 --> 01:01:10.666
<b>you're gonna impede my right.</b>

23
01:01:10.666 --> 01:01:12.250
<b>I was like I've just let you know I've</b>

24
01:01:12.250 --> 01:01:12.875
<b>identified deputies</b>

25
01:01:12.875 --> 01:01:13.666
<b>they're gonna come here.</b>

26
01:01:13.916 --> 01:01:14.833
<b>What did he say is did</b>

27
01:01:14.833 --> 01:01:15.708

<b>he give a reason at all?</b>

28
01:01:15.916 --> 01:01:16.750
<b>He just excited in his</b>

29
01:01:16.750 --> 01:01:17.500
<b>first amendment rights.</b>

30
01:01:17.833 --> 01:01:18.541
<b>Just okay.</b>

31
01:01:19.291 --> 01:01:20.791
<b>I had to walk down my whole yard.</b>

32
01:01:20.791 --> 01:01:21.916
<b>My camps locked down.</b>

33
01:01:21.916 --> 01:01:23.458
<b>We had to go in the community and pull</b>

34
01:01:23.458 --> 01:01:24.250
<b>the inmates off the community</b>

35
01:01:24.250 --> 01:01:25.291
<b>in cases in the tent to escape.</b>

36
01:01:25.291 --> 01:01:27.916
<b>So it's a big fiasco for us.</b>

37
01:01:28.166 --> 01:01:30.291
<b>We don't have any no trespassing signs up</b>

38
01:01:30.291 --> 01:01:31.583
<b>obviously because we got--</b>

39
01:01:31.875 --> 01:01:33.750
<b>As far as the prison property goes I mean</b>

40
01:01:33.750 --> 01:01:35.250
<b>you guys have discretion to have people</b>

41
01:01:35.250 --> 01:01:36.333
<b>leave when it comes to--</b>

42
01:01:36.708 --> 01:01:36.875
<b>100%.</b>

43
01:01:37.333 --> 01:01:37.583
<b>Yeah.</b>

44
01:01:38.125 --> 01:01:40.875
<b>So he said this is a public roadway which</b>

45
01:01:40.875 --> 01:01:42.333
<b>in fact it is a public roadway because we</b>

46
01:01:42.333 --> 01:01:43.625
<b>got visitors coming and going obviously.</b>

47
01:01:44.000 --> 01:01:44.250
<b>Yes.</b>

48
01:01:44.250 --> 01:01:45.750
<b>But when it comes down to it like I asked</b>

49
01:01:45.750 --> 01:01:46.958
<b>him I was like are you here for a visit?</b>

50
01:01:46.958 --> 01:01:48.708
<b>He said I don't know the process I said</b>

51
01:01:48.708 --> 01:01:49.500
<b>you need a visiting form.</b>

52
01:01:49.500 --> 01:01:50.583
<b>You can get those from an offender can</b>

53
01:01:50.583 --> 01:01:52.166
<b>send them to you or you can get them from</b>

