**EXHIBIT D**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Drew J. Ribar,
*Plaintiff,*
v.
State of Nevada ex rel. Nevada Department of Corrections, Carson City, et al.,
*Defendants.*

Case No. 3:24-cv-00103-ART-CLB

---

**EXHIBIT D – Prisoner Compartment Camera Footage**

Filed in Support of Amended Complaint and Summary Judgment Motion (Fed. R. Civ. P. 56)

Plaintiff **Drew J. Ribar**, *pro se*, submits Exhibit D, prisoner compartment camera footage from Deputy Jason Bueno's patrol vehicle on **August 30, 2022**, obtained via discovery in **Case No. 22 CR 01231 1C** (dismissed). Filed on USB per **LR IC 2-2** with a Notice of Manual Filing, this exhibit supports Plaintiff's claims and Rule 56 motion.

---

**Key Evidence and Legal Violations**

PLEADING TITLE - 1

| Timestamp | Incident | Legal Relevance | Cross-Reference |
|---|---|---|---|
| 0:05:26–0:05:30 | Plaintiff enters vehicle; shirt, face, neck dry. | Establishes baseline for heat distress under *Kingsley v. Hendrickson*, 576 U.S. 389 (2015). | |
| 0:05:43–0:05:51 | Plaintiff requests cameras on; Deputy Palamar refuses; Plaintiff cites *Fordyce*, *Irizarry*. | Violates First Amendment recording rights per *Fordyce v. Seattle*, 55 F.3d 436 (9th Cir. 1995); *Glik v. Cunniffe*, 655 F.3d 78 (1st Cir. 2011). | |
| 0:07:52–0:08:00 | Five unanswered sergeant requests. | Denies procedural due process under *Mathews v. Eldridge*, 424 U.S. 319 (1976). | |
| 0:08:40–0:08:45 | "Right in front of visitor center you can't take pictures?" | Supports First Amendment public forum rights per *Fordyce*. | |
| 0:09:14–0:09:20 | Sweat spot forms on chest. | Initiates Eighth Amendment distress per *Hope v. Pelzer*, 536 U.S. 730 (2002); *Estelle v. Gamble*, 429 U.S. 97 (1976). | |
| 0:10:28–0:10:33 | Window rolled up, door slams. | Constitutes inhumane confinement under *Hope*; *Youngberg v. Romeo*, 457 U.S. 307 (1982); **NRS 200.481** (battery). | Exhibit C |

PLEADING TITLE - 2

| Timestamp | Incident | Legal Relevance | Cross-Reference |
|---|---|---|---|
| 0:10:40–0:10:45 | "They're trying to hot box me"; sweat spot grows. | Demonstrates deliberate indifference under *Kingsley*; *Wilson v. Seiter*, 501 U.S. 294 (1991); **NRS 197.200** (oppression). | |
| 0:19:44–0:19:55 | No arrest notice; no seatbelt as transport begins. | Violates Fourth Amendment (*Devenpeck v. Alford*, 543 U.S. 146 (2004)); Eighth Amendment reckless disregard (*Hope*). | |
| 0:20:56–0:21:05 | Late Miranda; no obstruction answer. | Breaches Fifth Amendment (*Miranda v. Arizona*, 384 U.S. 436 (1966)); Fourth Amendment (*Thompson v. Clark*, 142 S. Ct. 1332 (2022)); **NRS 200.460**. | |
| 0:21:35–0:21:40 | Neck wet, shirt soaked. | Confirms severe heat distress under *Hope*; *Estelle*; **NRS 200.481** (battery). | |
| 0:33:23–0:33:30 | Exits unseatbelted after transport at highway speeds. | Demonstrates reckless endangerment under *Kingsley*; **NRS 207.190** (coercion). | |

## Summary Judgment Purpose

PLEADING TITLE - 3

These **undisputed facts**—hotboxing admission (0:10:40), visible sweating progression (0:09:14–0:21:35), window closure (0:10:28), and no seatbelt risking injury at highway speeds (0:19:55–0:33:23)—violate **clearly established law** (*Fordyce*, *Hope*, *Devenpeck*), defeating **qualified immunity** (*Harlow v. Fitzgerald*, 457 U.S. 800 (1982)). Defendants' potential "necessity" defense fails against *Kingsley*'s **objective unreasonableness** standard.

**State Law Claims**

This conduct also violates **Nevada law**, including **false imprisonment** (NRS 200.460), **battery** (NRS 200.481), **coercion** (NRS 207.190), and **oppression under color of law** (NRS 197.200), actionable under **28 U.S.C. § 1367**.

**Authentication**

Per **Fed. R. Evid. 901**, I, **Drew J. Ribar**, declare under **penalty of perjury** that this footage accurately depicts my confinement on **August 30, 2022**.

**Dated:** March 27, 2025

/s/ **Drew J. Ribar**

Drew J. Ribar

3480 Pershing Ln, Washoe Valley, NV 89704

PLEADING TITLE - 4

1. Tel: (775) 223-7899
2. Email: Const2Audit@gmail.com

PLEADING TITLE - 5