# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**Drew J. Ribar,**
Plaintiff,
v.
**State of Nevada ex rel. Nevada Department of Corrections, Carson City, et al.,**
Defendants.

**Case No. 3:24-cv-00103-ART-CLB**

---

## EXHIBIT F – Arrest Report, Incident Report, and Impound Record

**Filed in Support of Amended Complaint and Summary Judgment Motion (Fed. R. Civ. P. 56)**

Plaintiff Drew J. Ribar, pro se, submits Exhibit F, comprising the Declaration of Probable Cause, Incident Report (CCSO Case No. 22-5359), and Cal-Neva Transport & Tow Inc. Invoice/Impound Record, obtained via discovery in criminal Case No. 22 CR 01231 1C (dismissed). This exhibit spans **Bates numbers EX001–EX015**. Exhibit F stands alone as evidence of Defendants' actions on August 30, 2022, while cross-referencing Exhibits C, D, and E to support Plaintiff's claims and Rule 56 motion.

---

## Key Evidence and Legal Violations

PLEADING TITLE - 1

| Section | Incident | Legal Relevance | Cross-Reference |
|---|---|---|---|
| **Declaration of Probable Cause (EX001– EX002)** | Deputy Bueno alleges Plaintiff trespassed (NRS 207.200), obstructed (NRS 197.190), and disturbed peace (NRS 203.010) by **"filming restricted areas,"** refusing orders, and causing a lockdown. | Violates First Amendment recording rights (*Fordyce v. Seattle*, 55 F.3d 436 (9th Cir. 1995); *Nieves v. Bartlett*, 139 S. Ct. 1715 (2019)); Fourth Amendment unlawful arrest (*Devenpeck v. Alford*, 543 U.S. 146 (2004)); NRS 207.200 requires notice, which is absent; NRS 203.010 (loud/tumultuous conduct) is unsupported by demeanor; delayed Miranda warning violates Fifth Amendment (*Miranda v. Arizona*, 384 U.S. 436 (1966)). | Exhibit C: 01:01:40.583 (public road); 01:05:13.333 (no signs); Exhibit D: 0:20:56 (late Miranda, no obstruction explanation) |
| **Incident Report (EX003– EX013)** | Charges based on filming; lacks evidence of posted signs or warnings. Refers to **"refusal to stop filming."** | Supports First Amendment retaliation (*Glik v. Cunniffe*, 655 F.3d 78 (1st Cir. 2011); *Irizarry v. Yehia*, 38 F.4th 1282 (10th Cir. 2022)); malicious prosecution (*Thompson v. Clark*, 142 S. Ct. 1332 (2022)); obstruction under NRS 197.190 lacks legal order; | Exhibit C: 01:05:13.333; Exhibit D: 0:05:13.333; Exhibit E: 0:01:20 |

| Section | Incident | Legal Relevance | Cross-Reference |
|---------|----------|-----------------|-----------------|
| Tow Invoice & Impound Record (EX014–EX015) | Plaintiff's truck was towed without consent, notice, inventory, or warrant. | supports municipal liability under *Monell* for pattern of retaliation. Violates Fourth Amendment seizure (*Soldal v. Cook County*, 506 U.S. 56 (1992)); violates Fourteenth Amendment due process (*Mathews v. Eldridge*, 424 U.S. 319 (1976); *Parratt v. Taylor*, 451 U.S. 527 (1981)); NRS 205.2715 (unlawful taking); evidences retaliation and tortious interference (*Board of Cty. Comm'rs v. Umbehr*, 518 U.S. 668 (1996)). | Exhibit D: 0:06:32.625; Exhibit E: 0:01:04–0:01:20 |

## Legal Claims Supported

- **First Amendment (42 U.S.C. § 1983):** Retaliation for lawful recording (Fordyce, Glik, Irizarry, Nieves, Umbehr), contradicted by lack of signage or lawful orders (Exhibits C & D).

- **Fourth Amendment (42 U.S.C. § 1983):** Arrest and vehicle seizure without probable cause, warrant, or exigency (Devenpeck, Soldal, Thompson).

- **Fifth Amendment (42 U.S.C. § 1983):** Delayed Miranda warning (Exhibit D, 0:20:56).

- **Fourteenth Amendment (42 U.S.C. § 1983):** Procedural due process violations (Mathews, Parratt); economic harm from retaliatory tow and implied blacklisting (Meyer v. Nebraska, 262 U.S. 390 (1923); County of Sacramento v. Lewis, 523 U.S. 833 (1998)).

- **Municipal Liability:** Sheriff's Office exhibited a custom or policy of retaliatory enforcement (*Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978)), as shown in Exhibits C, D, and E.

- **State Law Claims:** False imprisonment (NRS 200.460), unlawful taking (NRS 205.2715), oppression under color of law (NRS 197.200), defamation, and interference with business expectancy (28 U.S.C. § 1367).

## Summary Judgment Purpose (Fed. R. Civ. P. 56)

Exhibit F contains Defendant's own sworn statements and administrative records, which are flatly contradicted by video evidence in Exhibits C, D, and E. The absence of "No Trespassing" signs (Exhibit C), no lawful order (Exhibit D), and retaliatory language surrounding the tow (Exhibit E) create **undisputed facts** showing constitutional violations. These entitle Plaintiff to judgment as a matter of law.

## Qualified Immunity Defeat

Defendants' actions violated clearly established rights per *Pearson v. Callahan*, 555 U.S. 223 (2009):

PLEADING TITLE - 4

- **Violations:** First Amendment retaliation (*Fordyce, Glik, Irizarry, Nieves, Umbehr*); Fourth Amendment arrest and seizure (*Devenpeck, Soldal, Thompson*); procedural due process (*Mathews, Parratt*); Miranda (*Miranda*).
- **Clearly Established:** Rights were long established before 2022.
- **Unreasonable Conduct:** Arrest and tow lacked lawful basis and were carried out with retaliatory motive—objectively unreasonable under *Kingsley v. Hendrickson*, 576 U.S. 389 (2015); *Harlow v. Fitzgerald*, 457 U.S. 800 (1982).

## Supporting Evidence

Plaintiff's submission of an affidavit confirming truck ownership, non-consent to the tow, and economic harm to Plaintiff's business, A&A Towing, Inc.

## Authentication

Per Fed. R. Evid. 901, I, Drew J. Ribar, declare under penalty of perjury this arrest report, incident report, and impound record (**Bates EX001–EX015**) were obtained via discovery in Case No. 22 CR 01231 1C and accurately reflect Defendants' actions on August 30, 2022.

