UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

DREW J. RIBAR, Plaintiff,

v.

**STATE OF NEVADA DEPT. OF CORRECTIONS; FERNANDEIS FRAZIER; ROBERT SMITH, ET AL., Defendants.**

CASE NO. 3:24-cv-00103-ART-CLB

MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT FERNANDEIS FRAZIER

Plaintiff, Drew J. Ribar, pro se, respectfully moves this Honorable Court for an extension of time to effectuate service of process upon Defendant Fernandeis Frazier at his residential address. This motion is made pursuant to Federal Rule of Civil Procedure 4(m) and is based upon the following grounds:

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. **Background of Service Efforts:**

    - On or about April 18, 2024, Defendant Fernandeis Frazier was previously served with the initial Summons and Complaint at his residence located at 113 Cedar Hill Way, Clinton, Mississippi 39056. This service was effectuated by Jakerrian McGruder of C & H Couriers/Process Servers, as documented in an Affidavit of Service filed with this Court on July 25, 2024.

    - More recently, on July 8, 2025, a Summons in a civil action and First Amended Complaint were sub-served on Fernandeis Frazier by serving Veronica Santoyo, SPT, at the NDOC Director's Office, 5500 Snyder Avenue, Carson City, NV

PLEADING TITLE - 1

89702. This service, performed by Michael Barigian, a Sheriff's Authorized Agent, was intended to serve Mr. Frazier in his official capacity.

- Plaintiff seeks to ensure proper service on Mr. Frazier at his residential address, as previously successful. Plaintiff has initiated efforts to serve Mr. Frazier at his home address by engaging and paying the local Sheriff's office in the state and county where his residence is located (the same location where he was previously served).

2. **Reason for Extension:**

   - Despite engaging the local Sheriff's office and remitting payment for service, Plaintiff has not yet received official notification or proof of service from the Sheriff in the jurisdiction where Mr. Frazier resides. This delay is outside of Plaintiff's control and demonstrates diligence in attempting to effectuate service.

3. **Good Cause:**

   - Plaintiff has diligently attempted to serve Defendant Fernandeis Frazier at his residential address. The current delay is attributable to the time required for the local Sheriff's department to execute service and provide notification. Granting this extension will allow Plaintiff to complete service properly at the desired location and ensure all parties are fully on notice. This constitutes good cause under Federal Rule of Civil Procedure 4(m).

4. **Proposed Extension:**

   - Plaintiff respectfully requests an extension of sixty (60) days from the date of this Order to complete service on Defendant Fernandeis Frazier at his residential address.

PLEADING TITLE - 2

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that this Honorable Court grant an extension of sixty (60) days to effectuate service upon Defendant Fernandeis Frazier at his residential address.

DATED this 30th day of July, 2025.

Respectfully submitted,

/s/ Drew J. Ribar

Drew J. Ribar, Pro Se

3480 Pershing Lane Washoe Valley, NV 89704

775-223-7899 Const2Audit@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2025, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT FERNANDEIS FRAZIER** with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system, which will send notification of such filing to the following:

- **Katherine F. Parks**

PLEADING TITLE - 3

Thorndal Armstrong, PC 6590 S. McCarran Blvd. Suite B Reno, NV 89509 (Attorney for Defendants Carson City, Jason Bueno, Jason D. Woodbury, Kenneth Furlong, Sean Palamar, Tyson League)

I further certify that I will mail a copy of this document by United States First-Class Mail to any party not registered with the CM/ECF system.

/s/ Drew J. Ribar

Drew J. Ribar, Pro Se

**[PROPOSED] ORDER**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

DREW J. RIBAR, Plaintiff,

v.

**STATE OF NEVADA DEPT. OF CORRECTIONS; FERNANDEIS FRAZIER; ROBERT SMITH, ET AL., Defendants.**

**CASE NO. 3:24-cv-00103-ART-CLB**

**ORDER**

PLEADING TITLE - 4

Upon consideration of Plaintiff Drew J. Ribar's Motion for Extension of Time to Serve Defendant Fernandeis Frazier, and finding good cause therefor,

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Serve Defendant Fernandeis Frazier is GRANTED.

Plaintiff shall have an extension of **sixty (60) days** from the date of this Order to effectuate service of process upon Defendant Fernandeis Frazier at his residential address.

IT IS SO ORDERED.

DATED this ____ day of July, 2025.

_____ HONORABLE ANNE R. TRAUM United States District Judge

PLEADING TITLE - 5