# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

DREW RIBAR,

                Plaintiff,

   v.

STATE OF NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

              Defendants.

Case No. 3:24-CV-00103-ART-CLB

**ORDER GRANTING MOTION TO EXTEND TIME**

[ECF No. 51]

Before the Court is Plaintiff Drew Ribar's ("Ribar") motion to extend time to serve Defendant Fernandeis Frazier ("Frazier"). (ECF No. 51). No response was filed. Ribar states that he has "diligently attempted to serve" Frazier at his residential address, but he "has not yet received official notification or proof of service from the Sheriff in the jurisdiction where [Frazier] resides." (*Id.*) Thus, Ribar requests an additional 60 days to effectuate service on Frazier. (*Id.*)

For good cause appearing, **IT IS ORDERED** that Ribar's motion, (ECF No. 51), is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline to effectuate service of Frazier is extended **60 days** from the date of this order.

**IT IS FURTHER ORDERED** that if service is not perfected in that time, the Court will recommend that Defendant Frazier be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

**DATED**: August 14, 2025

**UNITED STATES MAGISTRATE JUDGE**