UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| DREW RIBAR, | ) | 3:24-cv-00103-ART-CLB |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | DATE: April 14, 2026 |
| | ) | |
| STATE OF NEVADA DEPARTMENT | ) | |
| OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:    THE HONORABLE CARLA BALDWIN,    U.S.MAGISTRATE JUDGE

Deputy Clerk:        Lisa Mann        Court Reporter:    Liberty Recorder

Counsel for Plaintiff(s):        Drew Ribar

Counsel for Defendant(s):        Doug Rands and Katherine Parks

PROCEEDINGS: TELEPHONIC STATUS CONFERENCE

9:02 a.m. Court convenes.

The Court advises the parties that the purpose of this hearing is to discuss the status of the case and determine how best to proceed with this case.

Having heard from the parties and good cause appearing, the Court finds that the parties will be allowed one hundred eighty (180) days from today's date to conduct and complete discovery in this case. Therefore, the following deadlines shall govern this action:

| | |
|---|---|
| Discovery Deadline | **October 11, 2026** |
| Deadline to Serve Discovery | **September 11, 2026** |

| Deadline to Respond to Discovery | 30 days after service but no later than October 11, 2026, 2026 |
|---|---|
| Deadline to Move to Extend Discovery | September 20, 2026 |
| Deadline to Move to Amend Pleadings | June 13, 2026 |
| Deadline to File Discovery Motions | October 26, 2026 |
| Dispositive Motion Deadline | November 10, 2026 |
| Joint Pretrial Order Deadline (or 30 days following the entry of the court's ruling on a dispositive motion) | December 10, 2026 |

The Court reminds the parties that discovery is to occur between the parties without involvement from the Court. The Court further reminds the parties of their obligation to meet and confer regarding any discovery issues prior to the filing of a discovery motion.

The Court explains the benefits of consent jurisdiction.

IT IS SO ORDERED.

9:12 a.m. Court adjourns.

DEBRA K. KEMPI, CLERK

By:_____/s/_____
    Lisa Mann, Deputy Clerk