**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DREW RIBAR,

Plaintiff,

v.

STATE OF NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

Defendants.

Case No. 3:24-CV-00103-ART-CLB

**ORDER GRANTING MOTION TO STAY DISCOVERY AS UNOPPOSED**

[ECF No. 62]

Pending before the Court is Plaintiff Drew Ribar's ("Ribar") motion to stay discovery. (ECF No. 62.) Ribar asks the Court to stay discovery through September 30, 2026, because he is undergoing medical treatment that makes it difficult for him to engage in the discovery process. (*Id.* at 2-3.) No defendant filed an opposition or otherwise responded to Ribar's motion which "constitutes a consent to the granting of the motion." LR 7-2. Accordingly, Ribar's motion to stay discovery, (ECF No. 62), is **GRANTED** as unopposed. Discovery in this case is hereby stayed through **September 30, 2026**. The parties shall file a revised discovery plan and scheduling order on or before September 30, 2026.

**IT IS SO ORDERED**.

**DATED**: July 6, 2026     .

_____
**UNITED STATES MAGISTRATE JUDGE**