54
01:01:52.166 --> 01:01:53.750

<b>our main building over here at 5500.</b>

55
01:01:54.541 --> 01:01:55.916
<b>And he said well I need to go</b>

56
01:01:55.916 --> 01:01:56.750
<b>down there and figure it out.</b>

57
01:01:56.750 --> 01:01:57.333
<b>I said you were not</b>

58
01:01:57.333 --> 01:01:58.041
<b>allowed in any buildings?</b>

59
01:01:58.416 --> 01:01:59.250
<b>He said you're going to impede my way?</b>

60
01:01:59.250 --> 01:02:00.416
<b>I said no I'm not.</b>

61
01:02:01.333 --> 01:02:02.791
<b>But I'm also I also don't know where--</b>

62
01:02:03.875 --> 01:02:04.250
<b>Because this is the first</b>

63
01:02:04.250 --> 01:02:05.250
<b>time we've encountered it.</b>

64
01:02:05.250 --> 01:02:06.208
<b>So I don't know where</b>

65
01:02:06.208 --> 01:02:07.541
<b>what our options are.</b>

66
01:02:07.541 --> 01:02:08.125
<b>We want gone.</b>

67
01:02:09.250 --> 01:02:10.666
<b>Well it's a prison I</b>

68
01:02:10.666 --> 01:02:12.791
<b>mean if you're not here--</b>

69
01:02:12.791 --> 01:02:13.333
<b>You guys can trespass</b>

70
01:02:13.333 --> 01:02:14.250
<b>them from the property.</b>

71
01:02:14.541 --> 01:02:14.750
<b>Easily.</b>

72
01:02:14.750 --> 01:02:16.833
<b>No we I mean me I'm the</b>

73
01:02:16.833 --> 01:02:17.708
<b>shift sergeant right now.</b>

74
01:02:17.958 --> 01:02:18.666
<b>100% one of them also.</b>

75
01:02:18.666 --> 01:02:19.958
<b>I'm going to be live in 13 school.</b>

76
01:02:19.958 --> 01:02:21.291
<b>I'm going to pass back to you.</b>

77
01:02:22.291 --> 01:02:24.333
<b>Good morning videos of license</b>

78
01:02:24.333 --> 01:02:26.125
<b>plates and vehicle mounts up.</b>

79
01:02:26.125 --> 01:02:26.333
<b>Okay.</b>

80
01:02:36.291 --> 01:02:37.458
<b>That's nice.</b>

81
01:02:39.291 --> 01:02:41.708

<b>5-0-1.</b>

82
01:02:43.583 --> 01:02:44.791
<b>Sounds like the subject's trying to do</b>

83
01:02:44.791 --> 01:02:46.041
<b>some sort of first thing.</b>

84
01:02:46.333 --> 01:02:48.166
<b>Maybe just have a similar idea.</b>

85
01:02:48.916 --> 01:02:50.375
<b>But we'll try to make contact with him.</b>

86
01:02:50.375 --> 01:02:52.083
<b>He's a prison partner and</b>

87
01:02:52.083 --> 01:02:54.416
<b>then record pictures of him.</b>

88
01:03:02.291 --> 01:03:04.291
<b>10-4-break 34.95.</b>

89
01:03:16.291 --> 01:03:19.291
<b>34.95.</b>

90
01:03:46.291 --> 01:03:47.125
<b>Thank you very much.</b>

91
01:03:49.166 --> 01:03:58.583
<b>Sir what is your name?</b>

92
01:04:05.916 --> 01:04:07.333
<b>The facility is on lockdown.</b>

93
01:04:07.333 --> 01:04:08.041
<b>Yes it is.</b>

94
01:04:08.041 --> 01:04:09.125
<b>This is a company operation.</b>

95
01:04:09.125 --> 01:04:10.166
<b>This is a disruptive operation.</b>

96
01:04:10.541 --> 01:04:11.416
<b>Sir what is your name?</b>

97
01:04:12.708 --> 01:04:13.250
<b>Put that down.</b>

98
01:04:13.416 --> 01:04:14.166
<b>Put your hands behind your back.</b>

99
01:04:14.500 --> 01:04:14.708
<b>Okay.</b>

100
01:04:15.625 --> 01:04:17.666
<b>I'm not going to risk</b>

101
01:04:17.666 --> 01:04:21.833
<b>this to you guys at all.</b>

102
01:04:21.833 --> 01:04:26.000
<b>No you may not.</b>

103
01:04:26.000 --> 01:04:27.125
<b>Right now you have the right to remain</b>

104
01:04:27.125 --> 01:04:28.416
<b>silent or anything you say you can to</b>

105
01:04:28.416 --> 01:04:29.458
<b>maybe use it again to an accord.</b>

106
01:04:29.750 --> 01:04:31.208
<b>10-0-1-97-200.</b>

107
01:04:31.416 --> 01:04:31.916
<b>Excuse me.</b>

108
01:04:32.125 --> 01:04:33.416

<b>I didn't interrupt you did I?</b>

109
01:04:33.958 --> 01:04:34.083
<b>Okay.</b>

110
01:04:34.083 --> 01:04:34.916
<b>If you don't want to hear your rights</b>

111
01:04:34.916 --> 01:04:36.083
<b>then we're not going to talk about it.</b>

112
01:04:36.333 --> 01:04:38.125
<b>Well an RS197-200 so</b>

113
01:04:38.125 --> 01:04:39.083
<b>you're not going to run back.</b>

114
01:04:39.083 --> 01:04:39.416
<b>Okay.</b>

115
01:04:39.875 --> 01:04:40.875
<b>I'm not going to ask you any questions.</b>

116
01:04:41.166 --> 01:04:41.791
<b>Step over to my vehicle.</b>

117
01:04:42.125 --> 01:04:42.291
<b>Okay.</b>

118
01:04:49.208 --> 01:04:56.250
<b>I'm going to ask you a question.</b>

119
01:04:58.458 --> 01:04:58.541
<b>I'm going to
ask you a question.</b>

120
01:04:58.541 --> 01:04:59.500
<b>Are you going to pay the fee for it?</b>

121
01:05:01.750 --> 01:05:02.583
<b>The wallet and the purse</b>

122
01:05:02.583 --> 01:05:03.291
<b>you want to get in there.</b>

123
01:05:03.541 --> 01:05:03.875
<b>Thank you.</b>

124
01:05:03.875 --> 01:05:04.833
<b>We're going to get everything done.</b>

125
01:05:05.041 --> 01:05:06.166
<b>But the search is an actual arrest.</b>

126
01:05:08.916 --> 01:05:10.166
<b>And what am I doing to arrest you for?</b>

127
01:05:10.458 --> 01:05:11.708
<b>You're being arrested for trespassing.</b>

128
01:05:12.083 --> 01:05:12.583
<b>Okay.</b>

129
01:05:12.583 --> 01:05:13.833
<b>So where was the North</b>

130
01:05:13.833 --> 01:05:14.291
<b>Crest Pass on the side?</b>

131
01:05:14.291 --> 01:05:14.500
<b>The North Crest Pass on the side. Okay. Okay. Okay. Okay. Okay. Okay.
Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay. It's
time.</b>