Dated: March 27, 2025

**/s/ Drew J. Ribar**

Drew J. Ribar

PLEADING TITLE - 5

3480 Pershing Ln, Washoe Valley, NV 89704

Tel: (775) 223-7899

Email: Const2Audit@gmail.com

PLEADING TITLE - 6

| CARSON CITY SHERIFF'S DEPARTMENT | CASE # | **2022-5359** | DA # | Scanned to DA Group<br>BY: |
|---|---|---|---|---|

**ARREST REPORT**    REFER TO    Court #    DATE/TIME

PHOTO RELEASE [✓] Yes [ ] No    AGENCY [✓] CCSO [ ] PRP [ ]OTHER: [ ] NHP [ ] DAS

IF NO    PFO    PHONE #

AKA(s)    AUG 3 1 2022

DEFENDANT (Name)

ARRESTEE NO. **A-1** Ribar, Drew Joseph

RESIDENCE ADDRESS    HOME PHONE

**3480 Pershing Ln. Washoe Valley, NV 89704**    CELL PHONE

| RACE | | SEX | ETHNICITY | DOB 05/09/1968 | HT 6'02" | WT 240 | SSN |
|---|---|---|---|---|---|---|---|
| [✓] White [A] Asian | [M] [✓] Male [H] | Hispanic | AGE 53 | HAIR BRO | EYES GRN | PCB | |
| [B] Black [U] Unk | [F] Female [N] [✓] | Non-Hispanic | | | | | |
| [I] Indian | | [U] | Unknown | | | | |

OCCUPATION [ ] UNEMPLOYED    DRIVER'S LICENSE NUMBER    DRIVER'S LIC. STATE [✓]NV [ ]CA   DRIVER'S LIC. CLASS [✓]C [ ]M   EMERGENCY MESSAGE PHONE

OTHER    CORP. CLASS    OTHER

| ARRESTEE'S VEHICLE [✓] Impounded | [✓] TOW YARD | | CORP. YARD | [ ] EVIDENCE GARAGE | HOLD ON VEH? |
|---|---|---|---|---|---|
| [✓] Not Applicable [ ] Left at Scene | LOCATION OF VEHICLE:IF AUTHORIZED BY R/O RELEASED TO: NAME, D.O.B & PHONE # | | | | [ ]Yes |
| [ ] Seized [ ] Ret'd to other | | **Cal-Neva** | | | [✓]No |

| VEHICLE MAKE GMC | VEHICLE YEAR 2014 | LICENSE PLATE STATE [✓]NV [ ]CA | LICENSE PLATE NUMBER WCE593 | REG. EXPIRES MO/YR |
|---|---|---|---|---|
| REGISTERED OWNER OF VEHICLE **A1** | VIN NUMBER IF AVAILABLE | OTHER | COLOR OF VEHICLE **BLK** | |

DOMESTIC? [ ]YES [✓]NO    OFFENSE

| DATE **8/30/22** | TIME **1352** | LOCATION: **1721 SNYDER AVE Carson City, NV** |

VICTIM NOTIFY? [ ]YES [✓]NO    NAME    Home phone    Cell phone

ADDRESS    Work phone    Msg. phone

ARREST    [✓] ARREST LOCATION SAME AS ABOVE

DATE **8/30/22** TIME **1415** LOCATION

The undersigned hereby declares, under penalty of perjury that on or about the date above stated, in the
City-County of Carson City, State of Nevada, the defendant above named, did willfully, commit the following offense(s), to wit

| OFFENSE | NIBRS LITERAL | F G M | NRS/CCMC<br>NOC CODE | BAIL<br>ADMIN. ASSMNT. | COURT<br>WARRANT NUMBER & DATE |
|---|---|---|---|---|---|
| I   Tresspassing | TRSPS | M | 207.200 B | $150 | |
| | | | 53166 A | $92 | |
| II   Obstructing Public Officer | DIS | M | 197.190 B | $500 | |
| | | | 52312 A | $137 | |
| III   DISTURB PEACE PUBLIC GROUNDS | DIS | M | 203.119 B | $500 | |
| | | | 53133 A | $137 | |
| IV | | | B | | |
| | | | A | | |
| V | | | B | | |
| | | | A | | |
| VI | | | B | | |
| | | | A | | |
| VII | | | B | | |
| | | | A | | |
| VIII | | | B | | |
| | | | A | | |

Private Person Making the Arrest      Dep. Bueno   5443<br>Peace Officer    ID Number

Receiving Officer   CARTER     6433    8/30/22    1507 hrs<br>ID Number    Date    Time

8-20

FY001

**Case Number:** <u>2022-5359</u>

| DECLARATION OF PROBABLE CAUSE | |
|---|---|
| DEFENDANT=S<br>NAME<br>ARRESTEE NO. A-1  Ribar, Drew Joseph | DEFENDANT=S<br>NAME<br>ARRESTEE NO. A-3 |
| DEFENDANT=S<br>NAME<br>ARRESTEE NO. A-2 | DEFENDANT=S<br>NAME<br>ARRESTEE NO. A-4 |

The undersigned declarant, a Peace Officer of the City-County of Carson City, hear by declares under penalty of perjury, that the above-named defendant (or defendants) has been arrested on probable cause and is subject to detention for the offense(s) stated on the attached criminal complaint. Either personally or upon information and belief this officer learned the following facts and circumstances which support the arrest and detention:

On 8/30/2022 at 1353 hours, I responded to 1721 Snyder Ave, Northern Nevada Correctional Center (NNCC) in reference to a suspicious subject on prison property. Prison Officials advised Dispatch, a male subject was parked on prison property, refusing to leave. We routinely respond to prisons in Carson City for suspicious activity, especially vehicles, due to concerns of potential involvement in escape.

Upon arrival, I made contact with Sgt. Smith from Nevada Department of Corrections, he described responding to meet with a male subject, later identified as Drew Ribar, who parked on the prison entrance road and began filming restricted areas. Sgt. Smith advised Drew the area was restricted State property and he was not authorized to remain on the property or continue his activities. Sgt. Smith instructed Drew on how to obtain authorization to film on the prison grounds, but the subject refused and began walking toward the main prison gates, while filming the area, including fence lines and security measures as well as private vehicles of staff in the parking lot.