132
01:05:15.250 --> 01:05:15.458
<b>Okay.</b>

133
01:05:15.458 --> 01:05:15.791
<b>Go ahead.</b>

134
01:05:17.583 --> 01:05:19.333
<b>Were there no trespassers time course?</b>

135
01:05:20.416 --> 01:05:21.750
<b>Explain everything to you about, right</b>

136
01:05:21.750 --> 01:05:22.916
<b>now you're not under Miranda</b>

137
01:05:22.916 --> 01:05:23.958
<b>so I'm not going to use the</b>

138
01:05:23.958 --> 01:05:24.166
<b>phone.</b>

139
01:05:24.458 --> 01:05:24.666
<b>Look.</b>

140
01:05:28.041 --> 01:05:31.500
<b>(unintelligible) Hold on there.</b>

141
01:05:32.666 --> 01:05:35.875
<b>(unintelligible)</b>

142
01:05:36.291 --> 01:05:42.125
<b>You want to shut that off if you want.</b>

143
01:05:42.125 --> 01:05:44.375
<b>Please leave my cameras running.</b>

144
01:05:44.791 --> 01:05:51.916
<b>Please leave my cameras running.</b>

145
01:05:51.916 --> 01:05:52.125
<b>Please leave my cameras running.</b>

146
01:05:52.291 --> 01:05:55.916
<b>I'm not going to do that.</b>

147
01:05:56.791 --> 01:05:58.083
<b>And, don't be designed</b>

148

01:05:58.083 --> 01:05:59.708
<b>versus making the phone call.</b>

149
01:06:01.041 --> 01:06:04.583
<b>Negative. Sorry, I didn't realize you</b>

150
01:06:04.583 --> 01:06:05.458
<b>were mounting a B2B.</b>

151
01:06:05.458 --> 01:06:06.083
<b>What do you mean?</b>

152
01:06:07.125 --> 01:06:08.750
<b>We are just a man of any</b>

153
01:06:08.750 --> 01:06:09.541
<b>type of any type of problem.</b>

154
01:06:11.125 --> 01:06:12.125
<b>Yeah, this is not like a</b>

155
01:06:12.125 --> 01:06:14.166
<b>DMV downtown or something.</b>

156
01:06:14.375 --> 01:06:15.250
<b>No, this is a post office,</b>

157
01:06:15.458 --> 01:06:16.291
<b>this is a sheriff's office.</b>

158
01:06:16.291 --> 01:06:17.333
<b>This is a pure facility.</b>

159
01:06:17.583 --> 01:06:18.208
<b>There's no freedom of</b>

160
01:06:18.208 --> 01:06:20.000
<b>information to ask to get west here.</b>

161
01:06:20.708 --> 01:06:22.958
<b>We need some statements.</b>

162
01:06:24.000 --> 01:06:26.375
<b>That way we have someone from the state</b>

163
01:06:26.375 --> 01:06:27.875
<b>here that's going to press.</b>

164
01:06:29.250 --> 01:06:31.250
<b>And then we're going to have</b>

165
01:06:31.250 --> 01:06:32.375
<b>to probably tow his truck too.</b>

166
01:06:33.291 --> 01:06:34.291
<b>So he's in custody now.</b>

167
01:06:34.541 --> 01:06:35.375
<b>Yeah, tow his truck.</b>

168
01:06:36.125 --> 01:06:37.916
<b>And you sail and see him to get the</b>

169
01:06:37.916 --> 01:06:39.125
<b>statements and the tilt.</b>

170
01:06:39.166 --> 01:06:40.000
<b>And I'll work on that.</b>

171
01:06:40.000 --> 01:06:40.541
<b>That's yours only.</b>

172
01:06:40.750 --> 01:06:41.041
<b>I do not.</b>

173
01:06:41.041 --> 01:06:41.833
<b>So my partner is going</b>

174
01:06:41.833 --> 01:06:43.000
<b>to get the statements.</b>

175

01:06:44.083 --> 01:06:45.916
<b>Is there any other specific NRS that's</b>

176
01:06:45.916 --> 01:06:47.500
<b>applicable as far as it comes to</b>

177
01:06:48.125 --> 01:06:49.125
<b>trespassing on the</b>

178
01:06:49.125 --> 01:06:50.708
<b>prison or something like that?</b>

179
01:06:51.083 --> 01:06:52.041
<b>You guys have a card on you?</b>

180
01:06:52.625 --> 01:06:53.041
<b>What's that?</b>

181
01:06:53.041 --> 01:06:53.958
<b>Do you have a card on you?</b>

182
01:06:53.958 --> 01:06:54.166
<b>Yeah.</b>

183
01:06:54.458 --> 01:06:55.083
<b>I'll pull it up and</b>

184
01:06:55.083 --> 01:06:56.375
<b>email it right to you.</b>

185
01:06:56.375 --> 01:06:56.875
<b>Yeah, all that.</b>

186
01:06:57.166 --> 01:06:57.375
<b>Thanks.</b>

187
01:06:58.125 --> 01:06:59.541
<b>Because again, every individual that</b>

188
01:06:59.541 --> 01:07:00.375
<b>comes on to this property,</b>

189
01:07:00.583 --> 01:07:01.416
<b>they have to be clear to</b>

190
01:07:01.416 --> 01:07:02.166
<b>come on to the property.</b>

191
01:07:02.166 --> 01:07:02.416
<b>Okay.</b>

192
01:07:02.666 --> 01:07:03.791
<b>And where are they supposed to check in?</b>

193
01:07:03.791 --> 01:07:04.458
<b>Is it the gate house?</b>

194
01:07:05.125 --> 01:07:06.708
<b>Actually, we received notice</b>

195
01:07:06.708 --> 01:07:07.500
<b>through the administration.</b>

196
01:07:08.166 --> 01:07:10.291
<b>Which would turn the gate house and the</b>

197
01:07:10.291 --> 01:07:11.375
<b>individual would be notified</b>

198
01:07:11.375 --> 01:07:12.541
<b>who's coming onto the property.</b>

199
01:07:13.041 --> 01:07:13.166
<b>Okay.</b>

200
01:07:13.166 --> 01:07:14.541
<b>That's why you just can't show up and</b>

201
01:07:14.541 --> 01:07:15.708
<b>just go out and definitely not take</b>

202

01:07:15.708 --> 01:07:16.833
<b>photos of them.</b>

203
01:07:16.833 --> 01:07:17.166
<b>Okay.</b>

204
01:07:18.041 --> 01:07:21.250
<b>So who all had contact with him?</b>

205
01:07:21.250 --> 01:07:22.666
<b>I'm here as a warden.</b>

206
01:07:22.958 --> 01:07:23.916
<b>I'm the warden, so I</b>

207
01:07:23.916 --> 01:07:25.208
<b>believe that's why I came down.</b>

208
01:07:25.208 --> 01:07:27.500
<b>I'll probably, I think the warden would</b>

209
01:07:27.500 --> 01:07:29.375
<b>obviously carry some weight as far as</b>

210
01:07:29.375 --> 01:07:30.458
<b>you make contact with him.</b>

211
01:07:30.458 --> 01:07:30.666
<b>Yeah.</b>

212
01:07:30.791 --> 01:07:31.833
<b>I mean, I'm just saying that you guys</b>

213
01:07:31.833 --> 01:07:32.916
<b>don't carry weight as well as you're</b>

214
01:07:32.916 --> 01:07:33.500
<b>a Florida property.</b>

215
01:07:33.708 --> 01:07:35.458
<b>But if we have, you guys do a statement.</b>