Due to the security risk posed to the property, staff and inmates, as Drew was uncooperative and ignoring lawful orders to leave and without knowing his further intentions, Sgt. Smith initiated a lock down of the entire facility and surrounding areas. This includes moving hundreds of inmates and staff to secure locations and verifying everyone is accounted for and the facility is secure.

As the Drew approached the main gates and fence line, Lt. Aaron Ryer contacted him and told him multiple times to leave the property. Drew refused all orders to leave and continued filming the sensitive security areas.

Warden Frazier Fernandeis, was alerted to the situation and contacted Drew in front of the administrative building. Warden Fernandeis asked Drew to identify himself, but Drew refused. Warden Fernandeis then repeated orders to leave the property immediately and to cease filming security measures on the property. Drew refused and continued disrupting all operations in the facility and on the property.

WHEREFORE, Declarant requests that a finding be made by a magistrate that probable cause exists to hold the said person for preliminary hearing (if offense charged is a felony or gross misdemeanor) or for trial (if charge is a misdemeanor).

DECLARANT: <u>Dep. Bueno</u>     ID NO: <u>5443</u>

| PRIVATE PERSON<br>MAKING ARREST<br>(CITIZEN ARREST): | PRIVATE<br>PERSON=S<br>ADDRESS: | |
|---|---|---|
| ARRESTING OFFICER: ***Dep. J. Bueno #5443*** | DAYS OFF<br>***SAT/SUN/MON***<br>**DAY SHIFT** | REVIEWING<br>SUPERVISOR<br>AND ID NO. |

REVIEWED FOR PROBABLE CAUSE (PC)
PC FOUND Q    PC NOT FOUND Q    DATE_____ TIME_____ _____ , MAGISTRATE

ORDER TO RELEASE DEFENDANT
FROM CUSTODY       DATE_____ TIME_____ _____ , MAGISTRATE

S-20A  Rev. 12/95

*EX002*

**Case Number:** <u>2022-5359</u>

| DECLARATION OF PROBABLE CAUSE | |
|---|---|
| DEFENDANT=S<br>NAME<br>ARRESTEE NO. A-1  Ribar, Drew Joseph | DEFENDANT=S<br>NAME<br>ARRESTEE NO. A-3 |
| DEFENDANT=S<br>NAME<br>ARRESTEE NO. A-2 | DEFENDANT=S<br>NAME<br>ARRESTEE NO. A-4 |

The undersigned declarant, a Peace Officer of the City-County of Carson City, hear by declares under penalty of perjury, that the above-named defendant (or defendants) has been arrested on probable cause and is subject to detention for the offense(s) stated on the attached criminal complaint. Either personally or upon information and belief this officer learned the following facts and circumstances which support the arrest and detention:

I spoke with Warden Fernandeis, who confirmed Drew was asked to identify himself, but he refused. Confirmed Drew was asked to leave multiple times, but he refused, causing severe disruption of all operations on the property. Confirmed he was filming security measures and fence lines around the facility, posing a safety and security risk. Confirmed Drew was advised the proper way to access the property officially to conduct his business, but he refused.

Warden Fernandeis requested Drew be taken into custody. I placed Drew in handcuffs, ensured proper fit and secured him in my patrol vehicle. Drew wanted to debate and argue his position and rights. He was Mirandized, though he declined to answer questions, opting to continue with his own. I declined to debate the situation with him further and transported him to the jail where he was booked for Trespassing, Obstructing and Public Officer and Disturbing the Peace of Public Grounds.

NFI

WHEREFORE, Declarant requests that a finding be made by a magistrate that probable cause exists to hold the said person for preliminary hearing (if offense charged is a felony or gross misdemeanor) or for trial (if charge is a misdemeanor).

DECLARANT: <u>Dep. Bueno</u>                ID NO: <u>5443</u>

| PRIVATE PERSON<br>MAKING ARREST<br>(CITIZEN ARREST): | PRIVATE<br>PERSON=S<br>ADDRESS: | | |
|---|---|---|---|
| ARRESTING OFFICER: *Dep. J. Bueno #5443* | DAYS OFF<br>***SAT/SUN/MON***<br>**DAY SHIFT** | | REVIEWING<br>SUPERVISOR<br>AND ID NO. |

REVIEWED FOR PROBABLE CAUSE (PC)
PC FOUND ○    PC NOT FOUND ○    DATE_____ TIME _____ _____ , MAGISTRATE

ORDER TO RELEASE DEFENDANT
FROM CUSTODY                DATE_____ TIME_____ _____ , MAGISTRATE

S-20A  Rev. 12/95

EX003

# Incident Report
# CARSON CITY SHERIFF'S OFFICE



**22-5359**

Supplement No
**ORIG**

Address
**911 EAST MUSSER STREET**
City, State, Zip Code
**CARSON CITY, NV 89701**

Phone Number
**775-887-2500**
Fax Number
**775-887-2016**

Reported Date
**08/30/2022**
Rpt/Incident Typ
**TRSP**
Member#
**BUENO,JASON**

## Administrative Information

| Agency | | | Case No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|---|
| CARSON CITY SHERIFF'S OFFICE | | | 22-5359 | ORIG | 08/30/2022 | 13:53 |

| CAD Call No | Status | Rpt/Incident Typ | | | | |
|---|---|---|---|---|---|---|
| 222420188 | Report | Trespassing | | | | |

| Location | | | | | | City |
|---|---|---|---|---|---|---|
| 1721 SNYDER AV | | | | | | Carson City |

| ZIP Code | Rep Dist | Area | Beat | From Date | From Time | To Date | To Time | Primary Unit |
|---|---|---|---|---|---|---|---|---|
| 89701 | 100515 | 5 | 05 | 08/30/2022 | 13:53 | 08/30/2022 | 14:49 | 5443 |

| Member# | | | Assignment | Entered By | Assignment | RMS Transfer |
|---|---|---|---|---|---|---|
| JB5554/BUENO,JASON | | | Patrol | JB5554 | Patrol | Successful |

| Prop Trans Stat | Property? | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|---|
| Successful | None | BM1634 | 08/30/2022 | 17:07:40 |

| Body Worn Camera Footage | Probable Cause | Statements | Vehicle IMP/Inventory Record |
|---|---|---|---|
| Yes | Yes | Yes | Yes |

| # Offenses Offense | | | Description | Complaint Type |
|---|---|---|---|---|
| 1    53166 NRS 207.200    M | | | TRESPASS, NOT AMOUNT | |