216
01:07:35.833 --> 01:07:36.083
<b>I am.</b>

217
01:07:36.125 --> 01:07:39.125
<b>And then we'll get the, the door going</b>

218
01:07:39.125 --> 01:07:40.333
<b>and then I'll book him.</b>

219
01:07:40.708 --> 01:07:41.791
<b>Did he give you his name?</b>

220
01:07:42.291 --> 01:07:43.958
<b>We have it off of his, we have a wallet</b>

221
01:07:43.958 --> 01:07:45.166
<b>there and then we have a registration</b>

222
01:07:45.166 --> 01:07:45.791
<b>off of that.</b>

223
01:07:45.958 --> 01:07:46.791
<b>Oh, that's beautiful.</b>

224
01:07:46.791 --> 01:07:47.500
<b>Can I get that?</b>

225
01:07:47.500 --> 01:07:48.083
<b>Yeah, for sure.</b>

226
01:07:48.083 --> 01:07:48.625
<b>I'll be notified.</b>

227
01:07:49.041 --> 01:07:49.791
<b>Do you have a second?</b>

228
01:07:50.125 --> 01:07:50.916
<b>So do you have that other</b>

229

01:07:50.916 --> 01:07:52.000
<b>charge you're talking about?</b>

230
01:07:52.000 --> 01:07:52.666
<b>Because I'm going to, I'm</b>

231
01:07:52.666 --> 01:07:53.833
<b>going to take them in now.</b>

232
01:07:55.750 --> 01:08:03.125
<b>Is there one more card for you?</b>

233
01:08:03.125 --> 01:08:03.750
<b>Yeah.</b>

234
01:12:39.875 --> 01:12:41.000
<b>Okay.</b>

235
01:12:41.833 --> 01:12:42.041
<b>Cool.</b>

236
01:12:42.541 --> 01:12:42.791
<b>Cool.</b>

237
01:12:42.791 --> 01:12:42.875
<b>Cool.</b>

238
01:12:42.875 --> 01:12:44.041
<b>We will do a trespassing.</b>

239
01:12:44.666 --> 01:12:46.458
<b>Obstructing for you guys.</b>

240
01:12:47.000 --> 01:12:47.208
<b>Right.</b>

241
01:12:47.208 --> 01:12:48.375
<b>We would probably need to leave you.</b>

242
01:12:48.375 --> 01:12:48.625
<b>Thank you.</b>

243
01:12:49.750 --> 01:12:51.375
<b>You know, obviously he's instructed, he's</b>

244
01:12:51.375 --> 01:12:52.291
<b>obstructing you guys.</b>

245
01:12:52.291 --> 01:12:53.416
<b>You guys are a chief of these officers.</b>

246
01:12:53.750 --> 01:12:54.875
<b>So he's obstructing your</b>

247
01:12:54.875 --> 01:12:56.333
<b>ability to do your work.</b>

248
01:12:57.083 --> 01:12:59.875
<b>So, but if there's another specific kind</b>

249
01:12:59.875 --> 01:13:01.625
<b>of risk, then I need to add that.</b>

250
01:13:02.125 --> 01:13:02.500
<b>So I'm going to take her down to that. Okay. Okay. So, I'm going to
take her down to that. Okay.
Okay. So, I'm going to take her down to that. Okay. Okay. Okay. Okay.
Okay. Okay. Okay. Okay. Okay. Okay.</b>

251
01:13:02.500 --> 01:13:03.458
<b>So, I'm going to take her down now.</b>

252
01:13:04.000 --> 01:13:04.208
<b>Okay.</b>

253
01:13:04.500 --> 01:13:06.250
<b>So, if you can just give that to him,</b>

254
01:13:06.250 --> 01:13:07.208
<b>then he can call me</b>

255
01:13:07.208 --> 01:13:08.416

<b>because I'm going to go down</b>

256
01:13:08.416 --> 01:13:09.791
<b>and start the paperwork on it.</b>

257
01:13:09.791 --> 01:13:09.916
<b>Okay.</b>

258
01:13:09.916 --> 01:13:10.125
<b>Cool.</b>

259
01:13:10.291 --> 01:13:11.416
<b>But yeah, I mean, this</b>

260
01:13:11.416 --> 01:13:13.041
<b>is, he wants to do an audit.</b>

261
01:13:13.250 --> 01:13:14.708
<b>I don't know what the intentions are.</b>

262
01:13:14.708 --> 01:13:16.125
<b>Obviously, it's probably clear.</b>

263
01:13:16.500 --> 01:13:17.250
<b>However, this is</b>

264
01:13:17.250 --> 01:13:18.625
<b>extremely controlled environment.</b>

265
01:13:18.625 --> 01:13:19.291
<b>I mean, we check in</b>

266
01:13:19.291 --> 01:13:20.750
<b>here before we come in.</b>

267
01:13:20.750 --> 01:13:20.916
<b>Yeah.</b>

268
01:13:20.916 --> 01:13:21.708
<b>So, I don't know what.</b>

269
01:13:22.125 --> 01:13:22.958
<b>If I had to authorize,</b>

270
01:13:23.291 --> 01:13:24.750
<b>we get clear to do a lot.</b>

271
01:13:24.958 --> 01:13:25.166
<b>Right.</b>

272
01:13:25.833 --> 01:13:26.791
<b>We don't have any paperwork</b>

273
01:13:26.791 --> 01:13:27.958
<b>to see if you can do an audit.</b>

274
01:13:28.250 --> 01:13:29.125
<b>So, you hear after violating.</b>

275
01:13:29.125 --> 01:13:31.958
<b>And have you received paperwork before as far as you can? Yes. And
have you received paperwork before as</b>

276
01:13:31.958 --> 01:13:33.416
<b>far as, I mean, just from other people?</b>

277
01:13:33.625 --> 01:13:33.750
<b>Yeah.</b>

278
01:13:33.750 --> 01:13:35.291
<b>If they're going to come do an audit and</b>

279
01:13:35.291 --> 01:13:35.916
<b>that's the standard?</b>

280
01:13:36.166 --> 01:13:36.333
<b>Okay.</b>

281
01:13:36.458 --> 01:13:36.583
<b>Yeah.</b>

282

01:13:36.583 --> 01:13:37.916
<b>If you could put that in there just</b>

283
01:13:37.916 --> 01:13:38.833
<b>roughly, you don't have</b>

284
01:13:38.833 --> 01:13:40.375
<b>to name names, but are you</b>

285
01:13:40.375 --> 01:13:42.625
<b>routinely get requests for an audit?</b>

286
01:13:43.083 --> 01:13:44.625
<b>There was no request that was forwarded.</b>