| NIBRS | | | | | | | Seq# | IBRS |
|---|---|---|---|---|---|---|---|---|
| 1 90JCC    88    11 53166 N 1 90J | | | | | | | | |

| Attempted/Completed Used Bias Location Type # Premises Method of Entry Criminal Activity Weapon/Force | | | | C | C 88  11 |
|---|---|---|---|---|---|

| Cargo Theft? | NOC | D.V.? | # Child | Med Atn? | Prot Order? | DV Card? |
|---|---|---|---|---|---|---|
| | 53166 | N | | | | |

| # Offenses | Offense | | Description | Complaint Type |
|---|---|---|---|---|
| 2 | 52312 NRS 197.190 M FALSE STATEMENT OBST | | | |

| NIBRS Seq# IBRS | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 90ZCC    88    11 | | | | 52312 N | | 2 | 90Z |

| Attempted/Completed | Used | Bias | Location Type | # Premises | Method of Entry | Criminal Activity | Weapon/Force |
|---|---|---|---|---|---|---|---|
| C | C | 88 | 11 | | | | |

| Cargo Theft? | NOC | D.V.? | # Child | Med Atn? | Prot Order? | DV Card? |
|---|---|---|---|---|---|---|
| | 52312 | N | | | | |

| # Offenses | Offense | | Description | Complaint Type |
|---|---|---|---|---|
| 3 | 53133 NRS 203.119    M | | DISTURB PEACE IN PUB | |

| NIBRS | | | | | | Seq# | IBRS |
|---|---|---|---|---|---|---|---|
| 3 90CCC    88    11 | | | | 53133 N | | 3 | 90C |

| Attempted/Completed | Used | Bias | Location Type | # Premises | Method of Entry | Criminal Activity | Weapon/Force |
|---|---|---|---|---|---|---|---|
| C | C | 88 | 11 | | | | |

| Cargo Theft? | NOC | D.V.? | # Child | Med Atn? | Prot Order? | DV Card? |
|---|---|---|---|---|---|---|
| | 53133 | N | | | | |

## Person Summary

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| ARR | 1 | I | RIBAR,DREW J | 282907 |
| Race | Sex | DOB | | |
| W | M | 05/09/1968 | | |

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| VIC | 1 | G | STATE OF NEVADA | 298025 |
| Race | Sex | DOB | | |

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| WIT | 1 | I | FERNANDEIS,FRAZIER | 324297 |
| Race | Sex | DOB | | |
| B | M | 03/05/1964 | | |

| Report Officer | Printed At 09/20/2022 |
|---|---|
| JB5554/BUENO,JASON | 13:43 |

| Page 1 of 5 |
|---|



# Incident Report CARSON CITY SHERIFF'S OFFICE

**22-5359**

Supplement No
**ORIG**

## Person Summary

| Invl | Invl No | Type | Name | | | | | | | MNI |
|------|---------|------|------|--|--|--|--|--|--|-----|
| WIT | 2 | I | RYER, AARON | | | | | | | 324298 |
| Race | Sex | DOB | | | | | | | | |
| W | M | 01/26/1977 | | | | | | | | |

| Invl | Invl No | Type | Name | | | | | | | MNI |
|------|---------|------|------|--|--|--|--|--|--|-----|
| WIT | 3 | I | SMITH, ROBERT | | | | | | | 155766 |
| Race | Sex | DOB | | | | | | | | |
| W | M | 08/31/1985 | | | | | | | | |

## Vehicle Summary

| Invl Type | License No | State | Lic Year | Year | Make | Model | Style | Color |
|-----------|-----------|-------|----------|------|------|-------|-------|-------|
| IMP | 2 WCE593 | NV | 2023 | 2022 | GMC | DEN | PK | BLK |

| Report Officer | Printed At |
|----------------|-----------|
| JB5554/BUENO, JASON | 09/20/2022 13:43 |

Page 2 of 5

*EX005*

# Incident Report CARSON CITY SHERIFF'S OFFICE

**22-5359**

Supplement No
**ORIG**

## Arrestee 1: RIBAR,DREW J

| Involvement | Invl No | Type | | | | |
|---|---|---|---|---|---|---|
| **Arrestee** | **1** | **Individual** | | | | |

| Name | | | | MNI | Race | Sex |
|---|---|---|---|---|---|---|
| **RIBAR,DREW J** | | | | **282907** | **White** | **Male** |

| DOB | Age | Ethnicity | Juvenile? | Height | Weight | Hair Color | Eye Color | OFN_INVL |
|---|---|---|---|---|---|---|---|---|
| **05/09/1968** | **54** | **Not of Hispanic origin** | **No** | **6'02"** | **145#** | **Brown** | **Green** | **1** |

| PRN | NIBRS | | | |
|---|---|---|---|---|
| **491532** | **53** | **R** | | **N** |

| Vic/Ofnd Age | Residence | Domestic Violence? |
|---|---|---|
| **53** | **Resident** | **No** |

| Type | Address |
|---|---|
| **Home** | **3480 PERSHING LN** |

| City | State | ZIP Code | Date |
|---|---|---|---|
| **WASHOE VALLEY** | **Nevada** | **89704** | **08/30/2022** |

| Type | ID No | OLS |
|---|---|---|
| **Operator License** | | **Nevada** |

| Type | ID No |
|---|---|
| **Social Security Number** | |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Booking No | Book Date |
|---|---|---|---|---|---|
| **Arrested** | **Arrested - On View** | **08/30/2022** | **14:15:00** | **2202416** | **08/30/2022** |

| Book Time | Status | Dispo |
|---|---|---|
| **15:09:00** | **Booked** | **Misdemeanor-ADULT ONLY** |

| Arrest Location | City |
|---|---|
| **1721 SNYDER AV** | **Carson City** |

| Rep Dist | Beat | NIBRS |
|---|---|---|
| **100515** | **05** | **N01** |

| Multi-Arrests | Armed With |
|---|---|
| **Not applicable** | **Unarmed** |

| NOC | | | Counts | Level | Charge Literal | |
|---|---|---|---|---|---|---|
| **52312 NRS 197.190** | | **M** | **1** | **M** | **FALSE STATEMENT OBST** | |
| NIBRS | | | | | Arrest Offense | Arrest NOC |
| **90Z52312** | | | | | **90Z** | **52312** |
| NOC | | | Counts | Level | Charge Literal | |
| **53133 NRS 203.119** | | **M** | **1** | **M** | **DISTURB PEACE IN PUB** | |
| NIBRS | | | | | Arrest Offense | Arrest NOC |
| **90C53133** | | | | | **90C** | **53133** |
| NOC | | | Counts | Level | Charge Literal | |
| **53166 NRS 207.200** | | **M** | **1** | **M** | **TRESPASS, NOT AMOUNT** | |
| NIBRS | | | | | Arrest Offense | Arrest NOC |
| **90J53166** | | | | | **90J** | **53166** |