287
01:13:44.958 --> 01:13:46.750
<b>This was a surprise, obviously, major</b>

288
01:13:46.750 --> 01:13:47.541
<b>disruption of the</b>

289
01:13:47.541 --> 01:13:48.583
<b>yard and everything else.</b>

290
01:13:48.875 --> 01:13:50.291
<b>So, can you get them written?</b>

291
01:13:50.666 --> 01:13:50.833
<b>Yep.</b>

292
01:13:51.041 --> 01:13:52.333
<b>And then I'm going to get him going down</b>

293
01:13:52.333 --> 01:13:52.875
<b>there so we can get</b>

294
01:13:52.875 --> 01:13:53.333
<b>everybody out of the set.</b>

295
01:13:53.333 --> 01:13:55.291
<b>And then on the tow, just because it's on</b>

296
01:13:55.291 --> 01:13:56.250
<b>your guys' property and</b>

297
01:13:56.250 --> 01:13:57.125
<b>everything, our sergeant</b>

298
01:13:57.166 --> 01:13:58.833
<b>saying it's probably the plan here if you</b>

299
01:13:58.833 --> 01:14:00.541
<b>guys call for</b>

300
01:14:00.541 --> 01:14:02.625
<b>whatever process you normally</b>

301
01:14:02.625 --> 01:14:04.083
<b>go through to tow cars off your property.</b>

302
01:14:04.875 --> 01:14:05.083
<b>So...</b>

303
01:14:05.458 --> 01:14:06.500
<b>They probably don't do that often.</b>

304
01:14:06.875 --> 01:14:07.000
<b>Yeah.</b>

305
01:14:07.000 --> 01:14:07.208
<b>Yeah.</b>

306
01:14:08.125 --> 01:14:09.000
<b>We don't have them to have.</b>

307
01:14:09.000 --> 01:14:10.333
<b>We don't know how to call one for that.</b>

308
01:14:10.333 --> 01:14:11.041
<b>We don't have them to have.</b>

309

01:14:11.041 --> 01:14:12.208
<b>We don't have them to tell at all.</b>

310
01:14:12.208 --> 01:14:12.833
<b>But normally we tell</b>

311
01:14:12.833 --> 01:14:14.000
<b>people, "Hey, you can't be here."</b>

312
01:14:14.208 --> 01:14:15.041
<b>They turn around and go, "Hey."</b>

313
01:14:15.125 --> 01:14:16.458
<b>He's in our custody.</b>

314
01:14:16.708 --> 01:14:17.583
<b>I would say that we tow</b>

315
01:14:17.583 --> 01:14:18.916
<b>it so that way it's safe.</b>

316
01:14:18.916 --> 01:14:19.000
<b>Yes.</b>

317
01:14:19.000 --> 01:14:19.458
<b>I'm just repeating.</b>

318
01:14:19.958 --> 01:14:20.166
<b>Okay.</b>

319
01:14:21.083 --> 01:14:22.583
<b>We'll take care of the tow and then he's</b>

320
01:14:22.583 --> 01:14:23.708
<b>going to get you some written statements</b>

321
01:14:23.708 --> 01:14:25.000
<b>as detailed as possible.</b>

322
01:14:25.000 --> 01:14:25.125
<b>And then I'll take him down.</b>

323
01:14:25.125 --> 01:14:27.791
<b>That was 207.200.</b>

324
01:14:27.791 --> 01:14:31.958
<b>207.200.</b>

325
01:14:34.125 --> 01:14:35.666
<b>207.200.</b>

326
01:14:36.791 --> 01:14:41.208
<b>Is there any subsection at all?</b>

327
01:14:41.708 --> 01:14:41.916
<b>Yeah.</b>

328
01:14:42.166 --> 01:14:43.625
<b>Is there a subsection of that address?</b>

329
01:14:48.708 --> 01:14:48.916
<b>Yeah.</b>

330
01:14:49.000 --> 01:14:51.708
<b>The winter birds.</b>

331
01:14:52.166 --> 01:14:52.875
<b>Huh?</b>

332
01:14:53.291 --> 01:14:54.416
<b>You're looking on my fire frame.</b>

333
01:14:55.500 --> 01:14:55.708
<b>The winter birds.</b>

334
01:14:56.291 --> 01:14:57.166
<b>10-0-2-1.</b>

335
01:14:57.375 --> 01:14:58.625
<b>207.200.</b>

336

01:14:59.000 --> 01:15:01.083
<b>1-8-11.</b>

337
01:15:01.500 --> 01:15:02.166
<b>There's a land warrant.</b>

338
01:15:02.666 --> 01:15:03.833
<b>A building with other things.</b>

339
01:15:04.333 --> 01:15:04.833
<b>That's correct.</b>

340
01:15:05.416 --> 01:15:06.083
<b>And then there's a beam.</b>

341
01:15:06.416 --> 01:15:07.791
<b>Wolf would go to the pool and he'd come</b>

342
01:15:07.791 --> 01:15:09.250
<b>to the land for a building.</b>

343
01:15:09.500 --> 01:15:12.625
<b>That's just normal trespass road.</b>

344
01:15:13.666 --> 01:15:13.833
<b>Stop.</b>

345
01:15:14.041 --> 01:15:14.416
<b>It's a trespass.</b>

346
01:15:15.375 --> 01:15:16.333
<b>It's a trespass.</b>

347
01:15:16.625 --> 01:15:17.791
<b>It's normal trespass.</b>

348
01:15:18.000 --> 01:15:18.041
<b>It's normal trespass.</b>

349
01:15:18.125 --> 01:15:20.041
<b>If there's anything that's applicable to</b>

350
01:15:20.041 --> 01:15:22.416
<b>like prison property, you</b>

351
01:15:22.416 --> 01:15:23.166
<b>know that would be great</b>

352
01:15:23.166 --> 01:15:24.166
<b>to be able to put on there.</b>

353
01:15:24.166 --> 01:15:24.958
<b>I'll fight something.</b>

354
01:15:24.958 --> 01:15:26.500
<b>I mean I'll articulate it but it would be</b>