## Victim (Person) 1: STATE OF NEVADA

| Involvement | Invl No | Type |
|---|---|---|
| **Victim (Person)** | **1** | **Government** |

| Name | | MNI | PRN |
|---|---|---|---|
| **STATE OF NEVADA** | | **298025** | **491533** |

| Type | ID No | OLS |
|---|---|---|
| **Operator License** | | **Nevada** |

| Type | ID No |
|---|---|
| **Social Security Number** | |

| Type | ID No |
|---|---|
| **Social Security Number** | |

### IBRS Info

| Victim Invl No | NIBRS |
|---|---|
| **1** | **90J/90Z** |

| Related Offenses |
|---|
| **90J/90Z** |

| Report Officer | Printed At **09/20/2022** |
|---|---|
| **JB5554/BUENO,JASON** | **13:43** |

**Page 3 of 5**



EX006

# Incident Report CARSON CITY SHERIFF'S OFFICE

**22-5359**

Supplement No
**ORIG**

## Witness 1: FERNANDEIS,FRAZIER

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| Witness | 1 | Individual | FERNANDEIS,FRAZIER |

| MNI | Race | Sex | DOB | Age | Ethnicity | Juvenile? | Height | Weight |
|---|---|---|---|---|---|---|---|---|
| 324297 | Black | Male | 03/05/1964 | 58 | Not of Hispanic origin | No | 6'02" | 180# |

| Hair Color | Eye Color | PRN |
|---|---|---|
| Bald | Brown | 491534 |

| NIBRS | | Residence |
|---|---|---|
| R | | Resident |

| Type | Address |
|---|---|
| Work | 1721 SNYDER AV |

| City | State | ZIP Code | Date |
|---|---|---|---|
| Carson City | Nevada | 89701 | 08/30/2022 |

| Phone Type | Phone No | Date |
|---|---|---|
| Work | | 08/30/2022 |

## Witness 2: RYER,AARON

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| Witness | 2 | Individual | RYER,AARON |

| MNI | Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|---|---|---|
| 324298 | White | Male | 01/26/1977 | 45 | No | 6'00" | 130# | Bald | Brown | 491535 |

| Type | Address |
|---|---|
| Work | 1721 SNYDER AV |

| City | State | ZIP Code | Date |
|---|---|---|---|
| Carson City | Nevada | 89701 | 08/30/2022 |

| Phone Type | Phone No | Date |
|---|---|---|
| Work | | 08/30/2022 |

## Witness 3: SMITH,ROBERT

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| Witness | 3 | Individual | SMITH,ROBERT |

| MNI | Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|---|---|---|
| 155766 | White | Male | 08/31/1985 | 36 | No | 6'02" | 235# | Brown | Green | 491536 |

| Type | Address |
|---|---|
| Work | 1721 SNYDER AV |

| City | State | ZIP Code | Date |
|---|---|---|---|
| Carson City | Nevada | 89701 | 08/30/2022 |

| Type | ID No |
|---|---|
| Social Security Number | |

| Phone Type | Phone No | Date |
|---|---|---|
| Work | | 08/30/2022 |

## Vehicle: WCE593

| Involvement | Type | License No | State | Lic Year | Lic Type | Year | Make |
|---|---|---|---|---|---|---|---|
| Impounded | Truck/Van | WCE593 | Nevada | 2023 | Truck | 2022 | General Motors Corp. |

| Model | Style | Color | VIN | Storage |
|---|---|---|---|---|
| Denali | Pickup | Black | 1GT426C87EF109625 | Cal Neva Tow |

| Tow By | Condition | Auth By |
|---|---|---|
| Cal Neva Tow Storage Yard | Not damaged | PALAMAR,SEAN |

| Tow From |
|---|
| 1721 SNYDER AVE |

| Tow To |
|---|
| TOW YARD |

| Person Notified |
|---|
| DREW RIBAR |

## Modus Operandi

| Crime Code(s) | A11 |
|---|---|
| others | |

## Narrative

On 8/30/2022 at 1353 hours, I responded to 1721 Snyder Ave, Northern Nevada Correctional Center (NNCC) in reference to a suspicious subject on prison property. Prison Officials advised Dispatch, a male subject was parked on prison property, refusing to leave. We routinely respond to prisons in Carson City for suspicious activity, especially vehicles, due to concerns of potential involvement in escape.

| Report Officer | Printed At |
|---|---|
| JB5554/BUENO,JASON | 09/20/2022 13:43 |

**Page 4 of 5**


EX007

# Incident Report CARSON CITY SHERIFF'S OFFICE

**22-5359**

Supplement No
**ORIG**

## Narrative

Upon arrival, I made contact with Sgt. Smith from Nevada Department of Corrections, he described responding to meet with a male subject, later identified as Drew Ribar, who parked on the prison entrance road and began filming restricted areas. Sgt. Smith advised Drew the area was restricted State property and he was not authorized to remain on the property or continue his activities. Sgt. Smith instructed Drew on how to obtain authorization to film on the prison grounds, but the subject refused and began walking toward the main prison gates, while filming the area, including fence lines and security measures as well as private vehicles of staff in the parking lot.

Due to the security risk posed to the property, staff and inmates, as Drew was uncooperative and ignoring lawful orders to leave and without knowing his further intentions, Sgt. Smith initiated a lock down of the entire facility and surrounding areas. This includes moving hundreds of inmates and staff to secure locations and verifying everyone is accounted for and the facility is secure.

As the Drew approached the main gates and fence line, Lt. Aaron Ryer contacted him and told him multiple times to leave the property. Drew refused all orders to leave and continued filming the sensitive security areas.

Warden Frazier Fernandeis, was alerted to the situation and contacted Drew in front of the administrative building. Warden Fernandeis asked Drew to identify himself, but Drew refused. Warden Fernandeis then repeated orders to leave the property immediately and to cease filming security measures on the property. Drew refused and continued disrupting all operations in the facility and on the property.