355
01:15:26.500 --> 01:15:28.250
<b>good if there's a specific NRS.</b>

356
01:15:29.541 --> 01:15:31.791
<b>Like disrupt any of the prison</b>

357
01:15:31.791 --> 01:15:33.666
<b>duties or anything like that.</b>

358
01:15:34.125 --> 01:15:35.750
<b>You know other states have these because</b>

359
01:15:35.750 --> 01:15:36.291
<b>we haven't dealt with</b>

360
01:15:36.291 --> 01:15:37.333
<b>this bullshit very much.</b>

361
01:15:37.750 --> 01:15:37.958
<b>Yeah.</b>

362
01:15:41.125 --> 01:15:42.416
<b>Are you hanging out for a minute?</b>

363

01:15:42.583 --> 01:15:43.708
<b>Yeah I'll be here.</b>

364
01:15:43.708 --> 01:15:45.375
<b>Who's doing the statement and everything?</b>

365
01:15:45.375 --> 01:15:46.875
<b>I believe the word "nice man."</b>

366
01:15:47.166 --> 01:15:47.583
<b>Do you have a card?</b>

367
01:15:48.166 --> 01:15:48.333
<b>Yeah.</b>

368
01:15:54.833 --> 01:15:55.125
<b>Right on.</b>

369
01:15:55.125 --> 01:15:55.458
<b>Thank you brother.</b>

370
01:15:56.041 --> 01:15:56.583
<b>You guys don't have a</b>

371
01:15:56.583 --> 01:15:57.583
<b>case number by chance do you?</b>

372
01:15:58.125 --> 01:15:58.916
<b>I don't have it yet.</b>

373
01:15:59.416 --> 01:16:00.375
<b>I think he has it.</b>

374
01:16:00.625 --> 01:16:00.833
<b>Okay.</b>

375
01:16:01.500 --> 01:16:02.166
<b>But I'll get that.</b>

376
01:16:02.166 --> 01:16:03.250
<b>Or actually if you give me my card back</b>

377
01:16:03.250 --> 01:16:04.291
<b>I'll go look on the computer</b>

378
01:16:04.291 --> 01:16:05.708
<b>real quick and get it for you.</b>

379
01:16:36.166 --> 01:16:37.333
<b>Two, two.</b>

380
01:16:37.500 --> 01:16:37.708
<b>Yep.</b>

381
01:16:38.666 --> 01:16:38.875
<b>Yep.</b>

382
01:16:39.250 --> 01:16:44.458
<b>All I have is what was on his plate.</b>

383
01:16:45.166 --> 01:16:46.708
<b>Drew Rybar?</b>

384
01:16:47.583 --> 01:16:48.500
<b>Drew Rybar?</b>

385
01:16:48.583 --> 01:16:49.958
<b>That's just who the registered owner is</b>

386
01:16:49.958 --> 01:16:50.500
<b>so I don't know if</b>

387
01:16:50.500 --> 01:16:51.041
<b>that's going to be him.</b>

388
01:16:51.250 --> 01:16:51.416
<b>Okay.</b>

389
01:16:52.291 --> 01:16:52.875
<b>He's got it.</b>

390

01:16:52.875 --> 01:16:54.166
<b>He had his wallet on him.</b>

391
01:16:54.541 --> 01:16:57.125
<b>So we're going to figure that part out.</b>

392
01:17:30.750 --> 01:17:36.583
<b>Okay so we're going to do</b>

393
01:17:36.583 --> 01:17:37.625
<b>a little truck shopping.</b>

394
01:17:37.625 --> 01:17:38.708
<b>We're going to do a Monday of Trucking.</b>

395
01:17:39.250 --> 01:17:41.500
<b>Just make sure when we're riding about</b>

396
01:17:41.500 --> 01:17:43.000
<b>how many times you guys have told them.</b>

397
01:17:44.166 --> 01:17:46.000
<b>And then you know like maybe something</b>

398
01:17:46.000 --> 01:17:47.666
<b>like it's not uncommon that you guys do</b>

399
01:17:47.666 --> 01:17:48.625
<b>receive these audits.</b>

400
01:17:48.625 --> 01:17:49.333
<b>However they go</b>

401
01:17:49.333 --> 01:17:51.791
<b>through the official process.</b>

402
01:17:52.500 --> 01:17:53.458
<b>All visitors are required.</b>

403
01:17:53.791 --> 01:17:54.666
<b>I mean you guys know</b>

404
01:17:54.666 --> 01:17:55.708
<b>the prison more than I do.</b>

405
01:17:55.916 --> 01:17:58.166
<b>So if you can just clarify that in your</b>

406
01:17:58.166 --> 01:17:59.666
<b>statement a little bit as well as your</b>

407
01:17:59.666 --> 01:18:02.208
<b>boys as far as their contact with him.</b>

408
01:18:02.208 --> 01:18:06.083
<b>Them ignoring all their requests.</b>

409
01:18:06.750 --> 01:18:07.708
<b>Did anybody ask him ID</b>

410
01:18:07.708 --> 01:18:08.750
<b>at all on the property?</b>

411
01:18:09.083 --> 01:18:10.708
<b>Not to my knowledge because I just asked</b>

412
01:18:10.708 --> 01:18:11.958
<b>him what he was saying and</b>

413
01:18:11.958 --> 01:18:12.125
<b>he refused to acknowledge.</b>

414
01:18:12.125 --> 01:18:15.125
<b>I didn't ask him to give me why was he</b>

415
01:18:15.125 --> 01:18:16.333
<b>what was his name or the</b>

416
01:18:16.333 --> 01:18:17.208
<b>purpose of being a cop.</b>

417

01:18:17.208 --> 01:18:18.750
<b>So we can do failure to identify it too.</b>

418
01:18:19.125 --> 01:18:19.291
<b>Yeah.</b>

419
01:18:19.625 --> 01:18:20.416
<b>He's required to at</b>

420
01:18:20.416 --> 01:18:21.333
<b>least give you a name.</b>

421
01:18:21.333 --> 01:18:21.541
<b>Yeah.</b>

422
01:18:21.708 --> 01:18:21.875
<b>Right.</b>

423
01:18:23.083 --> 01:18:24.208
<b>And then did you guys ask</b>

424
01:18:24.208 --> 01:18:25.041
<b>him for his name at all?</b>

425
01:18:25.416 --> 01:18:26.583
<b>I did not ask him for his name but I just</b>