I spoke with Warden Fernandeis, who confirmed Drew was asked to identify himself, but he refused. Confirmed Drew was asked to leave multiple times, but he refused, causing severe disruption of all operations on the property. Confirmed he was filming security measures and fence lines around the facility, posing a safety and security risk. Confirmed Drew was advised the proper way to access the property officially to conduct his business, but he refused.

Warden Fernandeis requested Drew be taken into custody. I placed Drew in handcuffs, ensured proper fit and secured him in my patrol vehicle. Drew wanted to debate and argue his position and rights. He was Mirandized, though he declined to answer questions, opting to continue with his own. I declined to debate the situation with him further and transported him to the jail where he was booked for Trespassing, Obstructing and Public Officer and Disturbing the Peace of Public Grounds.

Dep. Palamar assisted in obtaining statements from involved parties and towing Drew's vehicle from the property.

NFI

EX008

# Incident Report CARSON CITY
# SHERIFF'S OFFICE

Address

**22-5359**

Supplement No
**0001**

911 EAST MUSSER STREET
City, State, Zip Code
CARSON CITY, NV 89701

Phone Number
775-887-2500
Fax Number
775-887-2016

Reported Date
**08/30/2022**
Rpt/Incident Typ
**O&R**
Member#
**PALAMAR,SEAN**

## Administrative Information

| Agency | | | Case No | Supplement No | Reported Date | | Reported Time |
|---|---|---|---|---|---|---|---|
| CARSON CITY SHERIFF'S OFFICE | | | 22-5359 | 0001 | 08/30/2022 | | 16:08 |

| CAD Call No | Status | Rpt/Incident Typ | | | | | |
|---|---|---|---|---|---|---|---|
| 222420188 | Report | Obstructing & Resisting | | | | | |

| Location | | | | | | | City |
|---|---|---|---|---|---|---|---|
| 1721 SNYDER AV | | | | | | | Carson City |

| ZIP Code | Rep Dist | Area | Beat | From Date | From Time | To Date | To Time | Primary Unit |
|---|---|---|---|---|---|---|---|---|
| 89701 | 100515 | 5 | 05 | 08/30/2022 | 13:53 | 08/30/2022 | 14:49 | 5443 |

| Member# | | | | | Assignment | Entered By | Assignment | RMS Transfer |
|---|---|---|---|---|---|---|---|---|
| SP1477/PALAMAR,SEAN | | | | | Patrol | SP1477 | Patrol | Successful |

| Prop Trans Stat | Approving Officer | | Approval Date | | Approval Time | | |
|---|---|---|---|---|---|---|---|
| Successful | DG8179 | | 09/01/2022 | | 15:34:07 | | |

## Summary Narrative

Supplemental Report

## Narrative

On 08-30-2022, at about 1359 hours, I was dispatched to 1721 Snyder Av (NNCC) for a subject who as trespassing.

I arrived with Deputy Bueno and we spoke with a Department of Corrections Sergeant who said a male subject, Drew Ribar, parked on the side of the road at the entrance to the prison and refused to leave after being instructed to do so by prison staff. The sergeant said they had to put the prison and the work camp into lockdown due to the security risk. He said Drew walked down to the parking lot and was walking around filming.

Deputy Bueno and I responded to the parking lot and found the Warden speaking with Drew. The Warden said he had asked Drew to leave the property but he had refused. Deputy Bueno approached Drew and put him into handcuffs. While he was being handcuffs I took control of the camera Drew was holding and handed it to one of the correctional officers that was standing there. I walked with Deputy Bueno while he escorted Drew to Deputy Bueno's patrol car. The correction officer handed Drew's camera equipment back to me. I turned off the equipment and put on the floor of Deputy Bueno's patrol car.

I remained on scene and collected statements from prison staff. Deputy Bueno asked me to take care of the tow for Drew's truck that was on the prison property.

I called for a tow and Cal Neva towing arrived. The tow driver told me Drew was at his tow yard about 20 minutes before Drew arrived at the prison. Drew told him how he was going to go to the prison to do filming. The driver cautioned Drew against entering the prison property.

I took pictures of Drew's truck and completed the tow form. Cal Neva towed the truck to their yard.

See Deputy Bueno's report for further.

| Report Officer | Printed At **09/20/2022** |
|---|---|
| SP1477/PALAMAR,SEAN | **13:43** |
| Page 1 of 1 | |

*EX009*

# Incident Report CARSON CITY

**22-5359**        Supplement No
                   **0002**

## SHERIFF'S OFFICE  Address



911 EAST MUSSER STREET
City, State, Zip Code
CARSON CITY, NV 89701

Reported Date
**09/07/2022**
Rpt/Incident Typ
**TRSP**
Member
**MARTINEZ,PATRICIA**

Phone Number
**775-887-2500**
Fax Number
**775-887-2016**

## Administrative Information

| Agency | | Case No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|
| **CARSON CITY SHERIFF'S OFFICE** | | **22-5359** | **0002** | **09/07/2022** | **11:08** |

| CAD Call No | Status | Rpt/Incident Typ | | | | |
|---|---|---|---|---|---|---|
| **222420188** | **Report** | **Trespassing** | | | | |

| Location | | | | | | | City |
|---|---|---|---|---|---|---|---|
| **1721 SNYDER AV** | | | | | | | **Carson City** |

| ZIP Code | Rep Dist | Area | Beat | From Date | From Time | To Date | To Time | Primary Unit |
|---|---|---|---|---|---|---|---|---|
| **89701** | **100515** | **5** | **05** | **08/30/2022** | **13:53** | **08/30/2022** | **14:49** | **5443** |

| Member | | Assignment | | Entered By |
|---|---|---|---|---|
| **PM1894/MARTINEZ,PATRICIA** | | **Support Specialist** | | **PM1894** |

| Assignment | RMS Transfer | Prop Trans Stat | Approving Officer |
|---|---|---|---|
| **Support Specialist** | **Successful** | **Successful** | **PM1894** |

| Approval Date | Approval Time |
|---|---|
| **09/07/2022** | **11:07:46** |

## Narrative

E-File attached.

| Report Officer | Printed At **09/20/2022** |
|---|---|
| **PM1894/MARTINEZ,PATRICIA** | **13:43** |
| Page 1 of 1 | |

*EX010*

| CARSON CITY SHERIFF'S OFFICE<br>911 East Musser St., Carson City NV, 89701<br>STATEMENT | Sheriff's Office Use Only | | |
|---|---|---|---|
| | Witness No. | Case # | |
| | W - | | |
| | Rec'd By: | Date | |

## Person Making The Statement

| Name<br><br>Robert Smith | Other Names Used: | | |
|---|---|---|---|
| Home Address<br><br>1721 Snyder Ave | Race<br>W | Sex<br>M | Date of Birth<br>8/31/85 |
| Home/Cell Phone<br>[redacted] | Height<br>6'2 | Weight<br>245 | Soc. Sec. Number: |
| Work Phone | Hair Color<br>Brn | Eye Color<br>H | Date/Time of Event<br>8/30/22    1330 |
| Occupation and Employer<br><br>Nevada Dept Corrections | Email Address<br>[redacted] | | |

### Crime Fighting Tips
1. Always remember to lock your doors and leave lights on.  2. Don't leave cars running unattended or with valuables inside.  3. Using apps and other technology to photograph items and document serial numbers can help us find lost/stolen property.