426
01:18:26.583 --> 01:18:27.750
<b>tried to see why he was here and tried to</b>

427
01:18:27.750 --> 01:18:29.708
<b>direct him off the property to building</b>

428
01:18:29.708 --> 01:18:31.500
<b>17 over there right down the</b>

429
01:18:31.500 --> 01:18:32.416
<b>road to get some information.</b>

430
01:18:32.750 --> 01:18:32.958
<b>Okay.</b>

431
01:18:33.250 --> 01:18:33.833
<b>So those three?</b>

432
01:18:34.125 --> 01:18:34.333
<b>Yeah.</b>

433
01:18:34.583 --> 01:18:35.000
<b>Do you want...</b>

434
01:18:36.000 --> 01:18:37.333
<b>And then he can do the...</b>

435
01:18:38.250 --> 01:18:40.083
<b>Well it's not really a citizen's arrest.</b>

436
01:18:40.125 --> 01:18:41.375
<b>Because they're cops.</b>

437
01:18:41.375 --> 01:18:42.875
<b>That's kind of what I'm...</b>

438
01:18:42.875 --> 01:18:44.208
<b>Just he's the complete one.</b>

439
01:18:44.208 --> 01:18:44.416
<b>Yeah.</b>

440
01:18:46.083 --> 01:18:47.541
<b>So this is a really</b>

441
01:18:47.541 --> 01:18:49.125
<b>routine charge that we have.</b>

442
01:18:49.125 --> 01:18:50.625
<b>It's just the state property is a little</b>

443
01:18:50.625 --> 01:18:52.333
<b>bit different but just the statements are</b>

444

01:18:52.333 --> 01:18:53.958
<b>going to be sufficient and you have</b>

445
01:18:53.958 --> 01:18:56.250
<b>obviously total authority over the</b>

446
01:18:56.250 --> 01:18:57.458
<b>property so that works for me.</b>

447
01:18:58.125 --> 01:18:58.875
<b>And then we'll go from</b>

448
01:18:58.875 --> 01:19:00.166
<b>there and then he'll hang out.</b>

449
01:19:00.166 --> 01:19:00.958
<b>I'll get those from you and</b>

450
01:19:00.958 --> 01:19:02.000
<b>I'll go down and book them.</b>

451
01:19:02.000 --> 01:19:02.208
<b>Yeah.</b>

452
01:19:03.125 --> 01:19:03.375
<b>Alrighty.</b>

453
01:19:03.375 --> 01:19:03.833
<b>Thank you guys.</b>

454
01:19:04.541 --> 01:19:05.125
<b>Appreciate you.</b>

455
01:19:05.125 --> 01:19:05.708
<b>Any questions?</b>

456
01:19:07.125 --> 01:19:07.666
<b>We'll go to the largest...</b>

457
01:19:14.083 --> 01:19:15.125
<b>Yeah I'm getting it right now.</b>

# EXHIBIT C

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

---

**DREW J. RIBAR**,
Plaintiff,

v.

**STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS; CARSON CITY; DEPUTY JASON BUENO**, in his individual and official capacity; **WARDEN FERNANDEIS FRAZIER; SGT. ROBERT SMITH;** et al.,

Defendants.

**Case No.: 3:24-cv-00103-ART-CLB**

---

**Plaintiff**: Drew J. Ribar, *pro se*

**Address**: 3480 Pershing Ln., Washoe Valley, NV 89704

**Phone**: (775) 223-7899

**Email**: Const2Audit@gmail.com

---

# EXHIBIT C

**Video Footage – Deputy Jason Bueno Body-Worn Camera**

**Filed in Support of Plaintiff's Amended Complaint and Motion for Summary Judgment Under Fed. R. Civ. P. 56**

---

## SUMMARY JUDGMENT RELEVANCE

Pursuant to **Fed. R. Civ. P. 56(a)**, this exhibit provides **undisputed material evidence** of Defendants' violations of Plaintiff's rights under:

- **U.S. Constitution**: Amendments I, IV, VIII, XIV
- **Nevada Constitution**: Article 1, §§ 1, 6, 8, 9, 18
- **Federal Law**: 42 U.S.C. § 1983; 18 U.S.C. §§ 241–242
- **Nevada Statutes**: NRS 171.1233, 197.200, 199.310, 200.460, 200.310, 200.481, 200.471, 207.190, 205.2715, 205.220

This exhibit complements Exhibits A and B, proving:

1. **Retaliation** for recording in public (*Fordyce v. Seattle*, 55 F.3d 436 (9th Cir. 1995); *Turner v. Driver*, 848 F.3d 678 (5th Cir. 2017))
2. **Unlawful arrest** without probable cause (*Manuel v. City of Joliet*, 137 S. Ct. 911 (2017); *Thompson v. Clark*, 596 U.S. 36 (2022))
3. **Cruel conditions** via heat exposure (*Hope v. Pelzer*, 536 U.S. 730 (2002); *Farmer v. Brennan*, 511 U.S. 825 (1994))
4. **Due process violations** via property seizure (*Mathews v. Eldridge*, 424 U.S. 319 (1976))

5. **Municipal liability** for policy/custom (*Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978))

---

## DESCRIPTION

- **Video Recording**: 37 minutes, 1 second of body-worn camera footage from Deputy Jason Bueno, recorded **August 30, 2022**, at **Northern Nevada Correctional Center (NNCC)**, obtained via discovery in **criminal case No. 22 CR 01231 1C** *(dismissed by order dated [insert date if known])*
- **Format**: Submitted on USB per **Local Rule IC 2-2**, with **Notice of Manual Filing**