## Describe What Happened

1  On August 30, 2022 I was assigned as the swing shift sergeant at the
2  Northern Nevada Correctional Center. At approximately 1335 hours. I
3  was notified of a white male recording on prison/state property. I
4  de Notified CCSO via phone and departed operations. I made
5  contact with the individual who was recording on two cameras. I
6  informed him this was state property and we would not allow him
7  to continue. I also informed him he could go to the main office
8  to gather information. He denied this request and continued walking
9  towards the prison. This cause me to lock down the prison for
10  safety reasons. CCSO officers arrived and placed the individual
11  in custody
12
13
14
15
16
17
18
19

Date: 8/30/22    Time: 1444    Signature: _____

Rev'd 01/2019

EXO11

| CARSON CITY SHERIFF'S OFFICE 911 East Musser St., Carson City NV, 89701 STATEMENT | Sheriff's Office Use Only |
|---|---|
| | Witness No.        Case # _____ W - _____ Rec'd By:          Date |

## Person Making The Statement

| Name Lt. Aaron Ryer | Other Names Used: | | |
|---|---|---|---|
| Home Address 1721 Snyder Ave Carson City NV | Race Caucasian | Sex M | Date of Birth 1-26-77 |
| Home/Cell Phone | Height 6 | Weight 230 | Soc. Sec. Number |
| Work Phone ████████ | Hair Color Bald | Eye Color Blue | Date/Time of Event 1:30pm 8-30-22 |
| Occupation and Employer Lieutenant    NDOC | Email Address ████████ | | |

**Crime Fighting Tips**
1. Always remember to lock your doors and leave lights on. 2. Don't leave cars running unattended or with valuables inside. 3. Using apps and other technology to photograph items and document serial numbers can help us find lost/stolen property.

## Describe What Happened

1 Individual came onto NNCC property and began filming the
2 facility and fence lines. I made contact with him and
3 asked him several times to leave state property. He refused
4 my orders and continued to film myself and the facility.
5 I followed him around the facility to make sure he did
6 not try to access any buildings or vehicles. CCSO arrived
7 and detained the individual. His vehicle is still on state
8 property and will be towed. The individual also recorded
9 personal vehicles and license plates in the parking lot.
10
11
12
13
14
15
16
17
18
19

Date: 8-30-22    Time: 2:42pm    Signature: Lt. Aaron Ryer

Rev'd 01/2019

EX012

| CARSON CITY SHERIFF'S OFFICE<br>911 East Musser St., Carson City NV, 89701<br>**STATEMENT** | Sheriff's Office Use Only | | |
|---|---|---|---|
| | Witness No.        Case # | | |
| | W - _____ | | |
| | Rec'd By:          Date | | |

| **Person Making The Statement** | | | |
|---|---|---|---|
| Name<br>Fennardeis Frazier, Warden | Other Names Used: | | |
| Home Address<br>Northern Nevada Correctional Center | Race | Sex | Date of Birth |
| Home/Cell Phone<br>. | Height | Weight | Soc. Sec. Number |
| Work Phone<br>████████████ | Hair Color | Eye Color | Date/Time of Event |
| Occupation and Employer<br>NDOC - . | Email Address | | |

**Crime Fighting Tips**
1. Always remember to lock your doors and leave lights on.  2. Don't leave cars running unattended or with valuables inside.  3. Using apps and other technology to photograph items and document serial numbers can help us find lost/stolen property.

**Describe What Happened**

1  At around 1400, I was made aware an individual
2  had came onto the property located at Nevada Northern
3  Correctional Center. At 1420 p.m. I confronted the
4  individual and asked him "who are you and what was
5  his purpose on the property. At that time
6  he was asked to leave the property and
7  refused to comply. Shortley thereafter. Carson
8  Sheriff Dept arrived on the seen. It
9  was determined the individual failed
10 to remove himself as directed and was
11 taken into the Sherrif's Dept custody.
12
13
14
15
16
17
18
19

Date: 8/30/22    Time: 14·35    Signature: _Fennardeis Fzn, Warden_

EX013

# CAL-NEVA TRANSPORT & TOW INC.

1663 Forrest Way Carson City, NV 89706 • Tax ID 87-0719408 • CPCN7187
calnevatransport@msn.com   (775) 841-4992 Fax (775) 841-4995

# INVOICE

## 13899

| Time of call a.m. p.m. | Date in | Date out | Time start a.m. p.m. | Time finished a.m. p.m. | Requested by | p.o./case# | Officer name |
|---|---|---|---|---|---|---|---|
| Request for nonconsensual tow | YES / NO | Date of request | Time of request a.m. p.m. | Odometer start/ (vehicle in tow) | Odometer end/ (vehicle in tow) | Arrival time to site/ (vehicle in tow) | OFFICE USE ONLY: |

| NAME | PHONE # |
|---|---|

| ADDRESS | DEPART TIME FROM SITE: | TOTAL TIME @ SITE: | HRS. | MINS. |
|---|---|---|---|---|

| CITY | STATE | ZIP CODE |
|---|---|---|

| YEAR | MAKE/MODEL | COLOR | ODOMETER | DRIVER |
|---|---|---|---|---|

| MARKER PLATE # | VIN # | STATE | REGISTERED OWNER |
|---|---|---|---|

LOCATION OF VEHICLE

TOWED TO

| INSPECTED BY INSURANCE CO. | APPRAISER NAME | DATE | DRIVER |
|---|---|---|---|

| RELEASED BY | DATE | PHONE# | PERSONALS TAKEN BY |
|---|---|---|---|

## REASON FOR TOW
- ❏ ACCIDENT
- ❏ ABANDONED
- ❏ NO START
- ❏ FLAT TIRE
- ❏ LOCK OUT
- ❏ TOW ZONE
- ❏ STOLEN
- ❏ SNOW REMOVAL
- ❏ BREAK DOWN
- ❏ UNREGISTERED
- ❏ OUT OF GAS
- ❏ FIRE LANE
- ❏ NO TRESPASS
- ❏ ARREST
- ❏ IMPOUND
- ❏ OTHER