---

## KEY LEGAL VIOLATIONS AND SUPPORTING EVIDENCE

| Timestamp | Incident Summary | Legal Relevance |
|---|---|---|
| 0:01:10 | Sgt. Smith: "Notified deputies" for "exercising his First Amendment rights." | First Amendment retaliation (*Glik v. Cunniffe*, 655 F.3d 78 (1st Cir. 2011); *Fields v. City of Philadelphia*, 862 F.3d 353 (3d Cir. 2017)) |
| 0:01:29 | Sgt. Smith: "No 'no trespassing' signs up." | No probable cause (*Hiibel v. Sixth Judicial Dist. Ct.*, 542 U.S. 177 (2004); NRS 207.200) |
| 0:01:37 | Sgt. Smith: "This is a public roadway, which it is." | Public forum; arrest invalid (*Reed v. Town of Gilbert*, 576 U.S. 155 (2015)) |

| Timestamp | Incident Summary | Legal Relevance |
| --- | --- | --- |
| 0:02:03 | Sgt. Smith: "We want it gone." | Pretextual intent; Monell custom (*Whren v. United States*, 517 U.S. 806 (1996)) |
| 0:03:34–0:03:49 | Bueno arrives; Frazier: "Trespassing… remove him." | No warning; Fourth Amendment (*Terry v. Ohio*, 392 U.S. 1 (1968)) |
| 0:04:13 | Bueno: "Put your hands behind your back." | Unlawful seizure (*Manuel v. City of Joliet*, supra; NRS 200.460) |
| 0:05:11 | Bueno: "You're being arrested for trespassing." | False arrest (*Thompson v. Clark*, supra) |
| 0:05:19–0:05:37 | AC hose redirects air; Plaintiff in back, no seatbelt, dry shirt. | Eighth Amendment (*Hope v. Pelzer*, supra; *Youngberg v. Romeo*, 457 U.S. 307 (1982)) |
| 0:06:30 | "Tow his truck." | Due process violation (*Mathews v. Eldridge*, supra; NRS 205.2715) |
| 0:07:14 | "Definitely not take photos or whatever." | Retaliation (*Turner v. Driver*, supra; NRS 171.1233) |
| 0:07:56 | AC hose to driver's seat. | Deliberate indifference (*Estelle v. Gamble*, 429 U.S. 97 (1976)) |
| 0:08:13 | Frazier: "Advocacy groups." | Viewpoint discrimination (*Reed v. Town of Gilbert*, supra) |
| 0:10:21–0:10:28 | Window closed, cutting airflow. | Cruel conditions (*Farmer v. Brennan*, supra) |

| Timestamp | Incident Summary | Legal Relevance |
| --- | --- | --- |
| 0:13:12–0:13:23 | Bueno/Frazier: Audit intent, no paperwork. | Retaliation (*Irizarry v. Yehia*, 38 F.4th 1282 (10th Cir. 2022)) |
| 0:15:43 | Frazier: "Unauthorized videos." | Mischaracterization (*Fields v. City of Philadelphia*, supra) |
| 0:24:55–0:32:36 | Bueno cools himself with AC hose. | Eighth Amendment (*Wilson v. Seiter*, 501 U.S. 294 (1991)) |
| **0:33:34** | Plaintiff exits, sweating profusely, shirt soaked. | Visual proof of distress (*Youngberg v. Romeo*, supra) |
| **0:34:45** | Bueno: "Got a little sweaty back there." | Admission of conditions (*Farmer v. Brennan*, supra) |
| 0:34:51 | Plaintiff: "Trying to hot box me." | Eighth Amendment (*Hope v. Pelzer*, supra) |
| 0:35:23 | Plaintiff cites *Irizarry v. Yehia*. | Legal awareness strengthens claim |
| 0:36:02 | Plaintiff: "Nobody asked me to identify." | Negates obstruction (*Hiibel v. Sixth Judicial Dist. Ct.*, supra) |
| 0:37:01 | Bueno: "Get you all dried up…" | Acknowledgment of distress (*Estelle v. Gamble*, supra) |

*Footnote*: All timestamps are included for completeness; **bolded entries** (0:33:34, 0:34:45) are pivotal visual and verbal admissions. See *Youngberg v. Romeo*, 457 U.S. 307 (1982) (conditions of confinement must not impose undue hardship).

---

## LEGAL CLAIMS SUPPORTED

1. **First Amendment Retaliation**: Arrest for recording (*Fordyce*, *Glik*, *Turner*, *Fields*, *Irizarry*; NRS 171.1233)
2. **Fourth Amendment False Arrest**: No probable cause (*Manuel*, *Thompson*, *Hiibel*; NRS 200.460, 200.310)
3. **Eighth Amendment Cruel Conditions**: Heat exposure (*Hope*, *Farmer*, *Youngberg*, *Estelle*; NRS 200.481, 200.471)
4. **Fourteenth Amendment Due Process**: Truck towed (*Mathews*, *Lugar v. Edmondson Oil Co.*, 457 U.S. 922 (1982); NRS 205.2715, 205.220)
5. **State Torts**: False imprisonment, coercion, malicious prosecution (*Iqbal v. Ashcroft*, 556 U.S. 662 (2009); NRS 197.200, 207.190, 199.310)

---

## QUALIFIED IMMUNITY ANALYSIS

Defendants' actions violate **clearly established law in the Ninth Circuit**:

- **Recording**: *Fordyce* (1995), *Glik* (2011), *Turner* (2017), *Fields* (2017), *Irizarry* (2022)
- **False Arrest**: *Hiibel* (2004), *Manuel* (2017), *Thompson* (2022)
- **Conditions**: *Hope* (2002), *Farmer* (1994), *Estelle* (1976)

Officers' statements (e.g., *"no signs"*, *"sweaty back there"*) show **knowledge of illegality**, defeating qualified immunity (*Harlow v. Fitzgerald*, 457 U.S. 800 (1982)).

---

## AUTHENTICATION

Under **Fed. R. Evid. 901, 1002**, and **28 U.S.C. § 1746**, I, **Drew J. Ribar**, declare under penalty of perjury that this video from **Deputy Jason Bueno's body camera**, obtained via discovery (*Case No. 22 CR 01231 1C*), **accurately depicts events on August 30, 2022**, at NNCC.

---

**DATED**: March 27, 2025

**/s/ Drew J. Ribar**

Drew J. Ribar, Pro Se

3480 Pershing Ln., Washoe Valley, NV 89704

(775) 223-7899 | Const2Audit@gmail.com