## TYPE OF TOW
- ❏ SLING/HOIST
- ❏ FLAT BED/RAMP
- ❏ WHEEL LIFT
- ❏ HYDRAULIC
- ❏ OTHER

## TOWED PER ORDER OF
- ❏ STATE POLICE
- ❏ LOCAL POLICE
- ❏ OWNER OF A CAR
- ❏ DEALER
- ❏ MERCHANT

## SPECIAL EQUIPMENT USED
- ❏ WINCH
- ❏ DOLLIES
- ❏ RAMPS
- ❏ SNATCH BLOCKS
- ❏ FLARES
- ❏ SCOTCH BLOCKS

## OTHER SERVICES
- ❏ SWEEP
- ❏ REMOVE AXEL
- ❏ SECURE LOOSE PARTS
- ❏ FIRST AID

| VEHICLE SECURED IN BUILDING | DATE / / | TIME |
|---|---|---|
| VEHICLE SECURED FENCED | DATE | TIME |
| VEHICLE STORAGE TIME FROM ___ TO ___ | | DAYS @ $ |
| STORAGE LOCATION OTHER THAN OPERATIONS BASE. | | |

**MILEAGE**
FINISH
START
TOTAL

**LABOR TIME**
FINISH
START
TOTAL

**EXTRA PERSON**
STARTING TIME
ENDING TIME
TOTAL TIME

| TOWING CHARGE | |
|---|---|
| MILEAGE | |
| LABOR | |
| EXTRA PERSON | |
| SPECIAL EQUIPMENT | |
| STORAGE | |
| HOURLY CHARGE | |
| SUBTOTAL | |
| TAX | |
| TOTAL | |

## METHOD OF PAYMENT
- ❏ AM EXP
- ❏ CASH
- ❏ VISA     C/C #
- ❏ M/C

| AUTHORIZED SIGNATURE | DATE | TIME |
|---|---|---|
| X | | |

I AGREE TO HOLD THIS COMPANY HARMLESS FOR ANY DAMAGES DUE TO TOWING OR SERVICES RENDERED

| DRIVER SIGNATURE | DATE | DRIVER # | TRUCK # |
|---|---|---|---|
| X | | | |

WE CANNOT BE RESPONSIBLE FOR DAMAGES CAUSED BY FAULTY TIRES, BUMPER BRACKETS, ETC. THIS COMPANY ASSUMES NO RESPONSIBILITY FOR LOSS OR DAMGE BY THEFT, FIRE OR ANY OTHER CAUSE BEYOND OUR CONTROL, TO ANY VEHICLE PLACED WITH THEM FOR STORAGE OR REPAIR.

EX014

# CARSON CITY SHERIFFS OFFICE - VEHICLE IMPOUND / INVENTORY RECORD

CASE NO. 22-5359    DATE: 8-30-22    TIME: 1457

## VEHICLE INFORMATION

Year 2014  Make GMC    Model Denali HD  Body Type Trucs   Color BLK    Odometer unk

Plate #: WCE593    State NV    VIN 1 G T 4 2 6 C 8 7 E F 1 0 9 6 2 5
Front ☒  Rear ☐

Vehicle Operator: N/A

Registered Owner Name & Mailing Address:

Drew Ribar

Address: 3480 Pershing Ln

City Washoe Valley    State NV    Zip 89704

Tow Service Name & Address:

Cal Neva

Registered Owner Contacted: Yes ☒ No ☐  If Yes, How & Date Contacted _____ If No, Towing Deputy to Notify By Mail (NRS)

Reason for Impoundment/Tow: Arrest _____ Reporting Agency if Stolen: _____ Locate Sent: Yes ☐ No☐

## IMPOUND INFORMATION

Vehicle Towed From: 1721 Snyder Ave (NNCC)

Towed To: Corp Yard ☐  Tow Yard ☒ Station ☐  Other: _____

No Hold: ☒  Reason for Hold: Evidence ☐  Safekeeping ☐  Other: (Explain) _____

## INVENTORY & CONDITIONS OF VEHICLE

Interior/Exterior Photo's: Yes ☒ No ☐    If No Explain: _____

VEHICLE DRIVABLE Yes ☒ No ☐  Unknown ☐    KEYS: Yes ☐  No ☒  DISPOSITION OF KEYS: Jail

| INVENTORY OF VEHICLE - Check If Present | | | | | | |
|---|---|---|---|---|---|---|
| Engine/Motor | A | Hub Caps / Rims | x | LF Tire | x | LR Tire | / | Rear View Mirror | x | Bumper – Front | x |
| Battery | / | Alternator / Generator | x | RF Tire | / | RR Tire | ~ | Side View Mirrors | x | Bumper – Rear | x |
| Transmission | x | Radiator | x | Radio | x | Spare Tire | | Camper Top | | |

Personal Property in Vehicle: Dog leash, tennis ball, Phone, dash camera, Tools, blanket, chair, cooler, trash

Officer Conducting Inventory _Relahn_    ID No. 5521    Date 8-30-22

Tow Service Signature: _____

## RELEASE "HOLD" OF VEHICLE:

Released To _____ Address _____ Phone _____

Authorized By:  DET ☐   D/A ☐   Name ☐ _____

Tow Bill Paid: Yes ☐ No ☐  (Copy of Paid Bill Must Be Attached)

Released By: _____ ID No. _____ Date _____

I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE VEHICLE DESCRIBED ABOVE. I HEREBY RELEASE THE CARSON CITY SHERIFF'S DEPARTMENT, THEIR OFFICERS, EMPLOYEES OR AGENTS AGAINST LOSS OR LIABILITY BY REASON OF DELIVERING POSSESSION OF SAID VEHICLE TO ME, AND I ASSUME ALL RESPONSIBILITY AND BECOME LIABLE FOR ALL EXPENSES INCURRED AGAINST SAID VEHICLE.

Registered Owner or Agent (Print Name) _____ Date _____

Rev. 1/2020    White Original  Yellow Registered Owner  Blue Tow Service

EX015